# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Platon Esartia, )
)
Plaintiff, )
)
v. )
)
Atlanta Medical Center, Tenet )
Healthcare Corporation, Inc., and )
Tenet Healthsystem GB, Inc., )
)
Defendants. )

CIVIL ACTION NO.
1:02-CV-3305-JOF

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 2 0 2

LUTHER D. THOMAS, Clerk
by:
Deputy Clerk

## DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PENDING ARBITRATION

COME NOW Defendants named as Atlanta Medical Center, Tenet Healthcare Corporation, Inc., and Tenet Healthsystem GB, Inc., pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, and move this Honorable Court to (1) stay discovery, scheduling, disclosures and other proceedings in this action pending the Court's ruling on the present motion and (2) dismiss this action without prejudice, or in the alternative, stay this action pending referral of Plaintiff's claims to arbitration, and as grounds therefore aver:

1.     During the time periods relevant to Plaintiff's allegations in this action and up until the time of his termination, Plaintiff was employed by Defendants pursuant to a written "Resident Physician Employment Agreement" in which Plaintiff agreed that "...any dispute or controversy arising under, out of, or in connection with,



or in relation to this Agreement, or any amendment hereof, or the breach hereof shall be determined and settled by arbitration...."

2.     Plaintiff, as with all other employees of Defendants, acknowledged in writing, and agreed to be bound by, Defendants' "Fair Treatment Process" employment dispute resolution procedure and  "to submit to final and binding arbitration any and all claims and disputes that are related in any way to [Plaintiff's] employment or the termination of [Plaintiff's] employment...."

3.     Plaintiff alleges in this action that Defendants' assessment of his performance and his termination were discriminatory and that Defendants breached the aforementioned contract of employment.

4.     The claims asserted in this action are within the scope of, and arbitrable pursuant to, a valid and enforceable agreement to arbitrate such claims. 9 U.S.C. § 2; *see, e.g.,* Circuit City Stores, Inc. v. Adams, ___ U.S. ___, 121 S.Ct. 1302 (2001); Allied-Bruce Terminix Companies, Inc. v. Dobson, 513 U.S. 265 (1995); O'Neil v. Hilton Head Hospital, 115 F.3d 272 (4th Cir. 1997); Patterson v. Tenet Healthcare Inc., 113 F.3d 832 (8th Cir. 1997). Prior to filing this Motion, Defendants demanded that Plaintiff submit his claims to arbitration, and Plaintiff refused. Because Plaintiff has agreed to forgo jury trial on the claims asserted here and to submit such claims to arbitration, pursuant to the Federal Arbitration Act, there is no legal basis for this action to proceed and Plaintiff should be compelled to arbitrate any such claims.

5.     Defendants submit that this action should be dismissed without prejudice, rather than stayed, so as not to remain an administrative burden upon the Court and the parties.

2

6.     Contemporaneous with this Motion, Defendants have filed a supporting Brief to which testimonial and documentary evidence is attached. Defendants' Brief provides evidentiary and additional factual and legal support for the instant motion and is incorporated herein by reference.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court stay discovery, scheduling, disclosures and other proceedings in this action pending the Court's ruling on the present motion and, after consideration of the present motion, dismiss this action without prejudice, or in the alternative, stay this action pending referral of Plaintiff's claims to arbitration, as provided by the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*

One of the Counsel for the Defendants

Michael Lord, Esq.
GREENFIELD, BOST & KLIROS, P.C.
990 Hammond Drive N.E., Suite 650
Atlanta, Georgia 30328
(770) 393-2100

David P. Jaqua[1]
THE KULLMAN FIRM
5350 Poplar Avenue, Suite 700
Memphis, Tennessee 38119
(901) 763-1771

F. Daniel Wood, Jr., pro hac vice

---

[1]     Mr. Jaqua is not admitted to practice before this Court. However, Defendants will file an appropriate Motion for his admission Pro Hac Vice.

THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama  35209-6786
(205) 871-5858

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of February, 2003, caused a copy

of the above and foregoing to be served by United States mail, postage prepaid,

addressed to:

Edmund J. Novotny, Esq.
Suzanne K. Lehman, Esq.
DELONG, CALDWELL,
 NOVOTNY & BRIDGERS, LLC
3100 Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303

4

**ORIGINAL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. : Atlanta

| | |
|---|---|
| Platon Esartia, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Atlanta Medical Center, Tenet | ) |
| Healthcare Corporation, Inc., and | ) |
| Tenet Healthsystem GB, Inc., | ) |
| | ) |
| Defendants. | ) |

FEB 2 0 2003

CIVIL ACTION NO.
1:02-CV-3305-JOF

LUTHER D. THOMAS, Clerk
By _____ Moore
Deputy Clerk

## DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PENDING ARBITRATION

Defendant Atlanta Medical Center ("AMC") is the successor of Georgia Baptist Hospital and is a 460-bed general, acute, and trauma care facility located near downtown Atlanta. Atlanta Medical Center is owned and operated by Defendant Tenet HealthSystem GB, Inc., which is an affiliate of Defendant Tenet Healthcare Corporation ("Tenet").

Defendants' Motion to Dismiss, or in the alternative, to Stay Pending Arbitration is based in part upon the Declarations of Norma Adams, AMC's Chief Human Resources Officer, and Steven Saltzman, M.D., AMC's Senior Vice President and Medical Director of the Graduate Medical Education Program, and the exhibits thereto. Ms. Adams' Declaration is attached hereto as Exhibit 1 and Dr. Saltzman's Declaration is attached hereto as Exhibit 2.

Plaintiff was initially employed by AMC's predecessor on January 1, 1994 as a Research Investigator. [Adams Decl. p.1; First Amend. Complaint ¶ 10] Effective July 1, 1999 Plaintiff was employed by AMC in its graduate medical education and clinical training program as a first-year surgical resident pursuant to a written "House Officer Employment Agreement" for a term of one year. [Adams Decl. p.1; Saltzman Decl. p.2 and Ex. A] That agreement contains an express arbitration provision. [Saltzman Decl. Ex. A at § 11]

Effective August 1, 2000, Plaintiff was employed by AMC as Telemedicine Coordinator pursuant to a written "Physician Employment Agreement" for a term of one year. [Adams Decl. p.1; Saltzman Decl. p.2 and Ex.B] That agreement also contains an express arbitration provision. [Saltzman Decl. Ex. B at § 12]

Effective October 1, 2001, Plaintiff was employed by AMC as a second-year surgical resident pursuant to a written "Resident Physician Employment Agreement" for a term of one year. [Adams Decl. p.1; Saltzman Decl. p.2 and Ex. C; First Amend. Complaint ¶¶ 40,41] That agreement provides, in part, as follows:

"15. **ARBITRATION**.

"Subject to the foregoing, any dispute or controversy arising under, out of, or in connection with, or in relation to this Agreement, or any amendment hereof, or the breach hereof shall be determined and settled by arbitration in Fulton County, Georgia, in accordance with the American Health Lawyers Association Alternative Dispute Resolution Service Rules of Procedure for Arbitration and applying the laws of the State of Georgia. Any award rendered by the arbitrator shall be final and binding upon each of the parties, and judgment thereof may be entered in any court having jurisdiction thereof. The costs of the arbitrator shall in all instances be borne equally by both parties. Prior to initiating and pursuing arbitration under this Section 15, Resident

2

must have exhausted all other procedural remedies set forth in this Agreement applicable to the dispute or controversy."

[Saltzman Decl. Ex. C]

Related to his employment with AMC as a second-year surgical resident, Plaintiff completed a written Application for Employment. [Adams Decl. p.2 and Ex. C] The printed paragraph immediately above and preceding Plaintiff's signature on that application provides as follows:

> "I understand any and all disputes regarding my employment with Tenet, including any disputes relating to the termination of my employment, are subject to the Tenet Fair Treatment Process, which includes final and binding arbitration, and I also understand and agree, as a condition of employment and continued employment, to submit any such disputes for resolution under that process, and I further agree to abide by and accept the decision of the Arbitration panel as a final and binding decision and resolution of any such disputes I may have."

[Adams Decl. Ex. C at p.3]

Upon becoming a second-year surgical resident, Plaintiff was provided an AMC Employee Handbook, and he executed an Employee Acknowledgment Form which provides, in part, as follows:

> "I acknowledge that I have received and reviewed a copy of the Tenet Employee Handbook and Standards of Conduct and that I understand that they contain important information about the company's general personnel policies and about my privileges and obligations as an employee. I further understand and acknowledge that I am governed by the contents of the Employee Handbook and Standards of Conduct

3

and that I am expected to read, understand, familiarize myself with and comply with the policies contained in them.

"....

"In addition, I acknowledge that I have received a copy of the Tenet Fair Treatment Process brochure. **I hereby voluntarily agree to use the Company's Fair Treatment Process and to submit to final and binding arbitration any and all claims and disputes that are related in any way to my employment or the termination of my employment with Tenet. I understand that final and binding arbitration will be the sole and exclusive remedy for any such claim or dispute against Tenet or its parent, subsidiary or affiliated companies or entities, and each of its and/or their employees, officers, directors or agents, and that, by agreeing to use arbitration resolve my dispute, both the Company and I agree to forego any right we each may have had to a jury trial on issues covered by the Fair Treatment Process.** I also agree that such arbitration will be conducted before an experienced arbitrator chosen by me and the Company, and will be conducted under the Federal Arbitration Act and the procedural rules of the American Arbitration Association ("AAA").

"I further acknowledge that in exchange for my agreement to arbitrate, the Company also agrees to submit all claims and disputes it may have with me to final and binding arbitration, and that the Company further agrees that if I submit a request for binding arbitration, my maximum out-of-pocket expenses for the arbitrator and the administrative costs of the AAA will be an amount equal to one day's pay (if I am an exempt employee) eight times my hourly rate of pay (if I am a non-exempt employee), or the local civil filing fee, whichever is less and that the Company will pay all of the remaining fees and administrative costs of the arbitrator and the AAA. I further acknowledge that this mutual agreement to arbitrate may not be modified or rescinded except by a written statement signed by both me and the Company."

4

[Adams Decl. p.2, Ex. A, and Ex. B (emphasis added)].

Effective February 22, 2002, Plaintiff's participation in the surgical residency program, and thus his employment with AMC, was terminated. [*See* First Amend. Complaint ¶ 28]

Plaintiff alleges in his First Amended Complaint that AMC's assessment of his work performance and his termination constitute discrimination based upon his age and national origin, in violation of Title VII and the ADEA. [First Amend. Complaint]  Plaintiff also asserts a state law claim for breach of his employment contract. [First Amend. Complaint]

The agreement between Plaintiff and AMC to arbitrate disputes related to his contract of employment, his employment, and/or the termination of his employment is clearly enforceable as an agreement involving a transaction affecting interstate commerce within the meaning of Section 2 of the Federal Arbitration Act. 9 U.S.C. § 2; Circuit City Stores, Inc. v. Adams, 532 U.S.105, (2001); Allied-Bruce Terminix Companies, Inc. v. Dobson, 513 U.S. 265 (1995).  The operation of AMC and Plaintiff's employment there affected interstate commerce because of their treatment of out-of-state patients, the payment or reimbursement of such treatment by out-of-state or multi-state insurance carriers or health care plans, and the regular receipt and

5

use of goods and services for this treatment from out-of-state vendors and suppliers. [Saltzman Decl. pp.1-3][1]

On January 15, 2003, Defendants made a formal, written demand that Plaintiff submit the claims asserted in this action to arbitration pursuant to the aforementioned agreement. Defendant suggested that the parties agree to a single arbitration forum in which to hear all claims. On February 11, 2003, Plaintiff conveyed through counsel his refusal to consent to arbitration.

The Tenet Fair Treatment Process, and the particular arbitration provision contained therein, is valid and enforceable. [Adams Decl. Ex.A and Ex.B at pp. 81-91] Lurlene Driver v. AMI Brookwood Medical Center, Tenet Healthcare Corp., No. 96-7131 (11th Cir., April 6, 1998) (copy attached hereto as Exhibit 3); O'Neil v. Hilton Head Hospital, 115 F.3d 272 (4th Cir. 1997); Patterson v. Tenet Healthcare Inc., 113 F.3d 832 (8th Cir. 1997).

Each and every claim asserted by Plaintiff is referable to arbitration and is clearly within the scope of the parties' agreement. Specifically, Plaintiff's claim of

---

[1]      Given the Supreme Court's decision in Terminix, that the "involving commerce" language in the Federal Arbitration Act, 9 U.S.C. § 2, is functionally equivalent to "affecting commerce," 513 U.S. at 273-74, Plaintiff cannot in good faith dispute the applicability of the Federal Arbitration Act here because he has asserted a claim under Title VII, which requires that an "employer" subject to that Act be engaged in an industry "affecting commerce," 42 U.S.C. § 2000e(b). [First Amend. Complaint ¶ 2 and Count I]

breach of an employment contract is indisputably a "dispute or controversy . . . in relation to [that] Agreement, . . . or the breach hereof . . . ." [Saltzman Decl. Ex. C at § 15] Likewise, Plaintiff's claim that AMC's assessment of his performance and his termination were discriminatory constitutes a "dispute or controversy arising under, out of, or in connection with, or in relation to [that] Agreement...." [*Id.*] The Federal Arbitration Act requires that "any doubts concerning the scope of arbitrable issues should be resolved in favor of arbitration." Terminix, 115 S. Ct. at 838. Further, each and every claim asserted here by Plaintiff is a claim "related . . . in any way [to his] employment or the termination of [his] employment" and is therefore subject to arbitration pursuant to the Fair Treatment Process and the Employee Acknowledgment Form signed by Plaintiff. [Adams Decl. Ex. A, Ex. B]

The agreement to arbitrate among the parties provides an impartial and fair arbitrable forum for Plaintiff's claims in this case. The agreement provides Plaintiff a meaningful remedy for the claims alleged in his complaint because it does not limit any remedy otherwise available under applicable law. [*See* Adams Decl. p.2, Ex. B at p.90] The agreement places a minimal, permissible financial burden on Plaintiff. [*See* Adams Decl. Ex A, Ex. B at p.81]

7

Defendants submit that this action should be dismissed, rather than stayed, without prejudice to the right of either party to re-file with the Court to seek review or enforcement of an arbitrator's award, as provided by law, as there is no little purpose served by leaving the action pending as an administrative burden to the Court and to the parties. *See* <u>Alford v. Dean Witter Reynolds, Inc.</u> 975 F.2d 1161 (5th Cir. 1992); <u>Choice Hotels Int'l, Inc. v. BSR Tropicana Resort, Inc.</u>, 252 F.3d 707 (4th Cir. 2001); <u>Barker v. Golf U.S.A., Inc.</u>, 154 F.3d 788 (8th Cir. 1998); <u>Emeronye v. Caci Int'l, Inc.</u>, 141 F. Supp. 2d 82 (D.D.C. 2001).

In conclusion, the claims asserted in this action by Plaintiff are subject to a valid and enforceable agreement among the parties to arbitrate such disputes and therefore there is no legal basis for this action to proceed and this Court should dismiss this action without prejudice, or in the alternative, stay this action pending referral of Plaintiff's claims to arbitration, as provided by the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*

One of the Counsel for the Defendants

Michael Lord, Esq.
GREENFIELD, BOST & KLIROS, P.C.
990 Hammond Drive N.E., Suite 650
Atlanta, Georgia 30328
(770) 393-2100

8

David P. Jaqua[2]
THE KULLMAN FIRM
5350 Poplar Avenue, Suite 700
Memphis, Tennessee 38119
(901) 763-1771

F. Daniel Wood, Jr., pro hac vice
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama  35209-6786
(205) 871-5858

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of February, 2003, caused a copy

of the above and foregoing to be served by United States mail, postage prepaid,

addressed to:

Edmund J. Novotny, Esq.
Suzanne K. Lehman, Esq.
DELONG, CALDWELL,
 NOVOTNY & BRIDGERS, LLC
3100 Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303

---

[2]    Mr. Jaqua is not admitted to practice before this Court.  However, Defendants will file an appropriate Motion for his admission Pro Hac Vice.

9

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Platon Esartia, | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:02-CV-3305-JOF |
| | ) | |
| Atlanta Medical Center, Tenet | ) | |
| Healthcare Corporation, Inc., and | | ) |
| Tenet Healthsystem GB, Inc. | ) | |
|     Defendants. | ) | |

## DECLARATION OF NORMA ADAMS

I, Norma Adams, am over twenty-one years of age, do not suffer any incapacity which would impair my ability to give competent testimony, and have personal knowledge of the matters stated herein.

I am the Chief Human Resources Officer of Atlanta Medical Center. I have held this position, under various titles, since August 2000. As the Chief Human Resources Officer, I oversee all functions of human resources at Atlanta Medical Center, including all aspects of employee relations, the maintenance of personnel files and other employment records, workers' compensation, and administration of the Fair Treatment Process, which is the employment dispute resolution policy of Atlanta Medical Center.

From my review of Platon Esartia's personnel records, it is evident that Dr. Esartia was initially employed by Georgia Baptist Hospital on January 1, 1994 as a Research Investigator. Pursuant to written employment contracts, Dr. Esartia was employed by Atlanta Medical Center as a first-year surgical medical resident effective July 1, 1999, as Telemedicine Coordinator effective August 1, 2000, and as a second-year surgical resident effective October 1, 2001.

**Declaration of Norma Adams**

Attached hereto as Exhibit A is an accurate copy of the Employee Acknowledgment Form signed by Dr. Esartia in October 2001, as part of the regular practice and policy of Atlanta Medical Center. All employees of Atlanta Medical Center sign such forms when they receive a copy of the Employee Handbook. As with all Employee Acknowledgment Forms, the one signed by Dr. Esartia is kept with his personnel file in the course of regularly-conducted business at Atlanta Medical Center.

Attached hereto as Exhibit B is an accurate copy of the Employee Handbook as provided to Dr. Esartia and acknowledged on his Employee Acknowledgment Form.

Attached hereto as Exhibit C is an accurate copy of the Application for Employment related to Dr. Esartia's employment as a second-year surgical resident in October 2001. This Application for Employment is kept with Dr. Esartia's personnel file in the course of regularly-conducted business at Atlanta Medical Center.

The arbitration agreement in the Employee Acknowledgment Form signed by Dr. Esartia is part of an employee dispute policy called the Tenet Fair Treatment Process. Under the arbitration agreement and this policy, Dr. Esartia is entitled to any remedy otherwise available under applicable law.

I swear and affirm under penalty of perjury that the above and foregoing is true and correct.

EXECUTED THIS _18th_ DAY OF FEBRUARY, 2003.

Norma R. Adams

Norma Adams

# EXHIBIT A

# EMPLOYEE ACKNOWLEDGMENT FORM

I acknowledge that I have received a copy of the Tenet Employee Handbook and Standards of Conduct and that I understand that they contain important information about the company's general personnel policies and about my privileges and obligations as an employee. I further understand and acknowledge that I am governed by the contents of the Employee Handbook and Standards of Conduct and that I am expected to read, understand, familiarize myself with and comply with the policies contained in them.

I also understand that the company may change, rescind or add to any of the policies, benefits or practices described in the Employee Handbook, except the employment-at-will policy and the Mutual Agreement to Arbitrate referred to below, in its sole and absolute discretion, with or without prior notice. I also understand that the company will advise employees from time to time of material changes to the policies, benefits or practices described in the Employee Handbook.

Furthermore, I understand, acknowledge and agree that the Employee Handbook is not a contract of employment, that my employment with the company is not for a specified term and that employment with the company is at the mutual consent of the employee and the company. Therefore, I hereby acknowledge that either I or the company can terminate my employment relationship at will, with or without cause or notice.

In addition, I acknowledge that I have received and reviewed a copy of the Tenet Fair Treatment Process brochure. I hereby voluntarily agree to use the Company's Fair Treatment Process and to submit to final and binding arbitration any and all claims and disputes that are related in any way to my employment or the termination of my employment with Tenet. I understand that final and binding arbitration will be the sole and exclusive remedy for any such claim or dispute against Tenet or its parent, subsidiary or affiliated companies or entities, and each of its and/or their employees, officers, directors or agents, and that, by agreeing to use arbitration to resolve my dispute, both the Company and I agree to forego any right we each may have had to a jury trial on issues covered by the Fair Treatment Process. I also agree that such arbitration will be conducted before an experienced arbitrator chosen by me and the Company, and will be conducted under the Federal Arbitration Act and the procedural rules of the American Arbitration Association ("AAA").

I further acknowledge that in exchange for my agreement to arbitrate, the Company also agrees to submit all claims and disputes it may have with me to final and binding arbitration, and that the Company further agrees that if I submit a request for binding arbitration, my maximum out-of-pocket expenses for the arbitrator and the administrative costs of the AAA will be an amount equal to one day's pay (if I am an exempt employee) eight times my hourly rate of pay (if I am a non-exempt employee), or the local civil filing fee, whichever is less and that the Company will pay all of the remaining fees and administrative costs of the arbitrator and the AAA. I further acknowledge that this mutual agreement to arbitrate may not be modified or rescinded except by a written statement signed by both me and the Company.

Employee Signature _____  Date _____

Employee Name (please print) _____

**DETACH FOR HUMAN RESOURCES FILE**

01/01

# EXHIBIT B

# TABLE OF CONTENTS

LETTER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V

ABOUT TENET . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI

ABOUT YOUR HANDBOOK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VII

CONDITIONS OF YOUR EMPLOYMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX

YOUR EMPLOYMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
What you Can expect from the Facility . . . . . . . . . . . . . . . . 1
What the Facility expects from You . . . . . . . . . . . . . . . . . . . 1
Employee Relations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Equal Employment Opportunity . . . . . . . . . . . . . . . . . . . . . 1
Sexual and other unlawful Harassment . . . . . . . . . . . . . . . . 4
The Threatening Illnesses in the Workplace . . . . . . . . . . . . 4
Immigration Law Compliance . . . . . . . . . . . . . . . . . . . . . . . 4
Employment Application . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Employment References . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Verification of Licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Staff Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Hours of Work and Work Schedules . . . . . . . . . . . . . . . . . . 6
Meal and Rest Periods . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Employment Categories . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Attendance and Punctuality . . . . . . . . . . . . . . . . . . . . . . . . 8
Performance Evaluations . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Transfers and Promotions . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Job Posting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Employment of Relatives . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Outside Employment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1:
Shared Employment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Access to Personnel Records . . . . . . . . . . . . . . . . . . . . . . . 11
Personnel Data Changes . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Performance Management . . . . . . . . . . . . . . . . . . . . . . . . . 12
Resignation and Separation of Employment . . . . . . . . . . . 12
Exit Interview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Return of Facility Property . . . . . . . . . . . . . . . . . . . . . . . . . 13
Reductions in Force and Severence Pay . . . . . . . . . . . . . . . 14
Rehire and Reinstatement . . . . . . . . . . . . . . . . . . . . . . . . . 14

**YOUR PAY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15**
Paydays and Paychecks . . . . . . . . . . . . . . . . . . . 17
Timekeeping . . . . . . . . . . . . . . . . . . . . . . . . . 17
Overtime . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Pay Increases . . . . . . . . . . . . . . . . . . . . . . . . 18
Administrative Pay Corrections . . . . . . . . . . . . . . . 18
Pay Deductions . . . . . . . . . . . . . . . . . . . . . . . 18
Pay Advances . . . . . . . . . . . . . . . . . . . . . . . . 19
Wage Attachments and Garnishments . . . . . . . . . . . . . 19

**YOUR BENEFITS** . . . . . . . . . . . . . . . . . . . . . . . . . . **21**
Health Care, Disability and Survivor Benefits . . . . . . . 23
Benefits Continuation (COBRA) . . . . . . . . . . . . . . . 23
Employee Assistance Program (EAP) . . . . . . . . . . . . . 23
Workers' Compensation . . . . . . . . . . . . . . . . . . . 25
Liability and Malpractice Insurance . . . . . . . . . . . . 25
Time Off With Pay (CashPlus) . . . . . . . . . . . . . . . . 26
Leaves of Absence . . . . . . . . . . . . . . . . . . . . . 30
Medical Leave – Occupational and Non-Occupational . . . . . 30
General Leave . . . . . . . . . . . . . . . . . . . . . . . 32
Jury Duty Leave . . . . . . . . . . . . . . . . . . . . . . 33
Military Leave . . . . . . . . . . . . . . . . . . . . . . . 33
Witness Duty Leave . . . . . . . . . . . . . . . . . . . . . 34
Bereavement Leave . . . . . . . . . . . . . . . . . . . . . 34
Family Leave . . . . . . . . . . . . . . . . . . . . . . . . 34
Returning from Leaves of Absence . . . . . . . . . . . . . . 35
Seminars, Special Training . . . . . . . . . . . . . . . . . 36
Educational Matching Gifts . . . . . . . . . . . . . . . . . 36
Guaranteed Student Loan Program . . . . . . . . . . . . . . 36
College Scholarships . . . . . . . . . . . . . . . . . . . . 36
Credit Union . . . . . . . . . . . . . . . . . . . . . . . . 36
Employee Stock Purchase Plan . . . . . . . . . . . . . . . . 36
Tenet 401(k) Retirement Savings Plan . . . . . . . . . . . . 37

**FOR YOUR GUIDANCE** . . . . . . . . . . . . . . . . . . . . . . **39**
Employee Conduct and Work Rules . . . . . . . . . . . . . . 41
Professional Relationship with Patients . . . . . . . . . . 42
Taking Care of our Patients . . . . . . . . . . . . . . . . 43
Conflicts of Interest . . . . . . . . . . . . . . . . . . . 44
No Solicitation / No Distribution Policy . . . . . . . . . . 45
No Access Policy . . . . . . . . . . . . . . . . . . . . . . 46
Facility Bulletin Board Policy . . . . . . . . . . . . . . . 46

Confidential Information . . . . . . . . . . . . . . . . . . 46
Smoke-Free Workplace . . . . . . . . . . . . . . . . . . . . 47
Drug-Free Workplace . . . . . . . . . . . . . . . . . . . . 48
Medical Examinations . . . . . . . . . . . . . . . . . . . . 49
Safety . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Use of Equipment and Vehicles . . . . . . . . . . . . . . . 50
Theft Prevention . . . . . . . . . . . . . . . . . . . . . . 50
Security Inspections . . . . . . . . . . . . . . . . . . . . 51
Workplace Monitoring . . . . . . . . . . . . . . . . . . . . 51
Use of Information and Technology Systems . . . . . . . . . 52
Violence in the Workplace . . . . . . . . . . . . . . . . . 54
Appearance and Hygiene . . . . . . . . . . . . . . . . . . . 55
Personal Mail . . . . . . . . . . . . . . . . . . . . . . . 56
Telephone Use . . . . . . . . . . . . . . . . . . . . . . . 56
Telephone Courtesy . . . . . . . . . . . . . . . . . . . . . 56
Use of Facility Name . . . . . . . . . . . . . . . . . . . . 57
Travel on Facility Business . . . . . . . . . . . . . . . . 57
Voting Time . . . . . . . . . . . . . . . . . . . . . . . . 57

**STANDARDS OF CONDUCT** . . . . . . . . . . . . . . . . . . **59**

**INTRODUCTION** . . . . . . . . . . . . . . . . . . . . . . . . . **62**

**QUALITY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **64**
General Standards of Quality . . . . . . . . . . . . . . . . 64
Standards of Quality Care . . . . . . . . . . . . . . . . . 64

**LEGAL RESPONSIBILITIES** . . . . . . . . . . . . . . . . . . **65**

**RESPONSIBLE USE OF ASSETS** . . . . . . . . . . . . . . . **67**
Responsible Use of Assets . . . . . . . . . . . . . . . . . 67
Responsible Use of Assets of Others . . . . . . . . . . . . 67

**CONFLICT OF INTEREST** . . . . . . . . . . . . . . . . . . . **70**

**TREATMENT AND WORK ENVIRONMENT** . . . . . . . . . . **74**

**HUMAN RESOURCES** . . . . . . . . . . . . . . . . . . . . . . **75**

**COMMUNITY INVOLVEMENT** . . . . . . . . . . . . . . . . . **76**

**Dear Tenet Employee:**

Welcome to Tenet. This is an exciting time for the health care industry, and for your company. Tenet is part of an industry that has enormous growth potential. We have a strong group of hospitals, ranging from top teaching hospitals to facilities that are strong providers in their communities.

To make sure that we remain at the forefront of health care delivery, we've established three key goals for the company:

- To lead our industry in quality and service;
- To become the employer of choice; and
- To be a technology leader in our field.

What this means to you is that you're part of a company that uses innovation and technology to improve not only the care we provide, but the way in which we deliver that care throughout the organization. Tenet is a place where we use the "bigness" of Tenet to improve lives – for our patients, Physicians, communities and employees.

At Tenet, we know that believing in our employees demands more than lip service. Our promise as the employer of choice means that we offer great development opportunities, flexible work options and really great benefits.

At the heart of Tenet is a strong and effective ethics program that is fully supported by Tenet's management team. As a new employee, you will soon be participating in this program. In the meantime, you can learn more about the importance Tenet places on ethics and integrity by reading the enclosed *Tenet Standards of Conduct* booklet.

I believe the future has never looked more promising for Tenet. On behalf of Tenet, we're glad you selected us and we look forward to your contributions. Welcome to our family.

Jeffrey C. Barbakow
Chairman and Chief Executive Officer

FOR YOUR INFORMATION .................................................... 76

TENET ETHIC PROGRAM INFORMATION ................................. 77

SUGGESTIONS FOR CHANGES TO THIS DOCUMENT ................. 77

Tenet Open Door Policy & Fair Treatment Process .... 79
 For Resolution of Problems, Concerns and Disputes ....... 81
 Application and Coverage ......................................... 81

THE STEPS ...................................................................... 82
 Step 1: Supervisor .................................................. 83
 Step 2: Department Head ........................................... 83
 Step 3: Administration .............................................. 83
 Step 4: FTP Committee .............................................. 84
 Step 5: Final and Binding Arbitration ........................... 85

THE FTP COMMITTEE PROCESS ........................................... 85
 Committee Composition ............................................. 85
 Committee Selection ................................................. 85
 Committee Proceedings ............................................. 85
 Committee Members .................................................. 87
 The Arbitration Process ............................................. 87
 Exclusion and Restrictions ......................................... 88
 Excluded Issues ...................................................... 88
 Restricted Issues ..................................................... 88
 Grievances of Management Employees .......................... 89

OTHER IMPORTANT INFORMATION ...................................... 90
 Applicable Law and Procedures Rules ........................... 90
 Discovery ............................................................. 90
 Limitation Periods ................................................... 90
 Authority of Arbitration ............................................ 90
 Representation by Counsel .......................................... 90
 Confidentiality ....................................................... 91
 At-Will Employment ................................................. 91
 Modifications to the FTP ............................................ 91

EMPLOYEE ACKNOWLEDGEMENT FORM

FACILITY SPECIFIC SECTION

v

## ABOUT TENET

We welcome you to Tenet, one of the nation's largest health care services companies. Through its subsidiaries, Tenet owns and operates acute care hospitals and related health care services.

Tenet is more than 100,000 people strong, serving communities in 17 states from a Dallas-based operations center. Tenet's name reflects it's core business philosophy; the importance of shared values among partners – including employees, physicians, insurers and communities – in providing a full spectrum of health care.

Tenet will remain at the forefront of health care by focusing on these three key goals:

- To lead our industry in quality and service;
- To become the employer of choice; and
- To be a technology leader in our field.

The company's common stock is listed under the symbol THC on the New York and Pacific stock exchanges.

vi

## ABOUT YOUR HANDBOOK

This Handbook and Handbook Supplement has been prepared to provide all of our employees an overview of basic facility policies, practices and benefits. We believe that understanding the facility and how it works is an important step in developing and maintaining productive employer/employee relationships. Please take the time to read this Handbook. It won't take you very long. It contains important information that will affect you every day.

The term "facility" as used throughout this manual refers to any divisions, subsidiaries, offices, hospitals, buildings or other TENET-owned or operated locations. Please remember that this handbook is not a contract of employment, that your employment with the facility at all times is at-will, and that either you or the facility can terminate the employment relationship at any time, with or without cause or notice.

**Facility Policies** The policies outlined in this Handbook and, where applicable, Handbook Supplement reflect the usual way of handling various situations. It's important for you to understand these policies in order to be a well-informed employee. Management, however, reserves the right to deviate from existing policies in its discretion because of individual circumstances or special needs. There will also be situations that require a change from time to time in policies, practices and benefits described in this Handbook. Accordingly, except with respect to the employment-at-will policy and the Mutual Agreement to arbitrate, the facility reserves the right to modify, add, delete or revise any provisions contained in this Handbook and/or Handbook Supplement at any time as it deems necessary or appropriate in its sole and absolute discretion. We will periodically distribute updates to you as policies and benefits are changed and updated. Please keep this Handbook readily available and insert the revised updated material promptly so that your Handbook is kept current at all times.

**Your Supervisor** Each new employee is assigned to a supervisor who will help you adapt to your facility work routines and procedures. Supervisors also offer guidance and may assist you in communications with management, as well as encourage your career growth and development.

Department managers and department directors are also available to help you and your supervisor maintain a productive relationship

vii

# Conditions of Employment

with each other and with the facility. If at any time you have questions, concerns or questions about your work, facility policies or the operation of the facility in general, feel free to sit down and discuss them with your supervisor. While your supervisor is not a Human Resources Representative, nor is a supervisor's interpretation of a policy or procedure binding, your supervisor's insight may be helpful to you and a policy have questions or concerns about a policy or procedure find, and supervisor, you should seek further guidance from your Human Resources Representative. Our goal is to share with employees the promoting a sincere pride in the workplace. We can only do this by working closely together.

**Orientation** You are required to complete an orientation as soon as possible, after you begin work. Your Human Resources Representative will work with your supervisor to schedule you to complete orientation at a time most convenient to you and your department.

**Re-Orientation** Certain hospital employees are required to complete an annual re-orientation. The annual physical, if required, and re-orientation must be completed by the employee's anniversary date.

## Your Human Resources Representative Your Human

Resources Representative provides employees with information and assistance to understand our facility's human resources policies and promote a positive work environment. Your Human Resources Representative is available to help you with any problems or concerns during your employment. The Human Resources Representative can also provide you with current information on work rules, benefits, policies, payroll data, personnel records, insurance, job opportunities, and benefit conversion privileges upon separation of employment.

The Human Resources Representative is responsible for maintaining complete and up-to-date personnel records for all current employees. You have a responsibility to notify your Human Resources Representative promptly of any changes in your name, marital status, number of dependents, home address, and telephone number.

All requests for employment verifications, and employee references must be directed promptly to your Human Resources Representative, who will attempt to handle any inquiries or requests for verification in accordance with facility policies.

vii

# YOUR EMPLOYMENT

## What You Can Expect From the Facility

As an employee, you anticipate many things from us. As a leader in the health care field, we think it is reasonable for you to expect that:

- The facility will strive to provide you competitive pay, based on your job responsibilities and demonstrated job performance.

- The facility will strive to provide a benefit program that is competitive with others in the industry.

- The facility will strive to be a responsive employer and will adhere to the principles of equal employment opportunity in its employment practices.

- The facility will strive to provide opportunities for and encouragement of personal and career growth and development.

## What the Facility Expects From You

In order to achieve our goal of delivering quality health care, the facility expects in turn that:

- You will put forth your best effort to complete all your assigned duties.

- You will be regular and punctual in your attendance.

- You will cooperate with your co-workers in a spirit of teamwork.

- You will comply with all established facility policies.

- You will ask when you don't know, question when you don't understand, and suggest when you see a better way.

- You will take initiative for your career development through available training programs and advise your supervisor or Human Resources Representative if you wish to be considered for another job opportunity in the facility.

## Employee Relations

We strive to make the work conditions, wages and benefits we offer to our employees competitive with those offered by other employers in this area and in this industry. If you have questions or

concerns about work conditions or compensation, you are strongly encouraged to talk openly and directly with your supervisors.

Our experience has shown that when employees deal openly and directly with supervisors, the work environment can be exceptional. Communications can be clear, and attitudes can be positive. We believe that the company and all of its division, subsidiaries and facilities have demonstrated and will continue to demonstrate their commitment to employees by responding effectively to employee questions and issues. In an effort to protect and maintain direct employer/employee communications, we will respect and protect the right of employees to speak for themselves.

However, if and when employees examine the option of representation by individuals outside of their facility, we strongly encourage careful consideration of such related issues as regular deductions from paychecks for representation fees, the potential for outside interference with supervisory relationships, and the requirement to comply with directions from outside parties.

## Equal Employment Opportunity

The facility believes a strong commitment to equal employment opportunity is more than a legal and moral obligation – it is also sound business practice to realize the potential of every individual. In order to provide equal employment and advancement opportunities to all individuals, employment decisions at the facility will be based on individuals, qualifications and abilities. Except where required or permitted by law, employment practices will not be influenced or affected by an applicant's race, color, religion, sex, sexual orientation, national origin, age, disability, or any characteristic protected by law. This policy governs all aspects of employment, including selection, job assignment, compensation, counseling, discipline, termination, access to employee services, benefits and training. The facility will make reasonable accommodations for qualified individuals with known legally recognized disabilities unless doing so would result in an undue hardship.

If you have questions and concerns about any type of unlawful discrimination in the workplace, you are strongly encouraged to bring these issues to the attention of your immediate supervisor or your Human Resources Representative. You can raise concerns and make reports without fear of reprisal. Anyone found to be engaging in any type of unlawful discrimination will be subject to corrective action, up to and including termination of employment.

## Sexual and Other Unlawful Harassment

We are committed to providing a work environment free from discrimination and unlawful harassment. Actions, words, jokes or comments based on an individual's sex, race, ethnicity, age, religion, sexual orientation or any other legally protected characteristic will not be tolerated. As an example, sexual harassment (both overt and subtle) is a form of employee misconduct that is demeaning to another person, undermines the integrity of the employment relationship, and is strictly prohibited. Anyone engaging in sexual or other unlawful harassment will be subject to corrective action, up to and including termination of employment.

Examples of unlawful sexual harassment include, but are not limited to unwelcome sexual advances, requests for sexual favors and other verbal, visual or physical conduct of a sexual nature where:

- Submission to such conduct is an implied or expressed condition of employment;
- Submission to or rejection of such conduct is the basis for employment decisions affecting the individuals; or
  - The conduct has the effect of interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

Any employee who wants to report an incident of alleged sexual or other unlawful harassment should promptly report the matter to his or her supervisor. If the supervisor is unavailable or the employee believes it would be inappropriate to contact that person, the employee should immediately contact his/her Human Resources Representative. Employees may raise concerns and make reports without fear of reprisal.

This policy applies to all employees, including supervisors, managers and department heads as well as physicians, whether or not employed by Tenet. This policy also may, under certain circumstances, apply to agents and non-employees who have contact with our employees.

If you have any questions concerning this policy, please feel free to contact your Human Resources Representative at any time.

## Life-Threatening Illnesses in the Workplace

The facility shall not discriminate against employees with life-threatening illnesses, such as cancer, heart disease and AIDS. The facility will strive to support the wish of an employee to continue to work to the extent permitted by the life-threatening condition, as long as the employee is able to perform the essential functions of the job, with or without accommodation.

In accordance with this policy, the facility will not discriminate against any employee or applicant for employment because the individual may have, or has any life-threatening illness, is perceived to have any life-threatening illness, belongs to a group known to be at high risk for acquiring or developing any such illness, is perceived to be particularly susceptible to a life-threatening illness because he or she is related to, or resides with, someone who has that same illness, or has tested positive for that same illness, including cancer, heart disease or AIDS.

Medical information on individual employees is treated confidentially. The facility will take reasonable precautions to protect such information from inappropriate disclosure. Managers and other employees have a responsibility to respect and maintain the confidentiality of employee medical information. Anyone inappropriately disclosing such information is subject to corrective action, up to and including termination of employment.

If you have any questions or concerns about life-threatening illnesses, you are encouraged to contact your Human Resources Representative or the company's Employee Assistance Program (EAP) for information and referral to appropriate services or resources.

## Immigration Law Compliance

The facility is committed to employing only United States citizens and aliens authorized to work in the United States and does not unlawfully discriminate on the basis of citizenship and national origin.

In compliance with the Immigration Reform and Control Act of 1986, each new employee, as a condition of employment, must complete the Employment Eligibility Form I-9 and present documentation establishing identity and employment eligibility. Former employees who are rehired must also complete the form if they have not completed an I-9 with the facility within the past three years, or if their previous I-9 is no longer retained or valid.

If you have any questions or seek more information on immigration law issues, we encourage you to contact your Human

Resources Representative. You may raise questions or concerns about immigration law compliance without fear of reprisal.

## Employment Application

The facility relies upon the accuracy of information contained in the employment application, as well as the accuracy of other data presented throughout the hiring process and employment. Any misrepresentations, falsifications or material omissions in any of this information or data may result in the facility's exclusion of the individual from further consideration for employment or, if the person has been hired, termination of employment.

## Employment References

To ensure that individuals who join the facility are qualified and have a strong potential to be productive and successful, it is the policy of the facility to check the employment references of all prospective employees.

Your Human Resources Representative will respond to all requests for employment references and verifications from other employers. Responses to such inquiries will confirm only dates of employment, salary or wage rates, and position(s) held.

## Verification of Licenses

All positions requiring licenses or certification and/or educational degrees require verification during the pre-employment interview process. Employees who are licensed professionals must present verification of licenses when requested during the hiring process and, if hired, annually or as required thereafter.

## Staff Rights

You may request not to participate in an aspect of patient care, including treatment, due to a perceived conflict with your cultural values, ethics, or religious beliefs. The facility will make every reasonable effort to approve such requests, so long as the approval of such request will not negatively affect the patient's care, including treatment, and so long as there is an appropriate alternative method or methods of care delivery. However, if adequate staffing can not be found, or if this request can not be granted without negatively affecting patient care, including treatment, the employee will be required to participate in such care and treatment. You must submit a Request Not to Participate Form to your supervisor at the time of

hire, or as soon as possible after you are notified that you may be required to participate in such aspect of patient care or treatment. You may be floated to a position in another department for which you are qualified, or may be asked to leave work while the facility brings in other staff to provide patient care. See your Human Resources department for the form and further information.

## Hours of Work and Work Schedules

Hours of work and work schedules for employees vary throughout the facility. Your supervisor will advise you of your individual work schedule according to the facility's specific procedures. Staffing needs and operational demands may necessitate variations in starting and ending times, as well as variations in the total hours that may be scheduled each day and week. The facility will strive to give you adequate advance notice of schedule variations.

Please consult the Handbook Supplement if appropriate, or ask your supervisor or Human Resources Representative for your facility's hours of work and work schedule.

## Meal and Rest Periods

Your supervisor will schedule meal periods according to the facility's procedures to accommodate patient needs or other business requirements.

You may also be provided with rest periods according to applicable state law. If rest periods are provided, your supervisor will schedule them according to your facility's procedures and will advise you of the regular rest period length and schedule. To the extent possible, such rest periods will be provided in the middle of work periods. You are required to be at your workstation at the conclusion of allotted meal or rest periods.

Please consult the Handbook Supplement, if available, or ask your supervisor or Human Resources Representative for details regarding meal and rest periods.

## Employment Categories

The facility provides definitions of employment classifications so that you understand your employment status and benefits eligibility. These classifications do not guarantee employment for any specified period of time. Accordingly, you or the facility have the right to terminate the employment relationship at will at any time.

Employees are designated as either nonexempt or exempt. Nonexempt employees are entitled to overtime pay under specific provisions of federal and state laws. Exempt employees are excluded from the overtime provisions of these laws and are not eligible for overtime pay. Exempt employees are expected to work whatever time is necessary to meet defined job responsibilities.

In addition to belonging to one of the above categories, you will also belong to one of the following other employment categories:

- Regular Full-Time employees are those who are not in a temporary status and who are regularly scheduled to work a full-time schedule of 32 hours or more per week. Generally, regular full-time employees are eligible for the facility's benefit package, subject to the actual terms, conditions and limitations of each benefit program's plan documents.

- Regular Part-Time employees are those who are not assigned a temporary status and who are scheduled to work less than a full-time schedule. While they do receive all legally mandated benefits (such as Social Security and Workers' Compensation Insurance), they may not be eligible for some or all of the facility's other benefit programs, subject to the actual terms, conditions and limitations of each benefit program's plan documents. You are considered "Part Time (1)" if you are regularly scheduled to work 24 hours per week, but less than 32 and "Part Time (2)" if you are regularly scheduled to work less than 24 hours per week.

- Temporary employees are those hired as interim replacements to temporarily supplement the work force or to assist in the completion of a specific project. Employment assignments in this category can be either full-or part-time and are of a limited duration, usually no more than six months. Employment beyond any initially stated time period does not in any way imply a change in employment status. Temporary employees retain that status unless and until notified of a change. While temporary employees receive all legally mandated benefits (such as Workers' Compensation Insurance and Social Security), they are not eligible for most of the facility's other benefit programs.

- Per Diem employees, sometimes referred to as "pool", are those who work on an "as - needed" basis. The facility offers this category in limited classifications and to limited numbers of employees. Individuals participating in this program must sign an acknowledgment of their understanding that they are not eligible to participate in certain non-legally mandated benefit programs applicable only to regular employees. A change to or from this category can be accomplished only with prior written authorization by an appropriate facility official.

## Attendance and Punctuality

To maintain a safe and productive work environment, the facility expects you to be reliable and punctual in reporting for scheduled work. Absenteeism and tardiness place a burden on the facility and other employees. If you are not able to report to work as scheduled, you should notify your supervisor as soon as possible in advance or as required by your facility policy. Either excessive absenteeism or tardiness may lead to corrective action, up to and including termination of employment.

Please remember:

- You are expected to report to work during inclement weather conditions unless doing so could result in harm to you.

- If you are absent from work for two (2) consecutive days without giving proper notice to the facility, you will be considered to have voluntarily resigned.

- If you report to work without proper equipment or in improper attire, you may not be allowed to work. If you report for work in a condition deemed not fit for duty, whether for illness or any other reason, you will not be allowed to work.

## Performance Evaluations

The facility strongly encourages you and your supervisor to discuss job performance and goals on an informal, day-to-day basis. A formal performance evaluation normally will be conducted after your first 90 days of employment (initial evaluation period) or promotion into a new position. Additional formal and informal performance reviews are conducted to provide both you and your supervisor the opportunity to discuss job tasks, encourage and

recognize strengths, identify areas for improvement, and discuss positive and specific approaches to meet performance goals. Formal performance evaluations normally are scheduled every 12 months.

Pay adjustments based on merit are awarded by the facility to recognize your performance. The decision to award a merit adjustment will be at the facility's discretion and can depend on numerous factors, including the information documented by the performance evaluation process.

## Transfers and Promotions

The facility believes in transferring and promoting qualified employees to positions of increased responsibility whenever that action is most appropriate. Transfer and promotion decisions are based on long-term business goals, employee performance, and the employee's potential for success in the new position. Promotions and transfers shall be offered to employees at the sole discretion of the facility.

If you wish to be considered for an open position either within or outside of your present department, you must discuss the request directly with your supervisor or department director. If you want to apply for a particular transfer, contact your Human Resources Representative.

The facility has established guidelines for transfer and promotion policies. Please consult with your supervisor or Human Resources Representative for more specific details.

## Job Posting

It is the policy of the facility that positions available within the organization will be filled by the promotion or transfer of current qualified employees whenever possible. Normally, the facility will inform you about the existence of such positions through job posting.

You should be in your present position for a minimum of six months to be eligible to apply for a posted position. If you are currently engaged in a Performance Management plan, you are not eligible to apply for a posted position at this time.

## Employment of Relatives

The employment of relatives in the same area of an organization may cause serious conflicts and problems with employee morale. In addition to claims of partiality in treatment at work, personal conflicts from outside the work environment can be carried into day-to-day working relationships. Due to the potential conflict, members of the

Administrative Team and Human Resources Department should not employ relatives at the facility that fall under their scope of responsibility.

Except where prohibited by law, relatives of persons currently employed by the facility may be hired only if they will not be working directly for or supervising a relative or will not occupy a position in the same line of authority within the organization. This policy applies to any relative, higher or lower in the organization, who has the authority to review employment decisions. You cannot be transferred into such a reporting relationship.

For the purposes of this policy, relatives are defined to include spouses, parents, children, brothers, sisters, brothers- and sisters-in-law, sons- and daughters-in-law, fathers- and mothers in law, stepparents, stepbrothers, stepsisters, stepchildren, stepgrandchildren or anyone else related by blood or marriage or whose relationship with the employee is similar to that of persons who are related by blood or marriage. This policy also may apply to individuals who are not legally related but who reside with another employee.

If the relative relationship is established after employment, the individuals concerned will decide who is to be transferred. If that decision is not made within 30 calendar days, management will decide. In other cases where a conflict or the potential for conflict arises, even if there is no supervisory relationship involved, the parties may be separated by reassignment or terminated from employment.

## Outside Employment

You may hold an outside job as long as you meet the performance standards of your job with the facility. You should consider the impact outside employment may have on your health and physical well being. All employees will be judged by the same performance standards and will be subject to facility scheduling demands, regardless of any existing outside work commitments.

If the facility determines that your outside work interferes with your performance or your ability to meet the requirements of the facility, as they are modified from time to time, you may be asked to terminate the outside employment if you wish to remain employed by the facility.

Outside employment that constitutes a conflict of interest is strictly prohibited. You may not receive any income or material gain from individuals outside the facility for material produced or services rendered while performing your job in the facility.

Any employee who holds a managerial position should disclose any employment, including consulting relationships outside of Tenet, and obtain prior approval from senior management.

Please consult the Standards of Conduct and/or Conflict of Interest policies for further clarification.

## Shared Employment

We follow very strict and specific guidelines regarding employees who are concurrently employed by more than one of the company's facilities. The company will aggregate on one payroll system all hours worked by employees for the purpose of administering overtime pay, the company retirement plan and other benefits. No current employee may also work as a temporary agency employee for any other facility in our organization. Further, no current company employee may also work as an independent contractor for this or any other facility within our organization. This policy applies to all employees in our organization.

## Access to Personnel Records

Your facility Human Resources Representative maintains a personnel file on each employee. The personnel file includes such information as your job application, resume, records of training, documentation of performance appraisals and salary increases, and other employment records.

Personnel files are the property of the facility and are confidential. If you wish to review your own file, you should contact your facility Human Resources Representative. With reasonable advance notice you may review your own personnel file during normal business hours and in the presence of a Human Resources Representative.

## Personnel Data Changes

The facility strives to maintain current and accurate records on all employees. To assist in this endeavor, you are required to promptly submit any changes affecting your personnel records to your Human Resources Representative and to notify your supervisor of such changes.

Types of information you must inform us about include, but are not limited to, changes in name, marital status, address, telephone number, next of kin, changes in beneficiary, education, request for leave of absence, and any other significant event. The Human

Resources department can provide you with the forms needed to communicate this information.

## Performance Management

You are expected to meet facility performance expectations and standards of your job. If your performance or conduct does not meet facility expectations and standards, the facility will use a positive Performance Management and progressive corrective action approach whenever possible to motivate you to participate directly in the resolution of such situations. We believe that such an approach fosters your understanding of and commitment to correct a performance or conduct problem and increases the likelihood of a satisfactory resolution. However, circumstances may arise which make it inadvisable or inappropriate to follow the general Performance Management and progressive corrective action procedures. When circumstances warrant, facility management may decide, in its sole discretion, that some or all of the steps in the Performance Management process should not be followed and that immediate corrective action, including termination of employment, is necessary. Employment with the company or any of its facilities is at will, and either you or the facility may terminate the employment relationship at any time, with or without notice.

This policy is intended to complement and not conflict with or replace other policies and procedures pertaining to employee conduct and performance, including the Open Door and Fair Treatment Policy and the Employee Conduct and Work Rules policy.

Generally, the Performance Management process involves an initial informal counseling, followed by more formal counseling including suspension, and/or decision-making leave, if necessary, if performance has not improved.

If you have any questions regarding the Performance Management process, please speak to your supervisor or your facility Human Resources Representative.

## Resignation and Separation of Employment

Separation of employment, either voluntary or involuntary, is an inevitable part of personnel activity within any organization. It is the policy of the facility to approach each employee termination with fairness, both to the employee and the facility. Since employment with the facility is based on mutual consent, both the employee and the

facility have the right to terminate employment at will, with or without cause, at any time.

All accrued, vested benefits that are due and payable at termination will be paid. Some benefits may be continued at your expense if you so choose. You will be notified in writing of the benefits that may be continued and the terms, conditions and limitations of such continuation. Your final pay will be distributed in accordance with applicable state law.

In the case of voluntary separation of employment, non-exempt employees, if at all possible, are expected to notify their supervisor two (2) weeks in advance of their last expected day of work. Those employees with management responsibilities are expected, if at all possible, to give four (4) weeks notice.

Please be sure to keep us informed of any address changes within the following year after you leave the facility. This will ensure proper and timely handling of forms such as W-2s and pension plan disbursements.

## Exit Interview

Normally, a face-to-face exit interview should be conducted for all employees who are leaving voluntarily or involuntarily, to determine to what extent the policies, environment and working conditions contributed to their departure. If it is not possible to have a face-to-face meeting, a telephone interview may be conducted, or the Exit Interview form may be mailed with a stamped return envelope provided.

## Return of Facility Property

You are responsible for all facility property, materials or written information issued to you or in your possession or control. You must return all facility property in satisfactory condition immediately upon request or upon voluntary or involuntary termination of employment. Where permitted by law, the facility may withhold from your current or final paycheck the cost of any items that are not returned when required. The facility may also take all action deemed appropriate to recover or protect its property.

# Your Pay

## Reductions in Force and Severance Pay

The facility strives to avoid reductions in work force whenever possible. However, changing economic or business circumstances may require a reduction in the work force of a facility. If a reduction in force becomes necessary, the facility will follow an orderly procedure to reduce its work force and to assure adherence to the facility's strong commitment to providing the highest-quality patient care at all times. In the event of a reduction in force and as economic conditions permit, the facility may elect in its discretion to provide severance pay benefits to employees whose positions are eliminated.

## Rehire and Reinstatement

The facility will consider you for either rehire or reinstatement, depending upon your prior work history with the facility. If you were away from Tenet for no more than 90 consecutive calendar days, and you had at least 1 year of continuous service prior to leaving Tenet, you may be eligible for reinstatement. If you were away from Tenet for more than 90 calendar days you may be eligible for rehire. Rehired employees will be treated as new employees. Please consult your supervisor or Human Resources Representative for more specific information.

96/96

14

# YOUR PAY

## Paydays and Paychecks

Paydays are established and paychecks are issued according to each facility's specific procedures. Each paycheck will include earnings for all work performed through the end of the previous payroll period. Please refer to the Handbook Supplement if applicable, or ask your supervisor or Human Resources Representative for any facility-specific procedures on paydays and paychecks.

## Timekeeping

Accurately recording time worked is your responsibility. This includes the time you begin and end your work, and the beginning and ending time of each meal period, according to your facility's specific procedures. You should also record the beginning and ending time of any split shift or departure from work for personal reasons. Overtime work must always be approved in advance before it is performed.

It is your responsibility to verify your time record to certify the accuracy of all time recorded. Your supervisor will review and then initial the time record before submitting it for payroll processing. In addition, if corrections or modifications are made to the time record, both you and your supervisor must verify the accuracy of the changes by initialing the time record. The actual time employees should report to work and leave work is determined by their supervisors according to their facility's specific procedures.

Changing, falsifying, tampering with time records, or recording time on another employee's time record will result in corrective action, up to and including termination of employment. If you fail to submit accurate and complete time records on a timely basis, you may delay the processing of your paycheck as permitted by applicable state law. Your continued failure to submit accurate and complete time records or failure to follow facility procedures in this regard may result in corrective action up to and including termination of employment.

Please consult the Handbook Supplement if applicable, or ask your supervisor or Human Resources Representative for any additional information about the timekeeping policy.

## Overtime

When operating requirements or other needs cannot be met during regular working hours, you may be scheduled to work

17

00/00

The facility offers programs and benefits beyond those required by law. If you are an eligible employee, you may voluntarily authorize deductions from your pay to cover the costs of participation in these programs.

Please refer to the Handbook Supplement if applicable, or ask your supervisor or Human Resources Representative for further information regarding other voluntary deductions.

## Pay Advances

The facility will generally not provide employees pay advances or extensions of credit on unearned or unpaid wages.

## Wage Attachments and Garnishments

You are responsible for managing your financial commitments to avoid the inconvenience of wage attachments and garnishments for both you and the facility. In the event situations arise in which a wage attachment or garnishment is ordered by an official state, local or federal agency, the facility will honor and fulfill all garnishments and other wage attachment orders as required by law.

---

overtime hours. When possible, advance notification of these mandatory assignments will be provided. All overtime work must receive your supervisor's prior authorization. Overtime assignments will be distributed as equitably as practical to all employees qualified to perform the required work.

Overtime compensation is paid to all nonexempt employees in accordance with federal and state wage and hour requirements. As required by law, overtime pay is based on actual hours worked. Time off for sick leave, vacation leave or any leave of absence will not be considered hours worked for purposes of performing overtime calculations.

Failure to work scheduled overtime, or overtime worked without prior authorization from your supervisor, may result in corrective action, up to and including termination of employment.

Please consult the Handbook Supplement if applicable, or ask your supervisor or Human Resources Representative for your facility's policy on overtime.

## Pay Increases

The facility strives to provide competitive and equitable pay for all positions. If you meet work performance standards, you may be eligible for an annual pay increase.

## Administrative Pay Corrections

The facility takes all reasonable steps to ensure that you receive the correct amount of pay in each paycheck and that you are paid promptly on the scheduled payday. In the unlikely event that there is an error in the amount of pay, you should promptly bring the discrepancy to the attention of the facility so that corrections can be made as quickly as possible. Generally, once under payments are identified, they will be corrected in the next regular paycheck, and overpayments will also be handled in the same manner. Where there is a substantial amount owed, the employee may request a different repayment schedule.

## Pay Deductions

The law requires certain deductions be made from your compensation. Among these are applicable federal, state and local income taxes. Social Security taxes on your earnings also must be deducted up to a specified limit that is called the Social Security "wage base." The facility matches the amount of Social Security taxes paid by you.

# Your Benefits

10/01

20

# YOUR BENEFITS

## Health Care, Disability and Survivor Benefits

Our facility rewards you not only with your basic pay, but also with a balanced, comprehensive benefit program.

Our benefit program generally includes health care, disability income and survivor benefit protection. If you are in an eligible category, you may enroll in these benefits after a short waiting period. When you are eligible, your Human Resources Representative will give you a complete description of the various options available to you and ask you to complete an enrollment form. The facility pays the major portion of the cost of most of these plans. Your share of the cost will be handled through convenient payroll deduction.

## Benefits Continuation (COBRA)

The federal Consolidated Omnibus Budget Reconciliation Act (COBRA) gives you and your qualified beneficiaries the opportunity to continue coverage under the facility's health and dental plan when a "qualifying event" would normally result in loss of benefits. Some common qualifying events would be resignation, termination of employment (except terminations for gross misconduct), or death of an employee; a reduction in employee's hours; an employee's divorce or legal separation; and a dependent child who no longer meets eligibility requirements.

Under COBRA, you or your beneficiary pay the full cost of coverage at the facility's group rates plus an administration fee.

You will be provided with written information describing rights and obligations granted under COBRA when you become eligible for coverage under the facility's health insurance plan.

Please consult your supervisor or Human Resources Representative for further information about COBRA.

## Employee Assistance Program (EAP)

Tenet recognizes that employees and their families may experience personal problems that can adversely affect personal fulfillment and career satisfaction. As a result, the company provides a voluntary, confidential, no cost Employee Assistance Program ("EAP") to you and your family members regardless of your participation in facility-sponsored health plans. EAP services are provided by an outside vendor, a private, national consulting and service firm that specializes in Employee Assistance consultations. Services provided by the outside

23

vendor include professional problem assessment, counseling and referral to appropriate outside resources. Any expenses incurred outside the Employee Assistance Program are the employee's (or family member's) responsibility and subject to terms and conditions of the medical plan or HMO providing coverage, if any.

The Employee Assistance Program is accessible 24 hours a day, 7 days per week through a toll-free number provided to you at the time of hire. Appointments for no-cost office visits can be made during the day and early evening hours. All communication between you or family members and the EAP counselors is strictly private and confidential, and all records pertaining to employee EAP participation are kept by the outside vendor and remain the property of the outside vendor. Confidentiality will be maintained unless the problem or issue, by law, must be referred to a public agency. EAP participation will not adversely affect an employee's job security or advancement opportunities.

Most personal problems can be solved on a self-referral basis at no cost to you. The facility encourages you and your family members to utilize the EAP on a "when in doubt, call" basis. Problems that are appropriate for the EAP include, but are not limited to, problems or issues involving family relationships, such as marital problems, relationships with children, siblings or parents, elder care, relocation, stress, financial or legal problems, depression, substance abuse, anxiety and work-related situations.

The employee and eligible family members may also access the assistance portion of the EAP as a result of Supervisor Suggestion, Formal Management Referral or Family Member Assistance. If you bring a personal problem to the attention of your supervisor, but work performance and attendance have not fallen below acceptable standards, your supervisor may suggest that you contact the EAP for assistance. The decision to act on your supervisor's suggestion is left entirely up to you, and confidentiality is maintained just as it is in a self-referral.

If work performance, conduct or attendance patterns have fallen below acceptable standards, indicating the possible presence of a personal or behavioral problem, a Formal Management Referral may be indicated. If your supervisor believes that counseling may contribute to problem resolution, a Formal Management Referral to the EAP can assist in the early identification and resolution of productivity problems associated with behavioral or personal

problems. Participation in the EAP does not replace or delay corrective action under the facility's Performance Management Program. In Formal Management Referrals, the employee gives the outside vendor written permission to notify the supervisor making the referral that (1) counseling appointments have been kept, and (2) whether or not the treatment plan is being followed. No other informal or formal information would be provided.

Immediate family members who are household members of the employee can access the EAP through no-cost Family Member Assistance. Eligible family members may call the EAP toll-free number directly without the employee's authorization or knowledge. The same confidentiality rules apply for family members and employees.

A more complete description of the facility's Employee Assistance Program and the benefits provided is contained in the Medical Plan Summary Plan Description, Benefits Administration Manual and applicable contract with the outside vendor. In the event of conflict between these documents, the official contract governs. Please direct any questions regarding the EAP to your Human Resources Representative.

## Workers' Compensation

The facility participates in a comprehensive Workers' Compensation Insurance program at no cost to you. This program covers any illness or injury sustained in the course of employment that requires medical, surgical or hospital treatment. Subject to applicable legal requirements, Workers' Compensation Insurance provides benefits after a short waiting period or immediately upon hospitalization.

If you sustain work-related injuries or illnesses, you must inform your supervisor immediately. No matter how minor an on-the-job injury may appear, it is important that it be reported immediately. This will enable you to qualify for coverage as quickly as possible.

## Liability and Malpractice Insurance

There is an excess professional and general liability insurance policy that protects the facility and all employees on our payroll from liability arising from the performance of their job duties. It applies only to employees' jobs with this facility and does not apply to any other employment or circumstance. This protection is, of course, especially important for technical and professional personnel. Your

24

01/01

01/01

25

Human Resources Representative or Facility Administrator will be glad to discuss this coverage in more detail on request. The entire cost of this insurance is paid by the facility.

## Time Off With Pay (CashPlus)

CashPlus is a benefit which provides you with income replacement when you take approved time away from scheduled work. If you are eligible, you will be given a CashPlus account into which dollars are placed for your use.

## Eligibility

You will be eligible for a CashPlus account if you are in a full time or part time 1 status and have worked for Tenet for at least 30 days. You are not eligible for Cash Plus if you are part time 2, per diem or on the Manager's Time-Off plan. Your eligibility and CashPlus accrual will begin the first day of the pay period in which your 31st day falls.

If you are changed to a non-eligible status, your CashPlus accrual will cease and 100% of your CashPlus account balance will be paid to you at 100% of its value on the last pay period you were eligible for CashPlus.

If your break in eligibility is due to a status change, your CashPlus accruals will begin on the first day of the pay period in which you again become benefit-eligible, with the accruals based on your hire date.

If you are hired into a non-eligible status and later become benefit-eligible, your CashPlus accruals will begin on the first day of the pay period in which your status changes, with the accruals based on your hire date.

## CashPlus Accruals

The standard accrual rates for CashPlus are based on length of eligible service as follows:

| Length of Service | Accrual Rates |
| --- | --- |
| 31 days - 4 years | 9% of base earnings |
| 4+ years - 8 years | 11% of base earnings |
| 8+ years | 13% of base earnings |

Alternate Accrual Rates may be established by your facility subject to approval by Divisional Human Resources.

Base earnings upon which CashPlus dollars accrue are

| | |
| --- | --- |
| Regular pay | Callback |
| Bereavement | Jury Duty |
| Education | Orientation |
| Special Overtime | California differential pay |
| Alt. Rate Regular | Alt. Rate Special Overtime |
| In House Registry | Retro (Regular hours only) |
| Leave Without Pay | Workers' Comp - Light Duty |
| Cash Plus Hours | Cash Plus Dollars |
| Old Reserve Sick | Tenet Reserve Sick |

Base earnings do not include premium pay, other differentials, specialty pay, overtime (except for special overtime), auto, allowance, or bonuses.

## Requesting Time Off

You may request time off by submitting a completed Absence Approval form to your supervisor. Requests for time off will be subject to approval by your supervisor based on operational needs. Your facility will establish guidelines for the timeliness of requests, including those for illness and emergency.

The operation needs of your department are primary in determining approval of requests for time off. Your facility will establish policies for scheduling time off which are equitable and standard for all departments.

If you are scheduled to work and are called off by your facility because of census or other business reasons, your timesheet should reflect your called off status and CashPlus will be accrued as if you had worked.

## Requesting CashPlus Dollars

Any time you are absent from work, you may request income Replacement in either dollars or hours by submitting a completed Absence Approval form to your supervisor. If the request is in dollars, you are limited to an amount up to what you would have been paid (including differentials). Requests for payment in dollars will reduce the account by the amount requested.

If your request is made in hours, the request is limited to the requested hours scheduled off and the account will be reduced by the hours requested times your hourly rate.

You do not have to request income replacement if you do not want it. You do not have to have your supervisor's approval to request CashPlus as income replacement. You will not be paid CashPlus for any absence that was the result of or directly resulted in corrective action. Your supervisor will notify payroll of these situations.

## Holidays

The following holidays will be observed by Tenet:

New Years Day
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Christmas Day

Alternate holidays may be established by your facility.

Exempt employees will be paid regular time for the scheduled holidays which occur during their first 30 days of employment.

If your department is closed on these observed holidays, you may be scheduled by management to have the day off. You have the choice of requesting CashPlus for those days if you are eligible for such payment.

## Sale of CashPlus Dollars

You may elect to sell back (redeem) CashPlus dollars at 75% of their value. You do not need supervisory approval to sell back your CashPlus dollars. You should submit your request to payroll on an Absence Approval form. Your request for the sale of CashPlus dollars will reduce your account by the requested amount, and you will receive 75% of the requested amount, less the withholding of appropriate payroll taxes.

## Hardship Sale

If you have a documented hardship for any of the reasons listed below, you may redeem your CashPlus account balance at 100% of its value up to the amount required to meet the hardship, without forfeiture of plan participation:
1. For post-secondary tuition for the employee, spouse, or dependent for current classes

28

2. For a pending home purchase (down payment and / or closing costs)
3. To prevent eviction or foreclosure from your principal residence
4. For un-reimbursed medical expenses
5. For a loss due to natural disaster
6. For unforeseen serious financial hardship

If you qualify for a hardship distribution but do not have funds available in your CashPlus account, other employees may voluntarily donate any cash plus time they have accrued, over 40 hours, on your behalf. You will be required to provide documentation for the hardship and a signed memo from the donating employee stating how much will be donated on your behalf. The donated CashPlus funds are paid at 100%, with no penalty. If you are making the donation, your CashPlus account will be reduced by the amount of the donation and this amount will be taxable income to you. The donating employee will need to give HR a personal check in the amount of the hardship at the time you receive your cash plus check.

## Termination of Employment

All CashPlus dollars are paid to you at full value upon termination. If you terminate and then are reinstated within 90 days, you will immediately begin CashPlus accruals at the applicable percentage, based on your original hire date. Rehired employees reinstated after 90 days are subject to the same rules as newly hired employees.

## Reserve Sick

Reserve Sick is an optional feature. Reserve sick will begin accruing for eligible status employees in the pay period in which your 91st day of employment falls. Under this plan, if adopted by facility, you will accrue six (6) days per year if you are full time and three (3) days per year if you are part time 1. Your accrual is prorated over 26 pay cycles. You may use Reserve Sick after you have been absent for 40 consecutively scheduled hours and are ill or disabled. Reserve Sick is not redeemable and not vested; when you use it, it is paid at your current hourly rate. There is a 30-day cap on the Reserve Sick account balance. Reserve Sick hours are not paid at termination.

Old Reserve Sick is non-vested sick time that was available to employees prior to the acquisition of certain facilities by Tenet. Old Reserve Sick may be used after an employee has been absent for 40 consecutive scheduled hours and is ill or disabled. Old Reserve Sick is

29

not redeemable and not vested, when used, it is paid at your current hourly rate. Old Reserve Sick hours are not paid at termination. Your Reserve Sick is used until that balance is depleted at which time, any hours in your Old Reserve Sick Account may be used. An exception to the 40 hours rule for both types of Reserve Sick is that if you are admitted to a hospital, if you undergo outpatient surgery which requires general anesthesia or when you undergo an outpatient procedure which requires a stay of at least four hours at the provider's location, you can begin using Reserve Sick from the first day of hospitalization or surgery.

## Leaves of Absence

The facility recognizes there may be times when you may need to be away from your job for an extended period of time. Situations that may require you to request a Leave of Absence from work include a personal medical disability, personal emergency, military duty, jury duty, witness duty, bereavement or family obligations arising from the birth or adoption of a child or serious illness involving a family member. Except where prohibited by law, requests for Leaves of Absence will be considered on the basis of your length of service, performance, responsibility level, reason for your request, and the facility's ability to obtain a satisfactory replacement during the time you will be absent from work. Unless otherwise required by law, Leaves of Absences are limited to a maximum of twelve (12) months.

Generally, all full time and part time employees are eligible for a Leave of Absence without pay once they have completed their first 90 days of employment, although certain Leaves of Absence may be granted within the first 90 days of employment when required by law.

All requests for Leaves of Absence must be initiated through your supervisor and submitted by you in writing to your Human Resources Representative for approval on the appropriate facility request form. Your Human Resources Representative is available to answer your specific questions concerning length of service and the status and availability of employee benefits, including health and other insurance benefits.

## Medical Leave – Occupational and Non-Occupational

The facility provides Medical Leaves of Absence without pay to eligible employees who are temporarily unable to work due to a serious health condition. A serious health condition is an illness, injury,

impairment, or physical or mental condition which involves inpatient care in a hospital, hospice, or residential medical care facility, or continuing treatment by a healthcare provider and which does (or could if untreated) result in a period of incapacity of more than three consecutive calendar days.

If you are absent from work due to illness or disability for 14 or more calendar days, you must request and receive approval for a Medical Leave of Absence. A Medical Leave that is granted will begin on the first day of your illness or disability. Any absence from work of more than 14 calendar days without being on an approved Leave of Absence will be considered an unauthorized absence. A healthcare provider's statement must be submitted, no later than 15 days following the leave request.

An employee will be eligible for Medical Leave only after having completed 90 calendar days of service, unless otherwise required by law. Exceptions to the service requirement will be considered to accommodate disabilities. You should make requests for Medical Leave to your supervisor at least 30 days in advance of the Leave or as soon as possible.

Any combination of Medical Leave and Family Leave may not exceed the 12 week limit, unless required by law. If the initial period of approved Medical Leave proves insufficient, consideration will be given to a request for an extension. You may elect to apply ColdPlus while taking unpaid Medical Leave.

As required by law, when a Medical Leave ends, you will be reinstated to the same position, if it is available, or to an equivalent position for which you are qualified, so long as you completed 12 months of service prior to the approved Medical Leave, worked at least 1,250 hours in the preceding twelve (12) months, and are employed in a facility where 50 or more employees are employed within a radius of 75 miles, and so long as you have not taken more than twelve weeks (12) of Medical Leave in a rolling 12 month period. If you are granted a Medical Leave before completing 12 months of service, or if the approved Medical Leave lasts longer than 12 weeks, efforts will be made to return you to the same position when the Medical Leave ends, if it is available, or to a similar position for which you are qualified; however, reinstatement in such circumstances cannot be guaranteed.

The facility will make every effort to reasonably accommodate the disabilities of employees who are released for duty from a Medical Leave, as required by law. If the facility cannot reasonably accommodate you when you are ready and able to return to work, you

will be offered the next suitable position that becomes available for which you are qualified and can be accommodated. If such a position is not available within a 30-day period, you will be terminated.

Employees who sustain work-related injuries are eligible for a Medical Leave for the period of disability in accordance with all applicable laws covering occupational disabilities. You will be retained on an extended Medical Leave for work-related disabilities until one of the following events takes place:

- You are released for duty;
- The facility receives satisfactory medical evidence that you will not be able to return to work; or the Third Party Administrator indicates that you have engaged in activities which negate your claim/status;
- You directly inform the facility that you will not be able to or do not intend to return to work, or
- You indirectly inform the facility that you do not intend to return to work by accepting other employment, moving out of state, or other such conduct.

Benefits for a Medical Leave for work-related disabilities will be coordinated with Workers' Compensation according to Plan provisions, and any other benefits provided to you in an effort to minimize the impact of the Leave for both you and the facility. These benefits will be coordinated in such a manner that you may receive no more than regular earnings from all sources.

Please consult with your Human Resources Representative for information on the documentation you must submit when you request and return from a Medical Leave.

## General Leave

All full-time and part-time employees may request and may be granted a General Leave of Absence for a period of up to 30 days. A General Leave is granted for reasons other than your own serious health condition or disability or your need to fulfill family obligations relating directly to childbirth, adoption or placement of a foster child; or to care for a child, spouse or parent with a serious health condition. Employees requiring leave for those reasons should apply for Medical Leave or Family Leave.

Requests for General Leave must be submitted in writing and must be approved in writing by your department director and Human Resources Representative before the leave begins.

General Leaves of Absence may not be used to extend vacations, other leaves or other paid time off.

An effort will be made to return the employee to the same position when the leave ends, if it is available, or to a similar position, for which the employee is qualified; however, reinstatement in such circumstances can not be guaranteed unless required by state law.

## Jury Duty Leave

Tenet recognizes that you have an obligation to serve on jury duty. Generally, you will be granted a Leave of Absence for this purpose provided that you give the company reasonable advance notice of your obligation to serve. If you are a full time or part time (1) employee and are called to jury duty after completing 90 days of employment, you may be eligible to receive a portion of your regular pay for a limited time while serving on jury duty. If you are full time and can not be excused, or can not rearrange your schedule to avoid a conflict, you will be paid your regular daily rate for each full working day missed due to jury duty for a maximum of 80 hours pay with in a 36 month period, unless state law specifies otherwise. If you are part time (1) you may receive up to a maximum of 40 hours of pay with in a 36 month period. Any additional time served on jury duty will be without pay.

## Military Leave

The facility recognizes that certain employees may be called upon to serve in the military. Military Leaves of Absence will be granted provided employees submit written verification of a call to duty from the appropriate military authority. The facility will also grant employees unpaid time off to meet their weekly, monthly, or annual training obligation in the Active Reserves. Employees involved in periodic reserve training are not required to use accrued CashPlus but may choose to do so if they desire pay for hours lost.

The facility reinstates employees returning from Military Leave to their same position or one of comparable status and pay if employees:

- have a certificate of satisfactory completion of service;
- apply within 90 days after release from active duty; or within such extended period, if any, as their rights are protected by law; and
- are qualified to fill their former positions.

Those employees who enlist directly in the Ready Reserves after undergoing six (6) months of active duty training are eligible for reinstatement if they apply within 31 days of their release from active duty. Veterans who have served a regular tour of active duty have preference over employees returning from the Ready Reserves.

It is the employee's responsibility to report to work at the end of an approved Military Leave; otherwise, the employee will be considered to have voluntarily terminated employment.

## Witness Duty Leave

Employees who are required by law to appear in court as witnesses may take time off without pay (you may use CashPlus) for such purpose, provided you give the company reasonable advance notice. Employees who appear as witnesses on behalf of the facility or company will receive their regular pay during such time.

## Bereavement Leave

In the event of death of a member of your immediate family and subject to completing 90 calendar days of service, you may be granted a Bereavement Leave of Absence of three normally scheduled consecutive shifts off with pay immediately following the death. Bereavement time off will be considered and approved on a case basis by your supervisor, if you have not completed 90 calendar days of service. Bereavement Leave must be taken within the seven day period following death. "Immediate family" is defined as: spouse, mother, father, sister, brother, child, grandparents, grandchildren, mother-in-law, father-in-law, stepparents, stepbrothers, stepsisters, stepchildren, stepgrandchildren, and current brothers- and sisters-in-law. Additional days beyond three may be used from accrued CashPlus. This policy also may apply to individuals who are not legally related but who reside with the employee.

## Family Leave

The facility provides Family Leaves of Absence without pay to all eligible employees who wish to take time off from work duties to fulfill family obligations relating directly to childbirth, adoption or placement of a foster child; or to care for a child, spouse or parent with a serious health condition. A serious health condition means an illness, injury, impairment or physical or mental condition that involves inpatient care in a hospital, hospice or residential medical care facility; or continuing treatment by a health care provider and which does (or

could if untreated) result in a period of incapacity of four or more consecutive days. Leaves of absence for an employee's personal medical conditions, including pregnancy and pregnancy-related conditions, are covered by Medical Leaves.

You are eligible for Family Leave if you have completed 12 months of service prior to the leave request, have worked at least 1,250 hours in the preceding 12 months, work at a facility where 50 or more employees work within a radius of 75 miles, and providing that you have not taken combined Medical and Family Leave totaling 12 weeks in the previous rolling 12 month period. Eligible employees should make requests for Family Leave to their supervisors at least 30 days in advance of foreseeable events and as soon as possible for unforeseeable events.

Eligible employees may request up to a maximum of 12 weeks within any 12-month period (or the maximum amount required by any applicable state law, whichever is greater). No combination of Family Leave and Medical Leave under FMLA may exceed 12 weeks in a 12-month period unless required by law. Employees may not use accrued unused Reserve Sick time for Family Leave. Employees may elect to apply CashPlus while taking unpaid Family Leave. Eligible spouses who are both employed by the company may be limited to a combined total of 12 weeks leave (minus any FMLA Medical Leave taken in the previous 12 months) within any 12 month period for childbirth, adoption or placement of a foster child; or to care for a parent with a serious health condition.

When a Family Leave ends, the employee will be reinstated to the same position, if it is available, or to an equivalent position for which the employee is qualified, so long as the Family Leave did not exceed 12 weeks (or the combined total number of weeks permitted by any applicable state law, whichever is greater).

## Returning From Leaves of Absence

Unless specifically provided in the particular policy affecting the employee's Leave request, the granting of a Leave of Absence by the facility does not mean that the employee's position will be held open during the Leave, or that there will be a position available for the employee at the end of the Leave. These considerations will not prevent an employee from receiving a Leave of Absence that is required by law.

An employee who accepts other employment or who fails to return to work promptly on the next regularly scheduled workday

following the expiration of his/her Leave of Absence will be considered to have voluntarily resigned his/her employment.

So that an employee's return to work can be properly scheduled, an employee on Leave of Absence is requested to provide the facility with two weeks (2) advance notice of the date he/she intends to return to work.

Unless required by law, when an employee is placed on a Leave of Absence, effort will be made to hold the position open until the employee returns to work. However, there will be situations when positions cannot be held open due to business necessity or operational need. The facility cannot and does not guarantee reinstatement after a Leave of Absence or an extension of a Leave of Absence.

If an employee's former position is unavailable when he/she is able to return from a leave, effort will be made to place the employee in a comparable position for which he/she is qualified. If no such position is available, the employee will be offered the next suitable position that becomes available for which the employee is qualified. If no such position becomes available within a 30-day period, the employee will be terminated.

An employee who does not accept a position offered by the company will be considered to have voluntarily resigned employment.

## Seminars, Special Training

See your facility specific handbook.

## Educational Matching Gifts

See your facility specific handbook.

## Guaranteed Student Loan Program

See your facility specific handbook.

## College Scholarships

See your facility specific handbook.

## Credit Union.

See your facility specific handbook.

## Employee Stock Purchase Plan

The Employee Stock Purchase Plan (ESPP) allows employees who have completed 6 months of service with Tenet and who work over

19 hours each week, to purchase Tenet common stock at a discount, through payroll deductions. Employees may contribute between 1%, and 10% of eligible pay.

Stock is purchased quarterly by Tenet's broker (a contkeeper Smith Barney, Inc. Tenet pays broker's commissions on purchases made under the plan, and the employee pays commissions on sales. Enrollment is on a quarterly basis.

Tenet's stock is listed on the New York, Pacific, and London Stock exchanges as THC.

## Tenet 401(k) Retirement Savings Plan

The Tenet 401k Retirement Savings Plan allows employees the ability to save for retirement. Employees are eligible to participate in the plan after 90 days of employment. The plan allows you to contribute from 1% to 16% of your eligible pay on a pre-tax basis and from 1% to 10% on an after tax basis up to a maximum combined amount of 20%.

Tenet will match your pre-tax contribution beginning with the first pay period after the calendar quarter in which you have completed one year of continuous service. The match is based on your pre-tax contributions. If you contribute 1% or 2% on a pre-tax basis, Tenet will contribute 50% of your pre-tax deferrals. If you contribute from 3% to 16% on a pre-tax basis, Tenet will contribute 3% of your eligible pay.

Tenet offers 14 core investment options to choose from as well as a Mutual Fund Window, which provides over 125 additional investment options to choose from.

An enrollment kit detailing the provisions of the plan is provided during new employee orientation and upon request.

For Your
Guidance

# FOR YOUR GUIDANCE

## Employee Conduct and Work Rules

To provide the best possible work environment for employees and to assure orderly business operations for our facility, the facility expects you to follow rules of conduct that will protect the interests and safety of all patients, employees, and the facility. Conduct that is offensive to patients or fellow employees, disturbs the facility, interferes with business operations, or any other conduct which, in the facility's judgment, is adverse to the facility's interest, will not be tolerated. Employment with the facility is at the mutual consent of the facility and you, and either party may terminate that relationship at will, at any time, with or without cause, and with or without advance notice.

It is not possible to list all forms of behavior considered unacceptable in the workplace. However, the following are examples of improper or inappropriate conduct that may result in immediate corrective action, up to and including termination of employment.

- Violation of Tenet's Standards of Conduct;  ~ p.61
- Theft or inappropriate removal or possession of company or facility property;
- Falsification of timekeeping records or other facility documents or records including controlled substance or other similar records;
- Providing false information in connection with any facility investigation or Workers' Compensation claims;
- Failure to report overpayment of wages, benefits or perquisites;
- Reporting to work or working under the influence of alcohol or illegal drugs;
- Possession, distribution, sale, transfer or use of alcohol or illegal drugs in the workplace, while on duty, or while operating employer-owned vehicles or customer-owned property;
- Unauthorized possession, display or use of a dangerous or deadly weapon in the workplace;
- Fighting or threatening violence in the workplace;
- Boisterous or disruptive activity in the workplace;

01/00

41

- Individually accepting gifts from or giving gifts to a patient or any member of the patient's family.
- Providing unauthorized or unprescribed drugs, alcohol or related paraphernalia to a patient.

## Taking Care of Our Patients

The patient is entitled to exceptional courtesies and kindness and should be treated accordingly. Please follow these basic rules at all times:

- Release of information without a patient's consent is not only improper but also illegal. Make it a rule not to discuss the patient's condition, on or off duty, with the exception of authorized professional exchange of information on a need-to-know basis.
- Patients must be protected at all times from invasion of privacy. Those employees who talk with patients in connection with their job duties should keep their conversation specific, warm and cheerful. Gossip and unwarranted involvement can be damaging and is always discouraged. Unauthorized visiting by other facility personnel should be avoided completely.
- Services or goods may not be purchased for patients or sold to them except as authorized by the employee's immediate supervisor.
- Potential safety hazards to any patient must be reported immediately.
- Mail is important to our patients. Give the patient's mail as possible protection.
- The facility is a quiet environment. You must keep this in mind from the time you begin work until you leave. Modulate your voice and be considerate of patient care and comfort.
- Valuables of patients require extra care because the patient's room is usually not secure. If you are responsible for a patient and notice that valuables are not under lock and key, report the matter to your supervisor.

- Negligence or improper conduct leading to property damage;
- Insubordination or other disrespectful conduct;
- Violation of safety or health rules;
- Sexual or other unlawful harassment;
- Excessive absenteeism, tardiness or absence without notice;
- Unauthorized absence from work station during the work day;
- Unsatisfactory performance or conduct;
- Dishonesty;
- Sleeping, or giving the appearance of sleeping while on duty

Violations of these conduct and work rules will lead to immediate counseling and corrective action, up to and including termination of employment. Any corrective action requiring the employee to refrain from reporting to work for a period of time may be without pay.

## Professional Relationship With Patients

You are expected to maintain a professional relationship with patients at all times in order to provide the highest quality of patient care.

The following are examples of types of gross misconduct that can result in corrective action, up to and including termination of employment:

- Knowingly socializing or engaging in sexual activity with prospective, current or former psychiatric or chemical dependency patients, or any member of their family who is or was participating in any family-oriented therapy or treatment.
- Abusing a patient through emotional or physical means such as slapping, hitting, kicking or biting, or using abusive or provocative language with, or in the presence of, a patient or a member of the patient's family.
- Using any type of restraint other than those prescribed and approved by the physician.
- Failing to maintain the confidentiality of any patient information.

## Conflicts of Interest

The following policy information is provided to you as a way of applying the facility's Standards of Conduct to everyday business operations. Please refer to the Standards of Conduct for additional guidelines.

As an employee of this facility, you have an obligation to conduct business within guidelines that prohibit actual or potential Conflicts of Interest. This policy establishes only the framework within which the company wishes its facilities to operate. The purpose of these guidelines is to provide general direction so that you can seek further clarification on issues related to the subject of acceptable standards of operations.

An actual or potential Conflict of Interest occurs when you are in a position to influence a decision that may result in your personal gain or for a relative as a result of the facility's business dealings. For the purpose of this policy, a relative is any person who is related by blood or marriage, or whose relationship to you is similar to that of persons who are related by blood or marriage.

Transactions with outside firms must be conducted within a framework established and controlled by the executive level of each facility or separate organizational entity. Business dealings with outside firms should not result in unusual gains for those firms (vendors or contractors), the facility or organization, or employees. Unusual or unreasonable gain refers to bribes, product bonuses, special fringe benefits, unusual price breaks and other inducements designed to ultimately benefit any party to the business dealings. Promotional plans that could be interpreted or perceived as involving unusual gains require approval using the one-over-one policy. For example, for a facility level business transaction involving real or perceived unusual gains, the approval level would be the Regional Vice President of Operations for the facility.

No "presumption of guilt" is created by the mere existence of a relationship with outside firms. However, if you have any influence on transactions involving purchases, contracts or leases, it is imperative that you disclose to an officer of the facility as soon as possible the existence of any actual or potential conflict of interest so that safeguards can be established to protect all parties.

Personal gain may result not only in cases where an employee or relative has significant ownership in a firm with which the facility does business but also when an employee or relative receives any kickback,

bribe, substantial gift, or special consideration as a result of any transaction or business dealings involving the facility.

The materials, products, designs, plans, ideas and data of each facility are the property of the facility and should never be given to an outside firm or individual except through normal channels with appropriate prior authorization. Any improper transfer of material or disclosure of information, even though it is not apparent that an employee has personally gained by such action, constitutes unacceptable conduct. If you participate in such a practice you will be subject to corrective action, up to and including termination of employment.

Each requirement of this policy applies to every director, officer and employee of each facility of the company regardless of employment status (i.e., full-time, part-time, etc.) as well as to members of their immediate families including spouses, parents, children and others living in the same household.

## No Solicitation / No Distribution Policy

This policy covers the distribution of literature and solicitation that is not work related, unrelated to the Hospital's business, or unrelated to any Hospital sponsored activities. Generally, solicitation is the act of seeking, urging, persuading or petitioning somebody to do something, while the distribution of literature is the act of delivering or passing out of written materials.

### Persons Not Employed By The Hospital

Persons who are not employed by the Hospital may never distribute literature or solicit employees for any purpose on Hospital premises, including building interiors, parking lots, driveways, or any other Hospital property unless such access is otherwise required by state law or statute. However, this prohibition does not apply to approved charitable activities or Hospital sponsored activities directly related to our employee benefits package such as flex/select and Ionel Rewards.

### Hospital Employees

Hospital employees may never distribute literature or solicit any person, including fellow employees, during their working time or during the other employee's working time. "Working time" means the period of time scheduled for the performance of job duties, not including mealtimes, break-times or other periods when an employee

is properly not working. The distribution of literature is never permitted in any work area. "Work areas" do not include cafeteria(s), gift shops, employee lounges, locker rooms, rest rooms, and parking areas.

Additionally, Hospital employees may never solicit employees or distribute literature in any immediate patient care area. Off-duty employees may never distribute literature or solicit in the interior of the Hospital or any Hospital working area.

Any employee who violates our Policy will be subject to disciplinary action up to and including termination.

## No-Access Policy

Off-duty employees may access the Hospital only as expressly authorized by this policy. An off-duty employee is any employee who has completed or has not yet commenced his/her assigned shift.

An Off-duty employee is not allowed to enter or re-enter the interior of the Hospital or any Hospital work area, except to visit a patient, receive medical treatment or to conduct hospital-related business. "Hospital-related business" is defined as the pursuit of the employee's normal duties or duties as specifically directed by management.

An off-duty employee may have access to non-working, exterior areas of the Hospital, including exterior building entry and exit areas and parking lots.

Any employee who violates this Policy will be subject to disciplinary action up to and including termination.

## Facility Bulletin Board Policy

The posting of notices or written literature on Hospital bulletin boards is restricted to the posting of Hospital designated documents and notices and federal, state and local required legal postings. Any other written material to be posted on the Hospital's bulletin boards must be approved in advance by Human Resources. Unless specific approval is obtained, the posting of such written material is in violation of this Policy. Additionally, posted material found anywhere other than on Hospital designated bulletin boards will be removed immediately unless such posting has been approved in advance and in writing by Human Resources.

## Confidential Information

The protection of confidential business information and trade secrets is vital to the interest and success of the facility. You may be

46

required to sign a non-disclosure agreement as a condition of employment. If you disclose trade secrets or confidential business information, you will be subject to corrective action, up to and including termination of employment, even if you do not actually benefit from the disclosed information.

Disclosing confidential information could be an invasion of employee privacy, have negative effects on the facility's position and business operations, and may result in adverse legal and financial consequences for the organization. Health care organizations by their very nature are privy to sensitive, confidential information, such as, but not limited to, patient information, clinical protocols, research and development and marketing strategies; scientific and technical data and formulae; customer lists; financial information; compensation and benefits data; inside publications; employee data; policies and procedures; and forms.

In no case should confidential information be conveyed to individuals outside the organization, including family or associates, or even other facility employees who do not need the information in performing their job duties. Any sensitive subject matter should be discussed only on a "need to know" basis. Employees should not seek out sensitive information. Employees without a "need to know" who become aware of confidential information should use discretion to protect the confidentiality of such information.

## Smoke-Free Workplace

The facility provides a safe, healthful and comfortable work environment for all employees, customers and visitors by prohibiting smoking in the workplace. The facility believes that a smoke-fit policy is consistent with our leadership role in the health care industry and contributes to employee health, wellness and productivity.

This policy applies to all facility employees, visitors, patients, and physicians and is in effect 24 hours a day. Smoking is defined as carrying, holding or using a lighted cigarette, cigar or pipe of any kind or emitting or exhaling smoke of any kind.

Smoking is prohibited in all areas of the facility except in designated areas, outside of the building, or in a private patient room where a physician's order is in effect. Violation of this policy will be regarded as any other violation of facility policy and may result in corrective action, up to and including termination of employment.

## Drug-Free Workplace

It is the facility's desire to provide a drug-free, healthful and safe workplace. To promote this goal, you are required to report to work in appropriate mental and physical condition to perform your job in a safe and satisfactory manner.

While on facility premises and while conducting business-related activities off facility premises, you may not use, possess, distribute, sell or be under the influence of drugs or alcohol or engage in the unlawful distribution, manufacture, dispensing, possession or use of illegal drugs. Violations of this policy may lead to corrective action, up to and including immediate termination of employment, and/or required participation in a substance abuse rehabilitation or treatment program. Such violations may also have legal consequences.

The legal use of prescribed drugs is permitted on the job only if it does not impair an employee's ability to perform the essential functions of the job effectively and in a safe manner, and does not endanger other individuals in the workplace.

In keeping with the goals established by this policy, employees and job applicants may be asked to provide body substance samples (e.g., blood, urine) to determine the illicit use of drugs. The facility will attempt to protect the confidentiality of all drug test results.

Drug tests may be conducted in any of the following situations:

- Pre-Employment Testing: As a pre-qualification to assuming any position, prospective employees are required to provide a body substance sample for drug testing. This occurs in connection with the pre-employment medical examination.

- Post-Accident Testing: Any current employee who is involved in a serious incident or accident while on duty, whether on or off the employer's premises, may be asked to provide a body substance sample.

- Fitness-for-Duty or Reasonable Suspicion Testing: This test may be required if significant and observable changes in employee performance, appearance, behavior, speech, etc. provide reasonable suspicion of his/her being under the influence of drugs and/or alcohol. A fitness-for-duty evaluation may include the testing of a body substance sample.

- Random Testing: An employee who tests positive and who successfully completes a rehabilitation program may be subject to unscheduled testing for a twelve (12) month period following reinstatement.

Subject to any limitations imposed by law, a refusal to provide a body substance sample, under the conditions described above, is considered insubordination and may result in corrective action, up to and including termination of employment.

Before any corrective action is taken, employees will be given the opportunity to explain any positive results.

Employees, their possessions, and facility-issued equipment and containers, including but not limited to desks and lockers, under employee control are subject to search and surveillance at all times while on facility premises or while conducting facility business. Employees believed to be under the influence of drugs narcotics or alcohol will be required to leave the premises.

Please refer any questions regarding this policy to your Human Resources Representative.

## Medical Examinations

Medical examinations may be required of all qualified job applicants after an offer of employment has been made and before the employee starts work. Current employees also may be required to take medical examinations to determine fitness for duty. All medical examinations are performed by a qualified health professional of the facility's choice. An offer of employment and/or subsequent assignment of duties is contingent upon satisfactorily completing the medical examination to facility standards. A transfer between facilities will not normally necessitate a medical examination.

All medical examinations conducted at the request of the facility will be scheduled at reasonable times and performed at the facility's expense. Information on an applicant or employee's medical condition or history is kept separate from other personnel information and maintained confidentially. While examination results remain the property of the facility, an employee or applicant may review their medical examination records on facility premises during regular business hours by contacting your Human Resources Representative to schedule a review.

## Safety

The facility provides periodic workplace safety training and information to employees and complies with all applicable laws regarding health and safety in the workplace. Our success in administering this policy depends on the alertness and commitment of all. Failure to adhere to safety responsibilities may result in corrective action, up to and including termination of employment.

## Use of Equipment and Vehicles

Equipment and vehicles essential in accomplishing job duties are expensive and may be difficult to replace. When using property, you are expected to exercise care, perform required maintenance, and follow all operating instructions, safety standards and guidelines.

You are required to notify your supervisor if any equipment, machines, tools or vehicles appear to be damaged, defective or in need of repair. Prompt reporting of damages, defects and the need for repairs could prevent deterioration of equipment and possible injury to employees or others. Your supervisor can answer any questions about your responsibility for maintenance and care of equipment or vehicles used on the job. The improper, careless, negligent, destructive or unsafe use or operation of equipment or vehicles, as well as excessive or avoidable traffic and parking violations, can result in corrective action, up to and including termination of employment.

Facility vehicles shall be used for official business only and shall be operated within the limits of traffic law and safety regulations. Each employee who drives a facility vehicle must possess a valid state driver's license or chauffeur's license, as appropriate.

You will be personally responsible for any fines incurred as a result of driving or parking violations while operating a facility vehicle.

## Theft Prevention

Because many of our facilities are always open, we urge you to be alert for the entry of unauthorized persons whenever you are on duty. If you see anyone in the facility that does not appear to be an employee or who is outside their regular working area without permission, please offer assistance and direct them to their destination. If you see anyone acting suspiciously, notify your supervisor or Security Department immediately.

## Security Inspections

The facility maintains a work environment that is free of illegal drugs, alcohol, firearms, explosives or other improper materials. In administering this policy, the facility prohibits the possession, transfer, sale or use of such materials on its premises. The facility requires the cooperation of all employees in administering this policy.

Desks, lockers and other storage devices may be provided for the convenience of employees but remain the sole property of the facility. Accordingly, they, as well as any articles found within them, may be inspected by any agent or representative of the facility at any time, either with or without prior notice.

The facility strictly prohibits theft or unauthorized possession of the property of employees, patients, facility visitors and customers. To facilitate enforcement of this policy, the facility or its representative may inspect not only desks and lockers but also persons entering and/or leaving the premises and any packages or other belongings. Any employee who wishes to avoid inspection of any articles or materials should not bring such items onto the facility's premises.

## Workplace Monitoring

Workplace monitoring may be conducted by Tenet to ensure patient and employee safety, quality control, security and patient satisfaction. If you regularly communicate with patients, vendors or customers, you may have your telephone conversations monitored or recorded. Telephone monitoring is used to identify and correct performance problems through targeted training. Improved job performance enhances our patients' and others' image of Tenet as well as their satisfaction with our service.

Computers furnished to employees are the property of Tenet. As such, computer usage and files may be monitored or accessed.

Tenet may conduct video surveillance of non-private workplace areas. Video monitoring is used to identify security and safety concerns, maintain quality control, detect theft and misconduct, and discourage or prevent acts of harassment and workplace violence.

Because Tenet is sensitive to your legitimate privacy rights, every effort will be made to guarantee that workplace monitoring is done in an ethical and respectful manner.

## Use of Information and Technology Systems

Computers, including portable computers, computers files, terminals, internet connected terminals, the e-mail system, the voice-mail system and software furnished to you are Tenet property and intended for business use only. These information systems, together with the Internet, assist Tenet in conducting business internally and externally. The equipment that makes up these systems together with the data stored in the systems, are and remain at all times, the property of Tenet whether they are located in your home, at a remote location or in the office. As such, all messages or information created, sent, received or stored in the systems as well as all information and materials downloaded into Tenet systems are and remain the property of Tenet. You should not use a password, access a file, or retrieve any stored communication without authorization. To ensure compliance with this policy, computer and e-mail use may be monitored.

Tenet strives to maintain a workforce free of harassment and sensitive to the diversity of its employees. Therefore, Tenet prohibits the use of voice-mail, computers, and the e-mail and Internet systems in ways that are disruptive, offensive to others, or harmful to morale. Further, you are expressly prohibited from abusing Tenet's information systems.

Any non-work related use of the systems is prohibited. Examples of inappropriate use of the systems include, but are not limited to, the following:

- Threatening or harassing other employees;
- Using obscene or abusive language;
- Creating, displaying or transmitting offensive or derogatory images, messages, or cartoons regarding sex, race, religion, color, national origin, martial status, age over 40, physical or mental disability, medical condition or sexual orientation or which in any way violate Tenet's policy prohibiting employment discrimination and harassment in employment;
- Creating, displaying or transmitting "junk mail" such as cartoons, gossip, or "joke of the day" messages;
- Creating, displaying or transmitting "chain letters"; and

- Soliciting or proselytizing others for commercial ventures or for religious, charitable or political causes. This includes "for sale" and "for rent" messages or any other personal notices.

You should not expect privacy with regard to Tenet's information systems. Any communications which is private confidential or personal should not be placed on Tenet's information systems. Tenet expressly reserves the right to intercept, read, review, access, and disclose all e-mail messages, to intercept, to listen, review, access, and disclose all voice mail messages and to intercept, read, review, access, and disclose all computer files, including, but not limited to internet usage and web sites that you have accessed. Every time you use or log on to these devices you are consenting to such action. The reasons for monitoring include, without limitation, to investigate wrongdoing, to determine whether security breaches have occurred, to monitor compliance with policies and to obtain work product needed by other employees.

Tenet purchases and licenses the use of various computer software for business purposes and does not own the copyright to this software or its related documentation. It is Tenet's policy to acquire software through legitimate means and respect agreements concerning the use and copying of software. You may not use software on more than one computer or use any personally acquired software on Tenet's computer without expressed approval and authorization of the Information Systems Director or Department.

Security of Tenet's information systems is a priority and the responsibility of all employees. You must sign off the computer you use when away from the computer for extended periods and at the end of each workday. Computer log-in ids and passwords for network access, e-mail, voice-mail, and other applications should never be revealed to anyone unless requested by authorized Tenet personnel.

You should notify your immediate supervisor, Information Systems Department, or any member of management upon learning of violations of this policy. While not all inclusive, any breach of the guidelines, statement or spirit of this policy, unless specifically authorized in writing by an authorized manager, may result in corrective action up to and including termination of employment.

53

## Violence in the Workplace

Your safety and security are of vital importance. Acts or threats of physical violence, including intimidation, harassment and/or coercion, which involve or affect the company, or which occur on company property, will NOT be tolerated from anyone. The prohibition against threats and acts of violence applies to all persons involved in the operation of Tenet and its facilities, including, but not limited to company personnel, contract and temporary workers and anyone else on company property. Violations of this policy by any individual will result in corrective action, up to and including termination of employment, and/or legal action as appropriate.

Workplace violence is any intentional conduct which is sufficiently severe, offensive or intimidating to cause an individual to reasonably fear for his or her personal safety or the safety of his or her family, friends and/or property such that employment conditions are altered or a hostile, abusive or intimidating work environment is created. Examples of workplace violence include, but are not limited to, the following:

- Threats or acts of violence occurring on company premises, regardless of the relationship between the company and the parties involved in the incident.

- Threats or acts of violence occurring off company premises involving someone who is acting in the capacity of a representative of the company.

- Threats or acts of violence occurring off company premises involving an employee of the company as a victim if the company determines that the incident may lead to an incident of violence on company premises.

- Threats or acts resulting in the conviction of an employee or agent of company, or of an individual performing services for company on a contract or temporary basis, under any criminal code provisions relating to violence or threats of violence which adversely affect the legitimate business interests of company.

An employee's unlawful or unauthorized possession, display or use of a dangerous or deadly weapon, including but not limited to all firearms, in the workplace is prohibited under Human Resources Policy 401 and may subject the employee to immediate corrective

action, up to and including termination of employment. Therefore you are obligated to inform your supervisor or the Human Resources department and Security, and obtain the proper authorization before attempting to bring such firearms or weapons onto company property.

Specific examples of conduct, which may be considered threats or acts of violence under this policy include, but are not limited to the following:

- Threatening physical or aggressive contact directed toward another individual.

- Threatening an individual or his/her family, friends, associates or property with physical harm.

- The intentional destruction or threat of destruction of company property or another's property.

- Harassing or threatening phone calls.

- Surveillance.

- Stalking.

- Veiled threats of physical harm or like intimidation.

You should report any acts or threats of physical violence, including intimidation, harassment and/or coercion, which involve or affect the company, or which occur on company property, to your immediate supervisor, to Security staff, to Human Resources staff, or to Administrative staff, as appropriate to the situation.

## Appearance and Hygiene

Every employee affects the overall image of the facility in the eyes of patients and the community, and that image impacts your fellow employees. You are required to present a clean and neat appearance and dress according to the requirements of your position. When you are in the workplace, or representing the facility or company outside of the workplace, please remember the following:

- You are requested to be aware of and conscientious about your personal hygiene, neatness of attire and cleanliness of apparel. Strong odors or excessive use of perfumes or cologne are inappropriate. Your good judgment, with periodic assistance from peers and supervisors should, in most instances, be sufficient to define appropriate dress and hygiene.

01/01

01/01

## Use of Facility Name

The use of the name of the facility or use of facility stationery for other than official facility business must be approved by the highest-ranking official at the facility.

## Travel on Facility Business

Some positions within the facility may require that an employee travel for facility business in his/her own personal vehicle. If an employee is involved in a vehicular accident while on facility business, the employee's injuries would be covered under the facility's Workers' Compensation Program and the facility's Business Travel Accident Policy. Unless otherwise required by law, damage to the employee's vehicle or other vehicles or persons would be covered by the employee's private auto insurance policy. Commuting is not considered as business travel.

## Voting Time

Polling hours allow sufficient time for voting before or after work. If you need extra time off to vote because of unusual circumstances, check with your supervisor.

---

- If you fail to follow personal appearance and hygiene guidelines, you will be sent home and directed to return to work in proper form. Under such circumstances, you will not be compensated for the time away from work.
- The facility reserves the right to determine the appropriateness of your attire and appearance. Continued failure to comply with this policy may result in corrective action, up to and including termination of employment.

## Personal Mail

Please do not use the facility mailing address to receive personal mail. On top of the high volume of business mail, handling incoming personal mail disrupts normal work procedures and can delay delivery of critical business and patient mail.

## Telephone Use

The telephone system is critical to the daily operation of the facility. You are requested to keep all personal phone calls to a minimum and, unless there is an emergency, should discourage relatives and friends from calling you during working hours. Please keep your conversations brief. Under no circumstances should an employee make or charge a long distance or toll phone call to the facility unless the call is work-related. Abuse of facility telephones may be grounds for termination of employment.

## Telephone Courtesy

Good telephone manners are important since they convey an image of you and the facility to callers. The voice on the telephone is often the only contact with the facility that the caller has.

Please observe these simple rules of telephone courtesy:

- Use a pleasant and helpful voice at all times.
- Identify yourself by department and name.
- Give the caller a choice as to whether he/she prefers to hold the line, call back or leave a message.
- If you cannot help the caller, transfer the individual to a department that may be able to provide assistance.
- In closing the call, remember to say "thank you" and "good-bye," hanging up carefully.

Standards of Conduct

tenet

These **STANDARDS** are not, and may not be construed as a contract of employment or any other type of contract Your employment with Tenet at all times is at will, and either you or the company has the right to terminate the employment relationship at anytime.

These **Standards of Conduct** reflect Tenet's **basic values** These **basic values** are to and mission:

- meet the needs of each and every patient where care is our primary purpose and mission;
- maintain and enhance cooperative relationships with affiliated physicians to better serve the health care needs of our communities;
- forge strong partnerships with those who share our values;
- achieve standards of excellence which become the benchmark of industry practices;
- be innovation and creativity to identify and solve problems;
- apply quality management and leadership principles to foster continued employee development;
- treat each other, our patients, and our business partners with respect and dignity;
- hold integrity and honesty as our most important principles, uphold ethical standards at all times and comply with all applicable rules and regulations;
- achieve competitive return for our investors;
- strive for improvement day in and day out in everything we do.

**As employees of Tenet and its subsidiary hospitals and other entities, we have a responsibility to act with complete integrity when representing Tenet. Individuals and organizations serving as vendors or contractors to Tenet have the same obligation to act with complete integrity when representing Tenet. and it is the basis of Tenet's reputation as a health care leader.**

This statement of Tenet's **Standards of Conduct** provides general information about Tenet's stance on ethics. It does not replace Tenet's policies, procedures or practices. More importantly, it cannot take the place of honest and open discussion

When you have a question about these **standards** or another ethics concern, your supervisor or manager is often the one closest to the situation and best able to help you. However, Tenet recognizes that you may be uncomfortable raising certain questions with your supervisor or manager. You are welcome to call Tenet's Ethics Action Line (EAL) at 1-800-8-ETHICS (1-800-838-4427). The EAL is staffed by members of Tenet's Ethics & Business Conduct Department.

The staff can advise you of procedures to follow, identify the correct source for additional information and suggest alternatives available to you. You may remain anonymous when using the Ethics Action Line.

*All Tenet employees have an obligation to report incidents that they believe may be in violation of the **Standards of Conduct**, or otherwise unethical or illegal. It is Tenet's policy to protect employees who report actual or potential improper conduct against retaliation.*

Tenet supervisors and managers have a special obligation to be open to employee concerns about ethics. Even if an employee raises an uncomfortable question or criticizes you, welcome the employee's questions or concerns. If you do not know how to answer a question or address a concern, the Ethics & Business Conduct Department staff will assist you.

All Tenet employees, including supervisors and managers, have a responsibility to create a work environment in which ethical concerns can be raised and openly discussed without fear of retaliation.

Any supervisor, manager, or other Tenet employee who violates Tenet's Standards of Conduct or who retaliates against an employee who reports a concern through appropriate channels, is subject to disciplinary action up to and including termination.

**Illustration:** An employee thinks a supervisor is retaliating against another employee, and reports it to the Ethics Action Line. What action does the EAL representative take?

*Answer: Since this is considered a serious violation of the Standards of Conduct, it would be investigated promptly. Retaliation in any form would subject the supervisor to discipline up to and including termination.*

*The EAL representative would ask a senior manager at the location who is not involved in the issue to investigate and resolve it. If the EAL representative does not agree with the resolution, an inquiry by a Tenet resource from outside the location would be considered.*

**Illustration:** A Tenet employee who reports an incident to the EAL is harassed by other employees. The supervisor allows the behavior to continue. What disciplinary action should be taken? Against whom?

*Answer: Retaliation of any kind is treated very seriously. It is the responsibility of the manager to be sure retaliation is not tolerated.*

*The discipline should be related to the seriousness of the harassment, and the past record of the supervisor. Those employees responsible for the harassment should also be disciplined in a manner appropriate to the offense and then past record*

We shall comply with all applicable laws and regulations. If there is any doubt as to the legality of an action, we shall seek advice from our supervisor or manager and, as appropriate, designated Tenet legal counsel **before acting**.

We are responsible for providing health services that comply with all applicable laws, regulations and standards, including state and federal legislation regarding patients' rights.

## Contracts:

- We shall accurately specify the services to be provided, benefits to be received, realistic time commitments, and reasonable compensation rates in all contracts with clinicians and referral sources.

- All contracts must be reviewed prior to issuance. Various factors determine the required level of review. Many contracts require review by Tenet's Law Department.

**Illustration:** A nurse is aware that a physician has a directorship in the hospital's cardiology department. The directorship requires the physician to provide two hours of in-service training each month for the cardiology technicians. The nurse knows this training is not being conducted. Is any action indicated?

**Answer:** *The nurse should first discuss this with his or her supervisor. If that is not realistic, the nurse's options include going to the next supervisory level or to the hospital COO or CEO. The Ethics Action Line is an alternative. An E.A.L representative would work with the hospital and compliance counsel, if necessary, to resolve the issue, while protecting the nurse's identity if he or she elects anonymity when discussing the matter with the representative.*

*(continued on next page)*









We shall provide high quality services that respond to individual, family and community needs.

- We shall assess the needs of our patients and fulfill our obligations by providing appropriate services. When it is practical, we shall seek input from families, medical staff and other sources.

- We shall maintain medical records and documentation to meet the requirements of medical staff bylaws, Tenet and facility policies, accreditation standards, **and all applicable laws and regulations**.

- Clinical assessments of prospective patients should always be undertaken by qualified individuals. Admission and discharge decisions should be based on the medical needs of the patient and the patient's choices.

- We shall uphold sound standards of professional practice in all Tenet facilities and programs.

- As health services providers upon whom patients depend for their health and safety, we shall take note of deficiencies or errors, even those that may seem small or insignificant.

**Illustration:** A nurse forgets to record the medication given to a patient. After returning from a three-day break, the nurse records the medication indicating the date it was given. Is this action appropriate? Should additional action be taken?

**Answer:** *The error should have been reported by the nurse to his or her supervisor than noted. The entry should indicate the medication was given on the required date, but entered noted. If this is a first offense, the nurse should be cautioned about the seriousness of this lapse. If this is a common error by the nursing staff, training should be given to all nurses to emphasize accurate and timely recording of medication entries.*

**Illustration:** A discharge planner encourages a patient to use a Tenet home health agency without making the patient aware of other qualified agencies. The patient or the patient's custodian asks which agency is used by the most people. The planner suggests the Tenet agency, believing it to be "the best." Is there anything wrong here?

**Answer:** *Tenet requires that patients needing home health services be informed at discharge of all qualified home health agencies in the service area that have requested participation. Any economic interest Tenet has in these agencies must be disclosed. The patient or the patient's custodian is free to choose the agency they prefer. The planner may not make any statement that could be interpreted as recommending a specific agency.*

# Laws ...d Regulations, *continued*

## Inside Information:

- We must never make use of inside information, either directly or indirectly. We must ensure that such information is not used by others.

- We must never allow inside information to be used, directly or indirectly, on our own behalf or on behalf of any other party.

## Antitrust:

- Competition is a fact of life in health care today, and we shall always compete fairly and in accordance with all laws. Many of these so-called antitrust laws that regulate competition are extremely complex. It is unlawful to agree, or attempt to agree, with competitors to fix prices, divide geographic markets or make any agreement that may artificially raise the prices of our services or impede competition. Because of the complexity of these issues and the applicable laws, always contact Tenet's Law Department before taking any action that may constitute unfair competition.



We shall protect Tenet's assets and assets entrusted to us by others against loss, theft, and misuse. We must also protect the assets of patients and their families, professionals and employees.

- We shall preserve Tenet's property, facilities, equipment and supplies. This includes office and medical equipment, pharmaceuticals, vehicles, supplies, reports and records, computer software and data, trademarks and service marks, intellectual property, facilities and company-provided services.

- We shall protect proprietary information entrusted to us by actual and potential vendors, referral sources, contractors, service providers and others.

- We shall protect intellectual property developed as part of our employment by Tenet. We shall not share this intellectual property with any other organization while working for Tenet or after departing Tenet.

**Illustration:** A Tenet nurse has cared for an 80 year old patient who wants to have a chronic arthritic hip joint replaced with an artificial hip prosthesis. Due to the patient's age and other medical problems, the attending physician recommends that the patient not have this surgery. The nurse shares the patient's desires with a physician at another hospital where the nurse works on weekends. That physician indicates she would probably agree to the patient's wishes. Has the nurse violated Tenet policies?

*Answer: The nurse has violated Tenet's protection-of-assets policy by disclosing patient information to a person who does not satisfy the need-to-know criterion. In effect it is for the nurse to discuss the patient's desires with the attending physician. The nurse could suggest that the patient obtain an opinion from another physician of the patient's choice. The nurse should be disciplined for the violation of policy. The type and severity should reflect the nurse's past performance record. In some states, this may constitute a violation of law.*

We shall bill accurately and only for services actually rendered and properly documented, in accordance with all applicable laws and regulations.

- Only services actually rendered and properly documented in patients' medical records may be billed. Billing codes that accurately describe the services provided must be used.

- Payment for services requires documentation that the services were in fact provided. Any claim for payment or reimbursement that is false, fraudulent or known to be otherwise inaccurate is prohibited and employees engaging in the processing of such claims will be subject to disciplinary action.

- Billing questions should be referred to the hospital billing department. If further information or clarification on billing rules is needed, the employee should consult Tenet's Corporate Compliance Guidelines. The guidelines are available on Tenet Pulse, the company's internal web site, at pulse.tenethealth.com.



We shall maintain all patient and company records accurately and completely, and ensure that appropriate measures are in place to protect these materials.

- We shall prepare, maintain, and preserve patient and company records and reports as provided by medical staff bylaws, Tenet and facility policies and procedures, accreditation standards, and all applicable laws and regulations.

- We must guard patient and provider information against improper access or use by unauthorized individuals, such as individuals seeking financial gain from unauthorized access to this information. Patient information may be shared only with those who have a legitimate need for this information and are authorized to receive the information.

**Illustration:** A secretary at a Tenet facility believes some of the expenses the secretary's boss submits as business-related are questionable. For example, recent trips have included dinners in excess of $100 per person and theater tickets for $250. Is there a problem?

**Answer:** *There may be a problem. The secretary has several options. One option is for the secretary to ask his or her boss for additional documentation to explain the expenses to those responsible for approving the reimbursement. Another option would be for the secretary to seek an option from the Accounts Payable Department regarding the company's policy on reimbursement for the types and amounts of expenses being claimed. If these options are not acceptable or if questions remain, the secretary should contact the Ethics Action Line.*



# Conflicts of Interest, *continued*

All employees have an obligation to conduct business within guidelines that prohibit actual or potential conflicts of interests.

An actual or potential conflict of interest occurs when an employee is in a position to influence a decision that may result in personal gain for that employee, a friend or an acquaintance, or for a relative as a result of Tenet's business dealings. A relative is any person who is related by blood or marriage, or whose relationship with the employee is similar to that of persons who are related by blood or marriage.

Business dealings with outside firms and individuals should not result in unusual or unreasonable gains for outside firms or individuals (a vendor or contractor), the Tenet facility or organization, or Tenet employees.

No "presumption of guilt" is created by the mere existence of a business relationship with outside firms or individuals. However, if an employee has any influence on transactions involving purchases, contracts, or leases, it is imperative that he or she disclose to a senior manager, such as the CEO or COO of the facility or organization, as soon as possible the existence of any actual or potential conflicts of interest so that safeguards can be established to protect all parties.

For further information, consult *Human Resources Policy and Procedure 05: Conflicts of Interest Statement.*

## 1) General Guidelines

- We must avoid placing business with any firm in which we, our families, or our close business and personal associates have an interest.
- We must avoid direct responsibility for the hiring or supervision of a family member.



**Illustration:** A Tenet hospital has requested bids from two physician groups to provide emergency room services. The administrative director of the Emergency Room is aware that a physician in one of the groups is the brother of the hospital's CEO and has heard that the group, which includes the CEO's brother, will probably be awarded the contract. The administrative director wonders if that group is truly the best, or could the relationship between the CEO and the physician be an influencing factor?

**Answer:** *Any situation where special treatment is perceived or may become an issue should be documented and approved at the appropriate level before action is finalized. The bids process must be fair to all bidders. The administrative director should share any concerns with his or her supervisor. If a concern remains, the administrative director should consult Tenet's Ethics Action Line.*

## 2) Outside Employment and Business Interests

- Any involvement by a Tenet employee in a personal business venture shall be conducted outside the Tenet work environment.
- We may not endorse any product or service on behalf of Tenet, either directly or by inference, without explicit prior approval to do so.
- When serving as a member of an outside organization or board or in public office, Tenet employees shall abstain from any decision or discussion affecting Tenet, except when specific permission to participate has been given by Tenet's Law Department.

**Illustration:** A Tenet executive serves (with permission) as a member of a state lottery commission. The commission is selecting a managed care vendor for its employees. Tenet would like to bid. Should the commission consider Tenet's bid? If so, should special rules apply?

**Answer:** *Tenet should be allowed to bid (unless there are laws prohibiting this), but the commission should ensure that procedures are in place to prevent the Tenet executive with the commission from influencing the award of the contract. A Conflicts of Interest Disclosure Statement form must be completed by the executive*

# Conflicts of Interest, continued

permitted, but must comply with Administrative Policy and Procedure 3.17, Limitations and Business Entertainment.

■ Acceptance of cash gifts, including tips, of any amount is prohibited.

■ We may not accept gifts from or give gifts to patients regardless of the amount. Exceptions can be made if the gift is perishable, such as a food basket or flowers.

■ Cash gifts to clinicians or referral sources are prohibited. If circumstances seem to dictate a gift exceeding $35 to clinicians or referral sources that have a value exceeding $35, prior approval must be obtained and the reason for the gift documented. See Administrative Policy and Procedure 3.7 for the approval process.

**Illustration:** A pharmaceutical company that has a national contract with Tenet is sponsoring a seminar. The seminar is reporting on research that evaluated the outcomes of a new cholesterol lowering drug. Tenet is invited to have a representative attend at the expense of the pharmaceutical company. Is this permitted?

**Answer:** Criteria that should be used by the approving official (this varies by organization level) in making a decision on attendance of Tenet employees at vendor-sponsored meetings include:

■ Is the focus on education rather than marketing the vendor's product? Are the presenters sales-oriented people or educators?

■ Is the sponsor providing take-away gifts of more than nominal value? If there are more than nominal travel costs involved, Tenet must find this on the premise that attendance is valuable to Tenet. If the travel costs are not significant (i.e., the meeting is near... are the employer works), Tenet must pay other portions of the cost, such as meeting registration, hotel and meal expenses.

**Illustration:** A Tenet home health nurse receives an afghan knitted by a patient, personalized with the nurse's initials. Can the nurse accept this gift?

**Answer:** Because of the personalized nature of the gift and in the interest of good patient relations, it can be accepted on a one-time basis. It should be explained to the patient that an exception to Tenet's rule which prohibits employees from receiving gifts from patients is being made due to the personalization and work involved. The exception should be told that a second gift cannot be accepted. All gifts from patients must be reported to the employee's supervisor.

## 3) Vendors and Contractors

■ We shall maintain impartial relationships with actual and potential vendors and contractors. We shall avoid exerting or appearing to exert influences on behalf of those with whom Tenet does business or may do business because of friendship or any other relationship.

Vendors and contractors who have or seek business relationships with Tenet must support these **Standards of Conduct**. All contractors doing business with Tenet will be provided a copy of the **Standards**. Prior to doing business with Tenet, contractors will be required to sign a statement agreeing to abide by the **Standards** in all business relationships with Tenet. Tenet employees having knowledge of vendors or contractors who violate these **Standards** in their relationships with Tenet should inform a senior executive in their organization, such as the COO or CEO. If the situation is not corrected, it should be reported to an Ethics Action Line representative.

**Illustration:** A Tenet information services employee has a close relative who is the marketing director for a software company that wants to establish a business relationship with Tenet. Is there a problem?

**Answer:** If the Tenet employee has a decision-making role that would affect or influence the outcome of a bid submitted by the relative's software company, the employee must complete a Conflicts of Interest Disclosure Statement form and have it reviewed and approved before proceeding. A decision likely would be made to remove the employee from the bid approval process or ensure no action is taken by the employee to influence the bid. Additionally, even if there is only the **appearance** of a conflict of interest, the employee should complete a Conflicts of Interest Disclosure Statement form.

## 4) Gifts, Meals, and Entertainment

■ We shall not solicit, offer, accept or provide any consideration that might be construed as conflicting with Tenet's business interests, such as donations, meals, gifts, transportation or entertainment.

■ We may not accept gifts exceeding $35 in value for an individual gift, or $100 in cumulative value in a calendar year. Gifts received that exceed $35 in value must be documented and reported to your supervisor or manager who will decide how such gifts will be handled. Entertainment and meals associated with legitimate business activities and of modest value are



We shall strive through words and actions to create a professional work environment that will be admired by employees, patients and visitors.

- We shall encourage Tenet employees to develop their skills and potential and treat one another in a fair and respectful manner.

We shall support Tenet's equal employment and other employee development programs. Tenet prohibits discrimination on the basis of race, color, religion, sex, sexual orientation, national origin, age, disability, veteran status or any characteristic protected by law. All employment-related decisions will reflect this commitment.

- We shall strive to create a workplace free of sexual and other harassment.

- We shall observe the standards of our professions and exercise judgment and objectivity. Significant differences in professional judgment should be promptly referred to our supervisor, manager or other Tenet authority.

- We recognize the diversity of Tenet employees, medical staffs, patients and communities as a valuable asset. Tenet views diversity as essential to meeting its commitments to quality, community and service.

- We recognize the unique work relationship between physicians – most of whom are not Tenet employees—and Tenet facilities, programs and employees. The privileges granted to physicians are governed by medical staff bylaws. Tenet promotes ethical conduct among all physicians who practice in Tenet hospitals and programs.

**Illustration:** A surgeon at a Tenet hospital has a reputation for verbally abusing employees. What should be done about the situation?

**Answer:** *While most physicians who practice at Tenet facilities are not Tenet employees, they are still governed by the hospital's medical staff bylaws. These bylaws generally set standards of behavior that physicians are expected to follow. If the behavior of a surgeon at a Tenet hospital is considered inappropriate, it should be reported through the hospital chain-of-command. If the situation is not corrected, the Ethics Action Line should be contacted.*

We shall maintain a safe and healthy treatment and work environment. Because of Tenet's commitment to its patients, we shall make this an environment that fosters the privacy, security and comfort of patients.

- We shall uphold all policies, procedures, laws, regulations, standards and practices intended to make the treatment and work environment healthy and safe.

- We shall uphold all policies, procedures, laws, regulations, standards and reporting requirements applicable to the environmental aspects of Tenet's operations.

- We shall ensure that drugs and pharmaceuticals are safely stored and inventoried, and that missing supplies are promptly reported to our supervisor.

- We shall correctly dispose of medical waste, environmentally sensitive materials and any hazardous material.

**Illustration:** The manager of housekeeping at a Tenet hospital lives close to an authorized disposal location for medical waste. Rather than use a licensed medical waste hauler to pick up the waste, the manager frequently transports this material in the manager's personal car to the disposal location. It is a small hospital, only small amounts of medical waste are generated, and the manager doesn't see this as a big problem. Is this okay?

**Answer:** *Any time an individual circumvents authorized policies and procedures at a facility – as the manager of housekeeping appears to be doing in this case – the potential for a serious problem exists. This is especially true for such sensitive activities as medical waste disposal, which in many cases is governed by local, state and federal regulations. Since these regulations vary considerably, the hospital's risk manager or safety manager should be consulted to ensure that the hospital is in compliance with the applicable laws. If additional guidance is needed, the Ethics Action Line should be contacted.*

- We shall strive to be good corporate citizens of every community in which we provide services or conduct business. Tenet encourages its facilities to provide a wide range of community outreach programs in the communities they serve, including health education, preventive health measures, and other health-related services.

In addition to these **Standards of Conduct**, Tenet from time to time issues policies and procedures covering legal or business matters relevant to particular parts of its business. These are available on Tenet Pulse at pulse.tenethealth.com. To access and review policies, contact your supervisor or Human Resources Department. All employees are expected to comply with all statements of policy, procedure and practice of Tenet, as well as with lawful and ethical business practices, whether or not they are mentioned in the **Standards of Conduct**.

The *Corporate Policies and Procedures Manual* on *Human Resources*, the *Corporate Administrative Policy and Procedure Manual*, and the *Corporate Compliance Guidelines* offer more detailed information to employees than these **Standards of Conduct**.

Other policy documents may be published at various Tenet organizational levels. Such documents are issued and revised periodically. All supervisors are expected to be familiar with and comply with them, and to be prepared to assist and guide their employees on issues related to these policies.

26

# Tenet
# Open Door Policy
# and
# Fair Treatment
# Process

# FOR RESOLUTION OF PROBLEMS, CONCERNS AND DISPUTES

Tenet believes that positive employee relations are most easily best achieved and maintained in a working environment that promotes ongoing and open communication between supervisors and employees, including open and candid discussions of employee problems, concerns and disputes. Tenet utilizes an Open Door Policy designed to encourage its employees to openly express their problems, concerns and opinions on any issue related to their employment.

Tenet sincerely hopes that you will never have a dispute relating to your employment with the company. However, Tenet recognizes that disputes sometimes arise between an employer and its employees relating to the employment relationship. Tenet believes that it is in the best interests of both its employees and the company to resolve those disputes in a forum that provides the fastest and fairest method for resolving them. Therefore, in addition to the Open Door Policy, Tenet has established the Fair Treatment Process ("FTP"), a comprehensive mechanism for resolving employment related disputes between you and the company. The FTP is a multiple-step process that ultimately provides for final and binding arbitration of employment-related disputes if they are not resolved in any of the previous steps in the process. Tenet employees can use the Open Door Policy and the Fair Treatment Process without fear of retaliation or reprisal.

## Application and Coverage

The FTP applies to all employees, regardless of length of service or status, and covers all disputes relating to or arising out of an employee's employment with the company or the termination of employment. The only disputes or claims not covered by the FTP are those listed in the "Exclusions and Restrictions" section below. Examples of the type of disputes or claims covered by the FTP include claims for wrongful termination of employment, breach of contract, employment discrimination, harassment or retaliation under the Americans With Disabilities Act, the Age Discrimination in Employment Act, Title VII of the Civil Rights Act of 1964 and its amendments or any state or local discrimination laws, tort claims, or any other legal claims and causes of action recognized by local, state or federal law or regulations. Your decision to accept employment or to continue employment with the company constitutes your agreement to be bound by the FTP. Likewise, the company agrees to be bound by the FTP. This mutual agreement to arbitrate claims means that both

81

you and the company are bound to use the FTP as the only means of resolving employment-related disputes and to forego any right either may have to a jury trial on issues covered by the FTP. However, no remedies that otherwise would be available to you or the company in a court of law will be forfeited by virtue of the agreement to use and be bound by the FTP.

## THE STEPS

You are encouraged to first use the company's informal Open Door Policy to discuss any problems, concerns or disputes you may have with your supervisor. If this informal method does not resolve the issue, then you are encouraged to initiate the more formal Fair Treatment Process described below to resolve the issue. The FTP consists of the following five steps that employees generally must follow to obtain a resolution of a problem, concern or dispute:

**Step 1**
Submit Dispute
to Supervisor

**Step 2**
Appeal Supervisor's
Decision to Department Head

**Step 3**
Appeal Department Head's
Decision to Administration

**Step 4**
Appeal Administration's
Decision to FTP Committee

**Step 5**
Final and Binding Arbitration

During Steps 1 through 4 of the FTP, neither you nor the company may be represented by legal counsel, although both you and the company have the right to consult privately with your own counsel at any time at your own expense.

## Step 1: Supervisor

If an informal discussion with your Supervisor did not resolve your problem, concern or dispute, you should promptly contact the Human Resources department to obtain a FTP Dispute Resolution Form. You should complete the form and submit it to your supervisor to initiate the FTP. The supervisor will investigate the problem and will attempt to resolve it. The supervisor will respond to you in writing, on the form as soon as possible, usually within seven calendar days from the date you raised the issue. However, in situations where your problem relates to the supervisor, or you do not feel comfortable talking to the supervisor about the problem for any reason, you may consult with a representative of the Human Resources department for guidance and go directly to Step 2 in the process.

## Step 2: Department Head

If you are not satisfied with the supervisor's response to the problem or dispute in Step 1, then you may take the problem or dispute to your Department Head. If you wish to pursue this second step in the FTP, you should complete the Section marked "Step 2" on the FTP Dispute Resolution Form and submit the completed form to the Human Resources Department and request that the form be submitted to your Department Head. The Human Resources Department then will submit the FTP Dispute Resolution Form to your Department Head for consideration and response. Your Department Head will discuss the problem with both you and your supervisor and will attempt to resolve it. A written response from your Department Head will be provided to you as soon as possible, usually within seven calendar days of the date the Department Head receives your completed FTP Dispute Resolution Form.

## Step 3: Administration

If the response from your Department Head in Step 2 does not resolve your problem or dispute, you may take the problem or dispute to a member of the Facility's Administration office for consideration. If you wish to pursue this third step in the FTP, you should complete the section marked "Step 3" on the FTP Dispute Resolution Form and submit the completed form to the Human Resources Department and request that your FTP Dispute Resolution Form be submitted to Facility Administration for review. The Human Resources Department will submit the FTP Dispute Resolution Form to the appropriate

member of Facility Administration for consideration and response. A written response from Administration will be provided to you as soon as possible, usually within seven calendar days of the date you request review under Step 3.

## Step 4: FTP Committee

If the response of Facility Administration in Step 3 does not resolve your problem or dispute, you may request that the problem or dispute be submitted to the FTP Committee. The FTP Committee will be convened and administered by the Human Resources Department, and usually is the final step in the internal dispute resolution process that is utilized only when the problem could not be resolved during Steps 1, 2 or 3. When the matter is submitted to the FTP Committee, the FTP Committee will meet as soon as possible, usually within 30 days of your request. The FTP Committee will promptly, objectively and confidentially decide the issue(s) presented to it for consideration. The FTP Committee is discussed in more detail in the "FTP Committee Process" section, below. The grievances of facility management employees at the Department Head level or above and Corporate Management employees are not subject to the FTP Committee process in Step 4. Those grievances are processed according to the steps set forth in the "Exclusions and Restrictions" section, below.

Once the problem or dispute has been submitted to the FTP Committee, the Committee will review the facts and make a decision based on the application of Company policy and procedure, and may award back pay, where appropriate. The FTP Committee can 1) deny the remedy the employee has requested, 2) grant the remedy the employee has requested, 3) determine an alternative remedy or resolution consistent with company policies and procedures. It also has the authority to decide whether or not a Company policy or procedure has been followed. However, the FTP Committee does not have the authority to discipline employees, modify benefit plans, establish or change Company policies or procedures, or award monetary (compensatory or punitive) damages, nor does the decision of the FTP Committee have the effect of setting precedent. The decision of the FTP Committee is subject to the review by the Chief Executive Officer of the facility.

## Step 5: Final and Binding Arbitration

If you do not accept the decision reached in Step 4 (or you have the right to submit the problem or dispute to final and binding arbitration. The arbitration process is limited to disputes, claims or controversies that a court of law would be authorized or have jurisdiction over to grant relief and that in any way arise out of, relate to or are associated with your employment with the Company or the termination of your employment. In such cases, an impartial and independent arbitrator is chosen by agreement of both you and the Company (it will be retained to make a final decision on your dispute or claim, based on application of Company policies and procedures and applicable law. The arbitrator's decision is final and binding on you and the Company. The arbitration process is discussed in more detail in the "Arbitration Process" section below.

## THE FTP COMMITTEE PROCESS

### Committee Composition

The FTP Committee will consist of five facility employees, and will be chaired by a Human Resources Representative appointed by the Divisional Human Resources Department. The Chairperson will convene the FTP Committee meeting and will serve as the facilitator for the meeting. The Chairperson is not a voting member of the FTP Committee.

### Committee Selection

Five facility employees will be randomly selected jointly by you and the facility representative, with the assistance of the Human Resources Department to serve on the FTP Committee. Three of the Committee members must be non-management employees, and two must be management employees. To ensure objectivity, the FTP Committee members should not be in the same department as the affected employee, should not be familiar with the dispute or have a close relationship with any of the parties or personnel involved in the dispute.

### Committee Proceedings

The proceedings of the FTP Committee will be informal and conducted in accordance with the following guidelines:

01/01

The Chairperson will convene the meeting, introduce the parties, state the issues to be decided and present any pertinent information, including an explanation of the company policies and procedures involved, if necessary.

Each party will be permitted to present his or her case to the FTP Committee in accordance with such guidelines as to duration and manner of presentation as the Chairperson has established and communicated to the parties before the hearing.

Any party may present evidence in support of its position, including relevant documents and the testimony of witnesses, but a party may not present the testimony of more than three witnesses unless the Committee decides that there is good cause to allow additional witnesses. The Committee Chairperson will determine what evidence it will consider and the weight such evidence will be given. The Committee may permit a party to submit a written statement at the FTP Committee meeting setting forth his or her position and the evidence supporting it.

At any time during the FTP Committee meeting, after the initial opening statement by both parties, the Committee members may ask questions or request information from the parties or from the witnesses.

Immediately following the FTP Committee meeting, the Committee members will convene in private to discuss the case and vote by secret ballot or by open vote on the issues presented. The Committee decision shall be determined by a majority vote (3 of 5). The Committee's responsibility shall be to carefully evaluate the facts presented and reach a decision based on those facts.

If the FTP Committee decides that it needs additional information during its deliberation in order to reach a decision, it may hear additional testimony and/or consider additional documents.

Once a decision has been reached by the FTP Committee, the FTP Committee meeting will be reconvened and, with the parties present, the Chairperson will announce the decision. Alternately, the decision of the Committee may be communicated to the affected employee by telephone or mail without reconvening the Committee. The Human Resources Department will ensure that all actions required to implement the decision of the FTP Committee are carried out promptly.

## Committee Members

The FTP Committee process is an opportunity to participate in a process intended to ensure that employee issues are resolved in a prompt, fair and equitable manner. Employees who serve as FTP Committee members are required to accept the important responsibilities of Committee membership. The issues presented may have serious and long lasting consequences for all persons involved. All employees selected to serve on a FTP Committee must acknowledge their solemn responsibility to (1) render an objective and unbiased decision that is based only on the facts presented and the application of company policies and procedures, (2) maintain strict confidentiality and not disclose any of the information learned during the process, and (3) participate fully in the FTP Committee process.

## The Arbitration Process

If you want to appeal the decision reached in Step 4 of the process, you must obtain and complete a "Request for Arbitration Form" from the Human Resources Department in order to initiate the arbitration process. That form also will serve to confirm your and the company's prior mutual agreement to submit the dispute to final and binding arbitration. The arbitration will be heard by an independent and impartial arbitrator chosen by you and the company. By deciding to arbitrate the dispute, you also agree that the remedy, if any, ordered by the arbitrator will be the only remedy as to all matters that are or could have been raised by you in the arbitration.

The arbitrator's responsibility is to determine whether company policies and procedures and applicable law have been complied with in the matter submitted for arbitration. The arbitrator shall render a written decision on the matter within 30 days after the arbitration hearing is concluded and post hearing briefs, if any, are submitted.

The arbitration will be administered by the American Arbitration Association ("AAA"). The company and you will share the cost of the AAA's filing fee and the arbitrator's fees and costs, but your share of such costs shall not exceed an amount equal to one day's pay for exempt employees or eight times your hourly rate for non-exempt employees or your local court civil filing fee, whichever is less. You and the company will be responsible for the fees and costs of your own respective legal counsel, if any, and any other expenses and costs, such as costs associated with witnesses or obtaining copies of hearing transcripts.

## Exclusions and Restrictions

Certain issues may not be submitted for review (or exclusive review) under the FTP ("Excluded Issues"). Other issues may be subject to special restrictions ("Restricted Issues").

## Excluded Issues

Workers' Compensation Claims, any claim involving the construction or application of a benefit plan covered by ERISA, and claims for unemployment benefits are excluded from the FTP. In addition, any non-waivable statutory claims, which may include wage claim within the jurisdiction of a local or state labor commissioner or administrative agency charges before the Equal Employment Opportunity Commission or similar local or state agencies, are not subject to exclusive review under the FTP. This means that you may file such non-waivable statutory claims with the appropriate agency that has jurisdiction over them if you wish, regardless of whether you decide to use the FTP to resolve them. However, if such an agency completes its processing of your action against the company, you must use the FTP (although Steps 1 through 4 may be skipped). In addition, the FTP does not apply to employees covered by a collective bargaining agreement, unless otherwise agreed to by such employees.

## Restricted Issues

Sexual Harassment Complaints: Due to the sensitive nature of claims of sexual harassment, you are not required to use Step 1 of the FTP to raise sexual harassment claims if you do not wish to do so. Instead, you should follow the steps in the company's policy prohibiting sexual harassment. If you are not satisfied with the company's response to a claim for sexual harassment, then you must use the FTP to resolve the claim or dispute.

## Grievances of Management Employees

Facility management employees at the Department Head level or above will use the following FTP steps to submit their grievances for review:

**Step 1:**
Immediate Supervisor;

**Step 2:**
Chief Executive
Officer of the facility;

**Step 3:**
Regional Vice President;

**Step 4:**
Request for Arbitration.

Facility Chief Executive Officers and management employees in the divisional or corporate offices will use the following FTP step to submit their grievances for review unless the parties agree otherwise:

**Step 1:**
Immediate Supervisor;

**Step 2:**
The next level in
the chain of command;

**Step 3:**
The next level in
the chain of command;

**Step 4:**
Request for Arbitration.

# OTHER IMPORTANT INFORMATION

## Applicable Law and Procedural Rules

The FTP shall be governed by The Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, et seq., If for any reason the FAA is deemed inapplicable, the FTP will be governed by the applicable state arbitrational statutes. The current Employment Dispute Resolution Rules of the AAA will govern the procedures to be used in such arbitrations, unless you and the company agree otherwise.

## Discovery

All discovery shall be conducted in accordance with the Employment Dispute Resolution Rules of the AAA. The arbitrator shall have the authority to order discovery sufficient to enable a full and fair exploration of the issues in dispute, consistent with the expedited nature of arbitration.

## Limitations Periods

Any request for arbitration under the FTP must be made within one year after the event giving rise to the dispute. If the claim was submitted to a federal, state or local agency, then a request for arbitration of that claim must be made within 90 days of the receipt of the agency's decision. However, if a longer limitation period is provided by a statute governing your claim, then your claim will be subject to the longer limitations period provided by the statute.

## Authority of Arbitrator

The arbitrator has the authority to award any remedy that would have been available to you had you litigated the dispute in court under applicable law.

## Representation by Counsel

During Steps 1 through 4 of the FTP, neither you nor the company may be represented by legal counsel, although both you and the company have the right to consult privately with your own counsel at any time at your own expense. Both you and the company may be represented by counsel at arbitration during Step 5 at each parties' own expense. Generally, the company will be represented by legal counsel at arbitration. The company will not provide legal advice to employees, but it strongly encourages employees to consult with

independent legal counsel of their own choosing if they have any questions about whether they should be represented by legal counsel at arbitration or any other issue related to the arbitration.

## Confidentiality

All statements and information made or revealed during the FTP are confidential, and neither you nor the company may reveal any such statements or information, except on a "need to know" basis or as permitted or required by law.

## At-Will Employment

Nothing in the FTP shall be construed to create a contract of employment, express or implied, nor does the FTP in any way alter the at-will nature of the employment relationship between you and the company.

## Modifications to the FTP

The company will not modify or change the agreement between you and the company to use final and binding arbitration to resolve employment-related disputes without notifying you and obtaining your consent to such changes. However, the company may change or modify the FTP procedures from time-to-time without advance notice and without the consent of employees. Additionally, the parties agree that the FTP procedures may be modified by the company as needed to comport with applicable state or federal law.

If you have any questions about the Fair Treatment Process, please contact your supervisor or the Human Resources Department.

**NOTES**

**NOTES**

# NOTES

# EMPLOYEE ACKNOWLEDGMENT FORM

I acknowledge that I have received a copy of the Tenet Employee Handbook and Standards of Conduct and that I understand that they contain important information about the company's general personnel policies and about my privileges and obligations as an employee. I further understand and acknowledge that I am governed by the contents of the Employee Handbook and Standards of Conduct and that I am expected to read, understand, familiarize myself with and comply with the policies contained in them.

I also understand that the company may change, rescind or add to any of the policies, benefits or practices described in the Employee Handbook, except the employment-at-will policy and the Mutual Agreement to Arbitrate referred to below, in its sole and absolute discretion, with or without prior notice. I also understand that the company will advise employees from time to time of material changes to the policies, benefits or practices described in the Employee Handbook.

Furthermore, I understand, acknowledge and agree that the Employee Handbook is not a contract of employment, that my employment with the company is not for a specified term and that employment with the company is at the mutual consent of the employee and the company. Therefore, I hereby acknowledge that either I or the company can terminate my employment relationship at will, with or without cause or notice.

In addition, I acknowledge that I have received and reviewed a copy of the Tenet Fair Treatment Process brochure. I hereby voluntarily agree to use the Company's Fair Treatment Process and to submit to final and binding arbitration any and all claims and disputes that are related in any way to my employment or the termination of my employment with Tenet. I understand that final and binding arbitration will be the sole and exclusive remedy for any such claim or dispute against Tenet or its parent, subsidiary or affiliated companies or entities, and each of its and/or their employees, officers, directors or agents, and that, by agreeing to use arbitration to resolve my dispute, both the Company and I agree to forego any right we each may have had to a jury trial on issues covered by the Fair Treatment Process. I also agree that such arbitration will be conducted before an experienced arbitrator chosen by me and the Company, and will be conducted under the Federal Arbitration Act and the procedural rules of the American Arbitration Association ("AAA").

I further acknowledge that in exchange for my agreement to arbitrate, the Company also agrees to submit all claims and disputes it may have with me to final and binding arbitration, and that the Company further agrees that if I submit a request for binding arbitration, my maximum out-of-pocket expenses for the arbitration and the administrative costs of the AAA will be an amount equal to one day's pay (if I am an exempt employee) or eight times my hourly rate of pay (if I am a non-exempt employee), or the local civil filing fee, whichever is less and that the Company will pay all of the remaining fees and administrative costs of the arbitrator and the AAA. I further acknowledge that this mutual agreement to arbitrate may not be modified or rescinded except by a written statement signed by both me and the Company.

Employee Signature _____   Date _____

Employee Name (please print) _____

**EMPLOYEE COPY TO REMAIN IN HANDBOOK**

01/01

# EMPLOYEE ACKNOWLEDGMENT FORM

I acknowledge that I have received a copy of the Tenet Employee Handbook and Standards of Conduct and that I understand that they contain important information about the company's general personnel policies and about my privileges and obligations as an employee. I further understand and acknowledge that I am governed by the contents of the Employee Handbook and Standards of Conduct and that I am expected to read, understand, familiarize myself with and comply with the policies contained in them.

I also understand that the company may change, rescind or add to any of the policies, benefits or practices described in the Employee Handbook, except the employment-at-will policy and the Mutual Agreement to Arbitrate referred to below, in its sole and absolute discretion, with or without prior notice. I also understand that the company will advise employees from time to time of material changes to the policies, benefits or practices described in the Employee Handbook.

Furthermore, I understand, acknowledge and agree that the Employee Handbook is not a contract of employment, that my employment with the company is not for a specified term and that employment with the company is at the mutual consent of the employee and the company. Therefore, I hereby acknowledge that either I or the company can terminate my employment relationship at will, with or without cause, on notice.

In addition, I acknowledge that I have received and reviewed a copy of the Tenet Fair Treatment Process brochure. I hereby voluntarily agree to use the Company's Fair Treatment Process and to submit to final and binding arbitration any and all claims and disputes that are related in any way to my employment or the termination of my employment with Tenet. I understand that final and binding arbitration will be the sole and exclusive remedy for any such claim or dispute against Tenet or its parent, subsidiary or affiliated companies or entities, and each of its and on their employees, officers, directors or agents, and that, by agreeing to use arbitration to resolve my dispute, both the Company and I agree to forego any right we each may have had to a jury trial on issues covered by the Fair Treatment Process. I also agree that such arbitration will be conducted before an experienced arbitrator chosen by me and the Company, and will be conducted under the Federal Arbitration Act and the procedural rules of the American Arbitration Association ("AAA").

I further acknowledge that in exchange for my agreement to arbitrate, the Company also agrees to submit all claims and disputes it may have with me to final and binding arbitration, and that the Company further agrees that if I submit a request for binding arbitration, my maximum out-of-pocket expenses for the arbitrator and the administrative costs of the AAA will be an amount equal to one day's pay (if I am an exempt employee) eight times my hourly rate of pay (if I am a non-exempt employee), or the local civil filing fee, whichever is less and that the Company will pay all of the remaining fees and administrative costs of the arbitration and the AAA. I further acknowledge that this mutual agreement to arbitrate may not be modified or rescinded except by a written statement signed by both me and the Company.

_____
Employee Signature                          Date

_____
Employee Name (please print)

**DETACH FOR HUMAN RESOURCES FILE**

01/01

# EXHIBIT C

# TENET®

OCT 1 1 2001

## APPLICATION FOR EMPLOYMENT

TENET HEALTHCARE CORPORATION OFFERS EQUAL EMPLOYMENT
OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES
REGARDLESS OF SEX, AGE, RACE COLOR, RELIGIOUS CREED, NATIONAL
ORIGIN, ANCESTRY, MARITAL STATUS, SEXUAL ORIENTATION, OR DISABILITY.

**PLEASE PRINT PLAINLY**

## PERSONAL DATA

Date **Oct 11. 01**

Name **Esartia** (Last Name) **Platon** (First Name) ____ (Initial)

Social Security No. **256 85 3313**

Present Address **829 Heritage Square** (Street Number and Name)

Telephone (**404**) **321 0726**

**Decatur** (City) **GA** (State) **30033** (Zip Code)

Message Telephone (**678**) **641 2883**

Other names under which you have worked ____

Are you a U.S. citizen or authorized to work in the U.S. on an unrestricted basis? ☒ Yes ☐ No

Can you, after employment, submit:
  Proof of your legal right to work in the U.S.? ☒ Yes ☐ No

Have you ever been convicted of a felony? ☐ Yes ☒ No

If yes, please give the date, location, and disposition of your case.

____
____
____

## IN CASE OF EMERGENCY PLEASE CALL:

Name: **Magda Tevdoradze** Relationship: **Wife** Business Phone: **678 640 0405**

Address: **829 Heritage Square Decatur GA** Home Phone: **404 321 0726**

## POSITION DESIRED

Position(s) applied for **Surgery Residency PGY 2** Salary requirement **35.000**

I understand that applicants who do not meet the minimum qualifications of the position will not be considered for the position. Only those final candidates will be contacted.

Specify: ☒ Full - time ☐ Part - time ☐ Per diem
  Days and hours preferred ____

Were you previously employed by Tenet Healthcare Corporation, National Medical Enterprises, Inc., American Medical International, Inc. or one of its subsidiaries? ☒ Yes ☐ No

If yes, when and where? **Tenet healthcare 2000 - 2001**

Names of relatives employed by Tenet Healthcare Corporation ____

If an offer is extended, when would you be available for work? ____

How did you become aware of the position for which you are applying? Please give individual or source ____

Do you have a reliable method of transportation to use if you are hired to work in this facility? ☒ Yes ☐ No

## EMPLOYMENT HISTORY (Must be completed in full.)

Are you presently employed? ☐ Yes ☐ No

May we contact your present employer? ☐ Yes ☐ No

List on page 2 your work experience beginning with most recent job.

Rev. 12/95  TS0499/179090

| From | To | NAME AND ADDRESS OF EMPLOYER | | JOB TITLE & DUTIES |
|------|-----|------|------|------|
| Mo./Yr. | Mo./Yr. | Name | All Union Cancer Center | Director of Oncology |
| 83 | 93 | Address | Kashirskoe Shosse 25 | Department |
| Starting Salary | Final Salary | City | Moscow State Russia Ph. | |
| 400 | 400 | Supervisor | Traposhnikov Ph. | Reason for Leaving: moving to USA |

| From | To | NAME AND ADDRESS OF EMPLOYER | | JOB TITLE & DUTIES |
|------|-----|------|------|------|
| Mo./Yr. | Mo./Yr. | Name | Emory University | fellow |
| 93 | 94 | Address | Clifton Road | |
| Starting Salary | Final Salary | City | Atlanta State GA Ph. | |
| 45 | 45 | Supervisor | Monson Ph. | Reason for Leaving: Termination of Fello |

| From | To | NAME AND ADDRESS OF EMPLOYER | | JOB TITLE & DUTIES |
|------|-----|------|------|------|
| Mo./Yr. | Mo./Yr. | Name | Georgia Baptist Medical Cntr | Visiting Professor |
| 95 | 2099 | Address | 303 Parkway Dr | |
| Starting Salary | Final Salary | City | Atlanta State GA Ph. 265 4411 | Director of Telemedicine |
| 50 | 50 | Supervisor | Lukas Ph. 265 4411 | Reason for Leaving |

| From | To | NAME AND ADDRESS OF EMPLOYER | | JOB TITLE & DUTIES |
|------|-----|------|------|------|
| Mo./Yr. | Mo./Yr. | Name | Atlanta Medical Center | PGY 1 |
| 1999 | 2000 | Address | 303 Parkway Dr NE | Director of Telemedic |
| Starting Salary | Final Salary | City | Atlanta State GA Ph. 265 4411 | |
| 40 | 40 | Supervisor | Promes Ph. 265 4411 | Reason for Leaving: contract termination |

| From | To | NAME AND ADDRESS OF EMPLOYER | | JOB TITLE & DUTIES |
|------|-----|------|------|------|
| Mo./Yr. | Mo./Yr. | Name | Atlanta Medical Center | |
| 2000 | 2001 | Address | 303 Parkway Dr NE | Director of Telemedicin |
| Starting Salary | Final Salary | City | Atlanta State GA Ph. 56028 | |
| 35 | 35 | Supervisor | Promes Ph. 265 4411 | Reason for Leaving: Contract Termination |

## EDUCATION AND TRAINING

| Name of school and address | No. of years | Course or major | Diploma / Degree |
|------|------|------|------|
| Russian Medical Academy B. Perogovska 23, Moscow | 6 | | M D |

Professionals and technical applicants only

| Professional License No. | Type of License | Place of issue | Expiration date |
|------|------|------|------|
| | | | |
| | | | |

Membership in professional organizations

If you are licensed, has your license ever been suspended or revoked or are you currently involved in any proceeding that could affect your license or certification? ❏ Yes ❏ No   If yes, please give the date, location, and disposition of your case. _____

## REFERENCES (PLEASE DO NOT LIST RELATIVES)

| Name and Occupation | Address | Phone Number |
|------|------|------|
| Dr. B. Ramshaw | | 404 560 5810 |
| Dr G Lukas | | 770 579 0712 |

Please use the space below for any additional information necessary to describe your qualifications (i.e., specialty areas such as ICU, OB/GYN, special equipment, typing speed, computer software programs).

_____

_____

_____

_____

_____

_____

_____

_____

Do you speak, read or write in any language other than English?

☒ Yes   ☐ No   If yes, please describe   *Russian , Georgian*

---

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying? Answer yes or no.   ☒ Yes   ☐ No

Is there any accomodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying? Answer yes or no.   ☒ Yes   ☐ No

Please explain your answer. _____

_____

_____

I hereby certify that the answers to the foregoing questions are true to the best of my knowledge and agree to have any of the statements checked by Tenet Healthcare Corporation unless I have indicated to the contrary.

I am aware that a more detailed investigation concerning background and credit may also be conducted, if applicable to the job for which I am applying, and I hereby authorize such an investigation.

I understand that employment is contingent upon satisfactory completion of reference checks and that, upon my written request, information on the nature and scope of an inquiry, if one is made, will be provided to me.

Should a job offer be made, I consent to taking a pre-placement physical examination and such future examinations as may be required by Tenet Healthcare Corporation. I understand that any job offer or my continuing employment, if hired, is contingent upon my being physically, mentally and medically able, with or without reasonable accommodation, to successfully perform the essential functions of my job. I agree that the results of any medical/health screen may be released to appropriate agencies in the event of a worker's compensation injury and/or dispute on payment of a medical claim. I understand that as part of my pre-placement physical examination, upon which any offer of employment is contingent, I will be required to successfully pass a drug screening test. The test will be administered at Tenet Healthcare Corporation's expense, and will require me to provide a urine specimen for analysis. The urine specimen will be analyzed for the presence of marijuana, cocaine, phencyclidine (PCP), opiates and amphetamines. Results of the drug test are confidential, and will not be disclosed to others without my specific written consent. My signature below specifically signifies my consent to this pre-placement drug screening test.

I agree to wear or use all protective clothing or devices required by the facility and to comply with all safety policies and procedures.

I understand that nothing contained in this employment application is intended to lead to or create an employment contract between Tenet Healthcare Corporation or any subsidiary or affiliate and myself which would in any way restrict the right of the company to terminate my employment at will.

I further understand and agree that the employment relationship that may result from my application will be employment-at-will, and either I or Tenet Healthcare Corporation or any subsidiary or affiliate may terminate the relationship at any time.

I understand that any omission, misrepresentation or falsification can be grounds for refusal of employment. I further understand that, if employed, any false statements or misrepresentations herein or in conjunction with the application process may be cause for dismissal.

I understand that any and all disputes regarding my employment with Tenet, including any disputes relating to the termination of my employment, are subject to the Tenet Fair Treatment Process, which includes final and binding arbitration, and I also understand and agree, as a condition of employment and continued employment, to submit any such disputes for resolution under that process, and I further agree to abide by and accept the decision of the Arbitration panel as the final and binding decision and resolution of any such disputes I may have.

Applicant's signature _____   Date *Oct 11 01*

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Platon Esartia,                              )
      Plaintiff,                        )
                              )          CIVIL ACTION NO.
v.                                           )          1:02-CV-3305-JOF
                              )
Atlanta Medical Center, Tenet                )
Healthcare Corporation, Inc., and            )
Tenet Healthsystem GB, Inc.                  )
      Defendants.                       )

## DECLARATION OF STEVEN SALTZMAN. M.D.

I, Steven Saltzman, M.D., am over twenty-one years of age, do not suffer any incapacity which would impair my ability to give competent testimony, and have personal knowledge of the matters stated herein.

I am employed at Atlanta Medical Center as Senior Vice President and Medical Director of the Graduate Medical Education Program. I have held this position since January 1997. I have been employed at the hospital since 1989. I understand that Atlanta Medical Center is owned and operated by Tenet HealthSystems GB, Inc., which is an affiliate of Tenet Healthcare Corporation. Tenet owns and operates hospitals in several states, including Alabama, Arizona, Arkansas, California, Florida, Georgia, Indiana, Louisiana, Mississippi, Missouri, South Carolina, Tennessee, and Texas.

At all times relevant to this case and Plaintiff's employment, Tenet and Atlanta Medical Center have engaged in interstate commerce. Atlanta Medical Center is located within one mile of an interstate highway and regularly treats out-of-state patients. Atlanta Medical Center regularly purchases supplies and services from out-of-state suppliers and

Declaration of Steven Saltzman, M.D.

companies. Further, the cost and expense of health care provided patients at Atlanta

Medical Center is regularly paid or reimbursed by out-of-state and multi-state insurance

carriers and health care plans.

I am personally acquainted with Plaintiff, Platon Esartia, and was Medical Director

of the Graduate Medical Education Program in which he participated as a surgical

resident. Atlanta Medical Center and Dr. Esartia entered into written employment

contracts related to Dr. Esartia's employment at Atlanta Medical Center. Attached hereto

as Exhibit A is an accurate copy of the House Officer Employment Agreement, effective

July 1, 1999, related to Dr. Esartia's employment by Atlanta Medical Center as a first-year

surgical resident. Attached hereto as Exhibit B is an accurate copy of the Physician

Employment Agreement, effective August 1, 2000, related to Dr. Esartia's employment by

Atlanta Medical Center as Telemedicine Coordinator. Attached hereto as Exhibit C is an

accurate copy of the Resident Physician Employment Agreement, effective October 1, 2001,

related to Dr. Esartia's employment by Atlanta Medical Center as a second-year surgical

resident.

Each of these agreements contains an arbitration provision. All employment

contracts among residents and employee physicians with Atlanta Medical Center contain

arbitration provisions.

In performing his duties as a surgical resident, Dr. Esartia treated patients at

Atlanta Medical Center, the cost of whose care was paid or reimbursed by out-of-state and

Παγε 2 οφ 3

<u>Declaration of Steven Saltzman, M.D.</u>

multi-state insurance carriers and health care plans.  In performing his duties, Dr. Esartia
also regularly used supplies and products purchased from out-of-state vendors and
suppliers.  In performing his duties, it is very likely that Dr. Esartia treated out-of-state
patients.  In performing his duties, Dr. Esartia communicated and traveled out of state on
behalf of Atlanta Medical Center to attend, develop, and teach in international medical
conferences.

 I swear and affirm under penalty of perjury that the above and foregoing is true
and correct.

 **EXECUTED THIS _18_ DAY OF FEBRUARY, 2003.**

       STEVEN SALTZMAN, M.D.

# EXHIBIT A

# HOUSE OFFICER EMPLOYMENT AGREEMENT

## BY AND BETWEEN

### TENET HEALTHSYSTEM GB, INC.
### DBA ATLANTA MEDICAL CENTER

## AND

### Platon Esartia, M.D.

Effective as of _July_ _1_, 1999

# TABLE OF CONTENTS

| <u>NO.</u> | <u>SECTION HEADING</u> | <u>PAGE</u> |
|---|---|---|

1. EMPLOYMENT ........................................................................................................ 1
   - a. Employment ............................................................................................ 1
   - b. Harassment ............................................................................................. 1
   - c. Physician Impairment ............................................................................. 1
   - d. Residency Training ................................................................................. 2
   - e. Promotion ................................................................................................ 2
   - f. Certification ............................................................................................ 2
   - g. Moonlighting Activities ......................................................................... 2
   - h. Residency Closure/Reduction Policy ..................................................... 2

2. HOUSE OFFICER'S OBLIGATIONS .................................................................... 2
   - a. Use of Premises ....................................................................................... 2
   - b. Medical Practice ...................................................................................... 2
   - c. Professional Qualifications ..................................................................... 3
   - d. Professional Fees ..................................................................................... 3
   - e. Other Services ......................................................................................... 3

3. HOUSE OFFICER'S COMPENSATION ................................................................ 3
   - a. Base Salary .............................................................................................. 3
   - b. Payment ................................................................................................... 3

4. HOUSE OFFICER'S BENEFITS ............................................................................ 3
   - a. General Benefits ...................................................................................... 3
   - b. Vacation .................................................................................................. 4
   - c. Paid Leave ............................................................................................... 4
   - d. Uniforms ................................................................................................. 4
   - e. Living Quarters ....................................................................................... 4
   - f. Medical Liability Insurance .................................................................... 4
   - g. Tail Medical Liability Coverage Following Expiration or Termination of This Agreement ... 4
   - h. Laundry ................................................................................................... 5
   - i. Meals ....................................................................................................... 5

5. ASSIGNMENT ........................................................................................................ 5

6. TERM ....................................................................................................................... 5

7. TERMINATION BY EMPLOYER ........................................................................... 5
   - a. Termination Without Right of Cure ........................................................ 5
   - b. Termination With Right of Cure ............................................................. 6
   - c. Grievances ............................................................................................... 6

8. PATIENT MEDICAL RECORDS ............................................................................ 6

9. MISCELLANEOUS ................................................................................................. 6
   - a. Notices ..................................................................................................... 6

b.    Governing ................................................................................................. 7

c.    Non-Waiver.............................................................................................. 7

d.    Exhibits ................................................................................................... 7

e.    Headings.................................................................................................. 7

f.    Inclusive Words ..................................................................................... 7

g.    Entire Agreement ................................................................................... 7

h.    Confidentiality ...................................................................................... 7

i.    Severability ............................................................................................ 7

10.    ATTORNEYS' FEES AND COSTS. ............................................................ 8

11.    ARBITRATION ............................................................................................. 8

12.    ACKNOWLEDGMENT OF CORPORATE INTEGRITY PROGRAM ........... 8

13.    CHANGES IN LAW ...................................................................................... 8

a.    Legal Event: Consequences .................................................................. 8

b.    Notice Requirements ............................................................................. 8

c.    Renegotiation Period; Termination....................................................... 9

## EXHIBITS:

**EXHIBIT 2.b:  DESCRIPTION OF DUTIES AND RESPONSIBILITIES**

**EXHIBIT 4.a:  GENERAL BENEFITS**

**EXHIBIT 12:  CORPORATE INTEGRITY**

# HOUSE OFFICER EMPLOYMENT AGREEMENT

**THIS HOUSE OFFICER EMPLOYMENT AGREEMENT** ("Agreement") is made and entered into as of the _1st___ day of ___July__, 1999 by and between **TENET HEALTHSYSTEM GB, INC.** dba **ATLANTA MEDICAL CENTER** ("Employer") and __PLATON ESARTIA, M.D._____ ("House Officer").

## RECITALS

A.    Employer provides for the care and treatment of patients at Atlanta Medical Center ("Hospital") located in Fulton county (the "Area"). and Employer desires House Officer to participate in Hospitals residency education program ("Program") and to perform other duties as set forth herein; and

B.    House Officer shall be licensed to practice medicine in the State of Georgia ("State") as soon as eligible to make application and desires to participate in the Program and become an employee of Employer under the terms and conditions outlined below; and

C.    Employer desires to employ House Officer under the terms and conditions outlined below.

## AGREEMENT

In consideration of the mutual agreements set forth herein. the parties hereto agree as follows:

1.    **EMPLOYMENT**.

a.    <u>Employment</u>. Employer hereby employs House Officer during the period House Officer participates in the Program.  During the term of this Agreement. House Officer shall be subject to Employer's employment policies, directives. rules and regulations as promulgated by Employer from time to time, including, but not limited to, those pertaining to employees: provided, however. in the event of any inconsistency between such policies and directives and this Agreement, the provisions of this Agreement shall prevail.

b.    <u>Harassment.</u>  Employer's policies governing harassment are detailed in the Human Resources policy manual available for review in the Human Resources Department and the Graduate Medical Education Institutional Policies available for review in the Department of Graduate Medical Education.

c.    <u>Physician Impairment.</u>  Employer's policies governing impairment are detailed in the Human Resources policy manual available for review in the Human Resources Department and the Graduate Medical Education Institutional Policies available for review in the Department of Graduate Medical Education.

d.     Residency Training. Employer shall provide education in the specialized area by maintaining a training program that is consistent with the standards of the Essentials of Approved Internships and Residencies, prepared by the Accreditation Council for Graduate Medical Education of the American Medical Association. House Officer will be given a copy of the Employer's Residency Program Policies and Procedure Manual (the Residency Manual).

e.     Promotion. House Officer may be promoted to the next year of residency training following the term of this Agreement. Employer will make a good faith effort to inform House Officer if he/she will not be recommended for promotion/reappointment as per the Medical Education Committee Policy on Non-Renewal of a Resident's Contract for a Succeeding Program Year. House Officer recognizes promotion to a succeeding year of residency is expressly conditioned on his/her satisfactory performance throughout the entire term of this Agreement, as determined by Employer in accordance with its policies and procedures as may be modified from time to time during the term of this Agreement.

f.     Certification. Employer will grant House Officer a Certificate of Satisfactory Completion of his/her House Officership only after all obligations to Employer have been discharged. Time lost due to extended illness, suspension or other causes must be made up by House Officer to qualify for certification.

g.     Moonlighting Activities. Only those physicians with full medical licenses and prior approval by the Program Director and Hospital's Risk Management Office can moonlight outside the Hospital (Moonlighting Activities). It is the policy of Hospital that PGIs (Interns) will not be allowed to engage in Moonlighting Activities. Moonlighting activities must follow departmental guidelines established by each program. If House Officer engages in moonlighting activities, he/she will need to obtain a separate medical liability insurance policy.

h.     Residency Closure/Reduction Policy. Employer's policies governing program closures and/or reductions are detailed in the Graduate Medical Education Institutional Policies available for review in the Department of Graduate Medical Education.

## 2.     HOUSE OFFICER'S OBLIGATIONS.

a.     Use of Premises. House Officer shall use the Hospital as designated by Employer exclusively for participation in the Program, which shall include the practice of medicine in the care and treatment of patients in accordance with all applicable federal, state, and local laws, rules and regulations.

b.     Medical Practice. House Officer shall engage in the practice of medicine as described below and provide the duties and responsibilities set forth in Exhibit 2.b attached hereto and incorporated herein by reference. House Officer understands and agrees that the care and treatment of patients is a joint effort between the patient's attending physician and House Staff. House Officer acknowledges that he/she is not eligible for medical staff membership under the Hospital Medical Staff

Bylaws, Rules, and Regulations but agrees to abide by the patient care provisions of said Bylaws, Rules and Regulations. Failure to comply with Hospital policies, procedures, rules and regulations may result in termination of this Agreement and House Officer's dismissal from the Program. In the event of Employer's suspension of House Officer, under Section 7, his/her salary may be withheld for the duration of the suspension. The House Officer shall not willfully withhold services or fail to fulfill his/her duties or obligations under this Agreement. Should House Officer fail to perform services or duties, House

Officer may be subject to suspension from the Program in accordance with Section 7 and may be obligated to make up lost time in order to complete the Program and receive certification thereunder.

      c.    <u>Professional Qualifications</u>. House Officer shall apply for and obtain, as soon as eligible to make application a valid license to practice medicine in the State. Compensation to the House Officer shall not be due if said license is not obtained upon eligibility and maintained throughout the term of this Agreement. If House Officer is not a United States citizen, then House Officer shall apply for and obtain prior to the effective date of this Agreement an appropriate visa or work permit covering the term of this Agreement or obtain permanent immigrant status so that Employer can lawfully employ House Officer. Maintenance of the aforementioned license and, as applicable, the appropriate visa or work permit shall be a continuous, express condition of this Agreement throughout its term.

      d    <u>Professional Fees</u>. Employer shall have the exclusive right and authority to set, collect and retain all fees, including professional fees, to be charged to patients of the Hospital. House Officer, however, will be entitled to retain all professional fees paid to him, or received by him, with respect to approved Moonlighting Activities.

      e.    <u>Other Services</u>. Subject to House Officer's medical judgment, House Officer shall utilize such physician specialists, hospitals and other providers as are designated by Employer on a preferred basis for all inpatient and outpatient services, including, but not limited to, consultation, laboratory and other ancillary services in the care and treatment of patients unless such inpatient and outpatient services are not offered by the designated providers.

## 3.   <u>HOUSE OFFICER'S COMPENSATION</u>.

      a.    <u>Base Salary</u>. House Officer shall receive an initial annual salary of <u>Thirty-one thousand nine hundred thirty</u> Dollars ($ <u>31,930</u> ) (the Base Salary). In addition to the Base Salary, House Office shall receive a sign-on bonus in the amount of Four Hundred Dollars ($400.00) payable on the commencement date of this agreement.

      b.    <u>Payment</u>. The Base Salary shall be payable monthly or bi-weekly in accordance with Employer's policy.

## 4.   <u>HOUSE OFFICER'S BENEFITS</u>. House Officer will receive employee benefits only as provided in this Agreement. Benefits are subject to amendment from time to time by Employer.

a.   General Benefits. House Officer shall receive those general benefits described in Exhibit 4.a attached hereto and incorporated herein by reference. House Officer is participating in the Program and as such is not a permanent employee. Therefore, the policies and benefits applicable to permanent employees may not be applicable to the House Officer.  House Officer is eligible to participate in Employer's group benefits program upon employment, but only after the ninety (90) day orientation period.

b.   Vacation. Each House Officer shall receive three (3) weeks paid vacation yearly. Because each House Officer's assigned schedule is interrelated with those of other House Officers', vacations shall be scheduled by the Program Director and Chief Resident. Changes to scheduled vacations shall be permitted only with the prior approval of the Chief Resident and/or Chief of Service/Program Director. Unused vacation time is forfeited each year. No compensation will be given or paid in lieu of vacation.

c.   Paid Leave.  House Officers accumulate sick time at the rate of one (1) sick day per month. If a House Officer is ill and unable to report to work, it is his/her responsibility to notify the Residency Program Office and/or the Chief Resident in accordance with established Employer policies. Duties and responsibilities missed by the House Officer due to illness may have to be fulfilled upon return to work.  Leaves of Absence will be granted according to policy established in the Graduate Medical Education Institutional Policy Manual. Professional leaves of absence will be granted by the Program Director based on guidelines established in the specialty program handbook. In cases of serious illness or injury, where the absence will likely be of long duration, the Program Director will determine the additional training that must be completed for the House Officer to receive credit for satisfactory completion of the year. Details explaining the Employer's policy governing leaves of absence for illness, maternity or other covered personal situations are detailed in the Hospital Human Resources policies and procedures 702 and 703 which are available for review in the Department of Human Resources and/or the Program Director's office.

d.   Uniforms.  Each House Officer shall be provided with two (2) white coats during the first year of education and one (1) additional white coat each year of education thereafter.

e.   Living Quarters.  Living quarters are not provided by Employer.  On-call quarters are provided by Employer.

f.   Medical Liability Insurance.  During the term of this Agreement (as defined in Section 6 below), House Officer shall be provided with medical liability insurance coverage under primary and excess policies in minimum amounts of One Million Dollars ($1,000,000) per occurrence and Three Million Dollars ($3,000,000) annual aggregate.  Employer shall have no responsibility for providing coverage for House Officer's acts prior to the Commencement Date of this Agreement. Said coverage only applies to House Officer's professional activities for Employer during the course of his/her employment as a House Officer.

g.   Tail Medical Liability Coverage Following Expiration or Termination of this Agreement.  Employer shall provide tail medical liability coverage which will insure House Officer against claims asserted after the termination of House Officer's employment with Employer relating to occurrences that took place during the Initial Term of this Agreement and any renewal or extension

- 4 -

thereof. Such tail medical liability coverage shall provide coverage in the amount of One Million Dollars per occurrence and Three Million Dollars aggregate and shall provide defense and indemnification for covered claims assessed after the date of expiration or termination of this Agreement and any renewal or extension thereof which relate to an occurrence that took place during the Initial Term of this Agreement or any renewal or extension thereof provided House Officer complies fully with all of the terms and conditions of this Agreement.

        h.    <u>Laundry.</u>  Laundry services of linens for on-call quarters are provided by Employer.

        i.    <u>Meals.</u>  On-call meals are provided to House Officer at a reimbursement rate determined by Program Director.

        **5.**    **ASSIGNMENT**.  House Officer acknowledges that the services required of House Officer hereunder are personal and that House Officer may not assign this Agreement or any rights or duties under this Agreement. This Agreement or any rights or duties hereunder are assignable by Employer without consent of House Officer.

        **6.**    **TERM.**  The term of this Agreement shall be for one (1) year commencing on  <u>July</u> <u>1</u> , 199<u>9</u> .

        **7.**    **TERMINATION BY EMPLOYER.**

        a.    <u>Termination Without Right of Cure.</u>  Employer may terminate this Agreement effective immediately upon written notice to House Officer and without the opportunity for House Officer to seek an appeal or grievance in accordance with the Manual under the following circumstances:

        (1)    The suspension or loss of House Officer's license to practice medicine in the State, or said license is not otherwise in good standing.

        (2)    House Officer's death or permanent disability.

        (3)    House Officer's acts or conduct are materially detrimental to the reputation or operations of Employer and/or the Hospital.

        (4)    House Officer's acts of willful and intentional sexual harassment.

        (5)    House Officer's conviction of an offense related to health care or House Officer's listing by a federal agency as being disbarred, excluded, or otherwise ineligible for Federal program participation.

        (6)    House Officer's misrepresentation or fraud contained in his/her application or medical license application, including the representation that he/she is in good health and capable of fulfilling the obligations of this Agreement.

(7)     Employer determines, after review of the facts and circumstances of the case and a report from the Program Director or his designee, that the activities of House Officer would jeopardize the well-being of patients.

(8)     House Officer fails to comply with the provisions of this Agreement relative to House Officer's professional liability insurance, including, but not limited to such provisions of this Agreement applicable to House Officer's Moonlighting Activities.

(9)     As otherwise provided in the Residency Manual.

The causes for termination described in this Subsection do not require thirty (30) days' notice nor give the right of a thirty (30) day cure.

b.     Termination With Right of Cure. Employer may terminate this Agreement with cause effective immediately by written notice to House Officer upon the failure by House Officer to observe or perform any of the material covenants, conditions or provisions of this Agreement (other than the circumstances set forth in Subsection 7.a above) where such failure shall continue for a period of thirty (30) days after written notice thereof has been given by Employer.

c.     Grievances. Both parties have entered into this Agreement in good faith and acknowledge their respective obligations to fulfill this Agreement until its expiration date. Except as otherwise provided in this Section 7, both parties further agree that each will provide the other party the opportunity to discuss freely any differences, dissatisfactions or grievances that may exist, and Employer will follow the appeals and grievances procedures that are contained in the Hospital's Residency Program Policies and Procedures Manual.

**8.     PATIENT MEDICAL RECORDS.** All patient medical records of the Hospital shall be the property of Employer subject always to the rights of the respective patients. Upon the expiration of this Agreement or the termination of this Agreement by either party for any reason, Employer will retain custody and control of such patient medical records. House Officer shall keep accurate and complete records with respect to all services provided under this Agreement and shall file and preserve such records in a manner consistent with good medical practice, applicable state and federal laws and regulations, and with Hospital policies and procedures. House Officer shall comply with the documentation requirements and time frames established in the Medical Staff Rules and Regulations and Medical Records policies and procedures.

**9.     MISCELLANEOUS.**

a.     Notices. All notices which either party is required or may desire to give to the other under or in conjunction with this Agreement shall be in writing and shall be given by addressing the same to such other party at the address set forth below, and by depositing the same so addressed, certified mail, postage prepaid, return receipt requested, or by overnight mail or by delivering the same personally to such other party.

| If to Employer: | Atlanta Medical Center<br>303 Parkway NE<br>Atlanta, GA 30312<br>Attention: Chief Executive Officer |
|---|---|
| Copy to: | Tenet HealthSystem<br>14001 Dallas Parkway<br>Dallas, Texas 75240<br>Attention: Southeast Region Counsel - Law Department |
| If to House Officer: | Platon Esartia, M.D.<br>829 Heritage Square<br>Decatur, GA  30033 |

Any notice mailed shall be deemed to have been given three (3) United States Post Office delivery days following the date of mailing.  Overnight mail shall be deemed to have been given on the next business day following the date of mailing.  Any notice delivered in person shall be deemed effective upon delivery. Either party may change the address for the service of notice upon it by written notice given to the other in the manner herein provided for the giving of notice.

      b.     Governing Law.  This Agreement shall be construed and governed by the laws of the State.

      c.     Non-Waiver.  No waiver by either of the parties hereto of any failure by the other party to keep or perform any provision, covenant or condition of this Agreement shall be deemed to be a waiver of any preceding or succeeding breach of the same or of any other provision, covenant or condition.  All rights and remedies herein granted or referred to are cumulative; resort to one shall not preclude resort to another or any other right or remedy provided by law or equity in the State.

      d.     Exhibits.  The exhibits attached hereto constitute a part of this Agreement and are incorporated herein by reference in their entirety as if fully set forth in the Agreement at the point where first mentioned herein.

      e.     Headings.  The headings of this Agreement are inserted for convenience only and are not to be considered in the construction of the provisions hereof and shall not in any way limit scope or modify the substance or context of any section or paragraph hereof.

      f.     Inclusive Words.  Unless the context otherwise requires, any terms of the Agreement which indicate the neuter of any gender shall be held to include the neuter and the other gender, as the case may be; and the words in singular shall be held and constructed to include the plural and vice versa.

      g.     Entire Agreement.  This Agreement, along with the exhibits hereto, constitutes the entire agreement of the parties hereto pertaining to this subject matter and supersedes all prior or contemporaneous agreements, undertakings and understandings of the parties in connection with the

subject matter hereof. and it may be modified or amended only in writing duly signed by Employer and House Officer.

   h.  Confidentiality.  This Agreement is confidential and may not be disclosed to anyone other than the parties' legal and financial representatives. or as may be required at law, without the prior written consent of all parties to the Agreement.  Provided, however, nothing shall prohibit Employer from employing other physicians under the same general concept as contained in this Agreement.

   i.  Severability.  The provisions of this Agreement shall be severable.  The unenforceability of any provision in this Agreement shall not affect the validity of the remaining provisions unless either party should determine in its sole and complete discretion that such term or provision materially or adversely affects the benefit of its bargain under this Agreement in which case said party may terminate this Agreement without further liability to the other party hereto.

  **10.** **ATTORNEYS' FEES AND COSTS.**  Should either party hereto incur attorneys' fees or costs in enforcing such party's rights under this Agreement. the party who materially prevails shall be entitled to receive such fees and costs from the other party.

  **11.** **ARBITRATION**.  House Officer may first appeal the decision of a Program Director by written notification to the Graduate Medical Education Committee Policy on Appeals Process for Dismissal of Residents in Training, Non-Renewal of Contract and other Actions. Thereafter, any dispute or controversy arising under. out of or in connection with. or in relation to this Agreement, or any amendment hereof. or the breach hereof shall be determined and settled by arbitration in Fulton County, Georgia, in accordance with the rules of the National Health Lawyers Association Alternative Dispute Resolution Service Rules of Procedure for Arbitration and applying the laws of the State.  Any award rendered by the arbitrator shall be final and binding upon each of the parties, and judgment thereof may be entered in any court having jurisdiction thereof. The costs of the arbitrator shall be borne equally by both parties.  During the pendency of any such arbitration and until final judgment hereon has been entered, this Agreement shall remain in full force and effect unless otherwise terminated as provided hereunder.

  **12.** **ACKNOWLEDGMENT OF CORPORATE INTEGRITY PROGRAM**.
House Officer hereby acknowledges that House Officer has been notified of the fact and substance of that certain Corporate Integrity Agreement between the Department of Health and Human Services and National Medical Enterprises, Inc. dated June 29, 1994; of the nature of wrongdoings alleged in that certain Settlement Agreement between the United States of America and National Medical Enterprises, Inc. dated June 29, 1994; and of the importance of the parties hereto in abiding by the terms of said agreements as well as by all federal program requirements and the policies and procedures of Employer. A copy of the aforementioned notification is attached hereto as Exhibit 12 and made a part hereof. House Officer shall provide Hospital with a signed copy of the notification upon execution of this Agreement.

13.   **CHANGES IN LAW**.

a.   Legal Event: Consequences.  Notwithstanding any other provision of this Agreement, if the governmental agencies that administer the Medicare, Medicaid, or other federally funded programs (or their representatives or agents), or any other federal, state or local governmental or nongovernmental agency, or any court or administrative tribunal passes, issues or promulgates any law, rule, regulation, standard, interpretation, order, decision or judgment, including but not limited to those relating to any regulations pursuant to state or federal anti-kickback or self-referral statutes (collectively or individually, "Legal Event"), which, in the good faith judgment of one party (the "Noticing Party"), materially and adversely affects either party's licensure, accreditation, certification, or ability to refer, to accept any referral, to bill, to claim, to present a bill or claim, or to receive payment or reimbursement from any federal, state or local governmental or non-governmental payor, or which subjects the Noticing Party to a risk of prosecution or civil monetary penalty, or which, in the good faith judgment of the Noticing Party, indicates a rule or regulation with which the Noticing Party desires further compliance, or if in the good faith opinion of counsel to either party any term or provision of this Agreement could trigger a Legal Event, then the Noticing Party may give the other party notice of intent to amend or terminate this Agreement in accordance with the next subparagraph.

b.   Notice Requirements.  The Noticing Party shall give notice to the other party together with an opinion of counsel setting forth the following information:

(1)   The Legal Event(s) giving rise to the notice;

(2)   The consequences of the Legal Event(s) as to the Noticing Party;

(3)   The Noticing Party's intention to either:

(a)   Terminate this Agreement due to unacceptable risk of prosecution or civil monetary penalty; or

(b)   Amend this Agreement, together with a statement that the purpose thereof is one or more of the following:

(i)   to further comply with any anti-kickback or self-referral statutory provisions or rules or regulations created or affected by the Legal Event(s); and/or

(ii)   to satisfy any licensure, accreditation or certification requirements created or affected by the Legal Event(s); and/or

(iii)   to eliminate or minimize the risk of prosecution or civil monetary penalty;

(4)   The Noticing Party's proposed amendment(s); and

(5)     The Noticing Party's request for commencement of the Renegotiation Period (as defined below).

c.     Renegotiation Period; Termination.   In the event of notice under either Subsection 13.b.(3)(a) or 13.b.(3)(b) above, the parties shall have ten (10) days from the giving of such notice ("Renegotiation Period") within which to attempt to amend this Agreement in accordance with the Noticing Party's proposal (if any) or otherwise as the parties may agree.  If this Agreement is not so amended within the Renegotiation Period, this Agreement shall terminate as of midnight on the 10th day after said notice was given.  Except as otherwise required by applicable law, any amounts owing to either party hereunder shall be paid, on a pro rata basis, up to the date of such termination, and any obligation hereunder that is to continue beyond expiration or termination shall so continue pursuant to its terms.  All opinions of counsel presented by the Noticing Party hereunder, and any corresponding opinions given by the other party in response, shall be deemed confidential and given solely for purposes of renegotiation and settlement of a potential dispute, and shall not be deemed disclosed so as to waive any privileges otherwise applicable to said opinions.

**signature page immediately follows**

**THE PARTIES HERETO** have duly executed this Agreement on the day and year first above written.

TENET HEALTHSYSTEM GB, INC.
DBA ATLANTA MEDICAL CENTER

By: _____
         James Lathren,  President

**HOUSE OFFICER:**

_____
         Platon Esartia,  M.D.

House Officer's Social Security Number:

____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____

**EXHIBIT 2.b**

**DESCRIPTION OF DUTIES AND RESPONSIBILITIES**

**Platon Esartia, M.D.**

1.  <u>Time Commitment</u>: The Program Director shall determine the hours of duty for the House Officer. When on duty during nights and weekends. the House Officer will reside within the Hospital. where on-call quarters will be provided. On-call shift meals will be provided by Hospital. at a reimbursement rate determined by Program Director.

2.  <u>Duties and Responsibilities in addition to those set forth above</u>:

EXHIBIT 4.a

# GENERAL BENEFITS

### Platon Esartia, M.D.

1.  Medical and Dental insurance plans with individual or family coverage at group premium rates established annually by Employer. House Officer is eligible to participate in Employer's group benefits program upon employment, but only after the ninety (90) day orientation period.

2.  Group term life insurance coverage for House Officers equivalent to one and a half times the annual salary.

3.  Long term disability insurance coverage equivalent to sixty percent (60%) of the then current salary after a ninety (90) day waiting period.

4.  Counseling and psychological support services will be provided through the Employee Assistance Program of Employer as described in the Residency Manual.

**EXHIBIT 12**

FACILITY: _Atlanta Medical Center__ CONTRACTOR:_____

NOTIFICATION REGARDING CORPORATE INTEGRITY AGREEMENT, GOVERNMENT ALLEGATIONS AND IMPORTANCE OF COMPLIANCE

THIS IS NOTIFICATION TO CONTRACTORS OF TENET HEALTHCARE CORPORATION (TENET),FORMERLY KNOWN AS NATIONAL MEDICAL ENTERPRISES, INC. ("NME"), AND ITS SUBSIDIARIES (COLLECTIVELY, "TENET") OF THE FOLLOWING:

A.    THE FACT AND SUBSTANCE OF THAT CERTAIN CORPORATE INTEGRITY AGREEMENT ("AGREEMENT") DATED JUNE 29, 1994, BETWEEN THE DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS") AND NME, AS PART OF THE SETTLEMENT AGREEMENT ("SETTLEMENT AGREEMENT") ENTERED INTO AS OF JUNE 29, 1994 BY AND AMONG THE UNITED STATES OF AMERICA, ACTING THROUGH THE DEPARTMENT OF JUSTICE, THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA ON BEHALF OF PERSONNEL MANAGEMENT, THE OFFICE OF INSPECTOR GENERAL OF HHS ON BEHALF OF HHS, AND THE OFFICE OF CIVILIAN HEALTH AND MEDICAL PROGRAM OF THE UNIFORM SERVICES ON BEHALF OF THE CIVILIAN HEALTH AND MEDICAL PROGRAM OF THE UNIFORM SERVICES (COLLECTIVELY, "THE GOVERNMENT") AND NME, THE SUBSTANCE THEREOF BEING AS FOLLOWS:

    TENET SHALL CAUSE THE FOLLOWING TO OCCUR:

    1.    ANNUAL REVIEW OF TENET BILLING POLICIES, PROCEDURES AND PRACTICES AND REPORTING OF MATERIAL DEFICIENCIES.

    2.    SEMI-ANNUAL INDEPENDENT REVIEW OF MEDICAL NECESSITY AND QUALITY OF SERVICES, AND REPORTING OF MATERIAL DEFICIENCIES.

    3.    ANNUAL REVIEW OF POLICIES AND PROCEDURES FOR REPORTING OF BAD DEBTS TO MEDICARE.

    4.    ADOPTION OF FORMAL CORPORATE INTEGRITY PROGRAM.

    5.    PROMOTION OF ADHERENCE TO TENET CORPORATE INTEGRITY PROGRAM AS A MEASUREMENT OF PERFORMANCE OF EACH MANAGER AND SUPERVISOR.

    6.    ANNUAL REPORT OF COMPLIANCE, HHS' RIGHT TO EXAMINE TENET'S BOOKS AND RECORDS ON COMPLIANCE.

    7.    REPORTING OF CREDIBLE EVIDENCE OF MISCONDUCT WHICH MAY CONSTITUTE A VIOLATION OF CRIMINAL LAW RELATING TO FEDERALLY FUNDED HEALTH CARE PROGRAM.

    8.    AGREEMENT NOT TO EMPLOY OR CONTRACT WITH ANY INDIVIDUAL WHO HAS BEEN CONVICTED OF A CRIMINAL OFFENSE RELATED TO HEALTH CARE OR WHO HAS BEEN DEBARRED FROM FEDERAL PROGRAM PARTICIPATION.

    9.    NOTIFICATION OF PROPOSED CHANGES IN CORPORATE INTEGRITY PROGRAM, PROCEDURES AND COMPLIANCE, AND OF RESIGNATION OF CERTAIN OFFICERS.

    10.    NOTIFICATION TO ALL EMPLOYEES AND CONTRACTORS OF THE FACT AND SUBSTANCE OF THE AGREEMENT. THE NATURE OF THE ALLEGED WRONGDOING AND THE IMPORTANCE OF ABIDING BY THE TERMS OF THE AGREEMENT AND FEDERAL PROGRAM LEGAL REQUIREMENTS.

    11.    CONTRIBUTION OF $2.5 MILLION TO THE U.S. PUBLIC HEALTH SERVICE.

    12.    LEGAL REVIEW OF ALL CONTRACTS WITH REFERRAL SOURCES.

    13.    IMPLEMENTATION OF AGREEMENT'S RELEVANT PROVISIONS AT NEW TENET BUSINESS UNITS.

    14.    PSYCHIATRIC FACILITIES ONLY:  REVIEW (BY TENET OFFICIAL NOT EMPLOYED AT FACILITY INVOLVED) OF DECISIONS TO ADMIT FEDERAL PROGRAM PATIENTS, INDEPENDENT QUARTERLY REVIEW OF ADMISSIONS POLICIES AND PRACTICES, AND REPORTING OF MATERIAL DEFICIENCIES. NOTIFICATION TO HHS IN EVENT OF SALE OF PSYCHIATRIC FACILITIES, INDEPENDENT REVIEW OF PSYCHIATRIC FACILITIES PRIOR TO SALE, AND AFTER DISPOSITION, CESSATION OF USING PROVIDER NUMBERS AND EMPLOYING CERTAIN EXECUTIVES.

B.    THE NATURE OF THE GOVERNMENT'S ALLEGATIONS IN THE SETTLEMENT AGREEMENT OF WRONGDOING BY PSYCHIATRIC FACILITIES: (A) FILING FALSE AND FRAUDULENT CLAIMS AND COST REPORTS REGARDING FEDERAL PROGRAM PATIENTS (FOR SERVICES ALLEGEDLY NOT RENDERED AS CLAIMED AND FOR SERVICES ALLEGEDLY NOT NECESSARY), (B) MAKING ALLEGEDLY IMPROPER PAYMENTS AND INCENTIVES TO INDUCE PATIENT REFERRALS, AND (C) ROUTINELY WAIVING MEDICARE COPAYMENTS AND DEDUCTIBLES.

C.    THE IMPORTANCE OF EACH CONTRACTOR'S AND EMPLOYEE'S ABIDING BY THE TERMS OF THE CORPORATE INTEGRITY AGREEMENT, ALL FEDERAL PROGRAM LEGAL REQUIREMENTS AND TENET POLICIES AND PROCEDURES.

ACKNOWLEDGMENT OF RECEIPT OF NOTIFICATION

THE UNDERSIGNED HEREBY ACKNOWLEDGES RECEIPT OF A COPY OF THIS NOTIFICATION:
SIGNATURE:_____    DATE.__8|31|44__

# EXHIBIT B

PHYSICIAN EMPLOYMENT AGREEMENT

BY AND BETWEEN

TENET HEALTHSYSTEM GB, INC. D/B/A
ATLANTA MEDICAL CENTER

AND

PLATON ESARTIA, M.D.

Effective as of August 1, 2000

# TABLE OF CONTENTS

| NO. | SECTION HEADING | PAGE |
|---|---|---|

1.  EMPLOYMENT ...................................................... 1

2.  TERM. ........................................................... 1

3.  PHYSICIAN'S OBLIGATIONS. ........................................ 2
    a.  Duties ................................................... 2
    b.  Authorization to Release Information ..................... 2

4.  SPACE AND SUPPORT ............................................... 2

5.  PHYSICIAN'S COMPENSATION ........................................ 2
    a.  Base Salary .............................................. 2
    b.  Payment .................................................. 2

6.  PHYSICIAN'S BENEFITS ............................................ 2
    a.  General Benefits ......................................... 2
    b.  Paid Time Off ............................................ 2
    c.  Medical Malpractice Insurance ............................ 2

7.  ASSIGNMENT ...................................................... 3

8.  PHYSICIAN'S COVENANTS ........................................... 3
    a.  Covenants ................................................ 3
    b.  Construction and Enforcement ............................. 3

9.  TERMINATION BY EMPLOYER ......................................... 4
    a.  Termination Without Right of Cure ....................... 4
    b.  Termination With Right of Cure .......................... 4
    c.  Termination Without Cause ............................... 5

10. TERMINATION BY PHYSICIAN ........................................ 5

11. MISCELLANEOUS ................................................... 5
    a.  Notices .................................................. 5
    b.  Governing Law ............................................ 5
    c.  Non-Waiver ............................................... 6
    d.  Schedules ................................................ 6
    e.  Headings ................................................. 6
    f.  Inclusive Words .......................................... 6

g.    Entire Agreement ................................... 6
h.    Confidentiality .................................... 6
i.    Severability ....................................... 6
j.    Marketing and Advertising ........................... 6
k.    Proprietary Information ............................ 6

12.   ARBITRATION ............................................ 7

13.   CHANGES IN LAW ....................................... 7
a.    Legal Event; Consequences ......................... 7
b.    Notice Requirements ............................... 7
c.    Renegotiation Period; Termination ..................... 8

14.   REPRESENTATIONS AND WARRANTIES ............................ 8

15.   REQUIRED DISCLOSURES ............................... 9

## SCHEDULES

SCHEDULE 1              DESCRIPTION OF DUTIES AND RESPONSIBILITIES
SCHEDULE 3.b.           AUTHORIZATION TO RELEASE INFORMATION
SCHEDULE 6.a.           GENERAL BENEFITS

# PHYSICIAN EMPLOYMENT AGREEMENT

THIS PHYSICIAN EMPLOYMENT AGREEMENT ("Agreement") is made and entered into by and between TENET HEALTHSYSTEM GB, INC., doing business as **Atlanta Medical Center** ("Employer") and PLATON ESARTIA, M.D. ("Physician").

## R E C I T A L S:

A.    Employer operates Atlanta Medical Center and other healthcare facilities and group practice facilities in and around metropolitan Atlanta, Georgia (the "Area"), and Employer requires the leadership and expertise of trained and skilled physicians to provide medical services to meet the health care needs of the residents of its community and service area.

B.    Employer operates Residency education programs providing Graduate Medical Education in orthopaedics, surgery, obstetrics and gynecology, internal medicine, transitional first year and family practice, as well as a fellowship in vascular surgery, and Employer requires the leadership and expertise of trained and skilled physicians in such programs and fellowships.

C.    Physician desires to provide services in Employer's Graduate Medical Education programs Physician's specialty of Telemedicine ("Physician's Specialty").

D.    Employer and Physician desire to enter into this Agreement on the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein and for other good and valuable  consideration, the receipt and sufficiency of which is hereby acknowledged, the parties do understand and agree as follows:

### AGREEMENT

In consideration of the mutual agreements set forth herein, the parties hereto agree as follows:

1.    **EMPLOYMENT.**  Employer hereby employs Physician in accordance with the terms and conditions of this Agreement for the teaching of Graduate Medical Education ("GME") and Undergraduate Medical Education ("UGME"). Physician agrees to render professional medical services in the Department of Graduate Medical Education and to perform the duties and responsibilities hereunder and as set forth in Schedule 1 attached hereto and incorporated herein by reference. Physician shall be subject to Employer's employment policies, directives, rules and regulations as promulgated by Employer from time to time, including, but not limited to, those pertaining to employees; provided, however, in the event of any inconsistency between such policies and directives and this Agreement, the provisions of this Agreement shall prevail.

2.    **TERM.**  The initial term of this Agreement ("Initial Term") shall be for a period of one (1) year, commencing as of August 1, 2000 (the "Commencement Date"). At the end of the Initial Term and each Renewal Term (as hereinafter defined), if any, this Agreement may be renewed for additional terms of one (1) year each ("Renewal Term"), but only upon mutual written agreement of the parties. As used herein, the "Term" of this Agreement shall mean the Initial Term and all Renewal Terms. As used herein, an "Employment Year" shall mean the annual period beginning on the Commencement Date and each annual period thereafter.

3.   PHYSICIAN'S OBLIGATIONS.

a.   **Duties.** Physician shall engage in GME and UGME teaching on a full-time basis exclusively as an exempt employee of Employer, subject to paid time off discussed below, and provide the duties and responsibilities set forth in Schedule 1. While this Agreement is in effect, Physician shall not enter into any other physician employment contract.

b.   **Authorization to Release Information.** Physician hereby authorizes Managed Care Organizations, government programs, Hospital and other third parties to release to Employer and its agents any information requested by Employer or its agents from time to time relating to Physician's professional qualifications or competency. Physician agrees to execute the Authorization to Release Information in the form set forth in Schedule 3.b. attached hereto and incorporated herein by reference and to execute all other documents required by Employer from time to time and to otherwise fully cooperate with Employer to enable Employer and its agents to obtain such information from third parties.

4.   SPACE AND SUPPORT.  Employer shall provide Physician with office and clinic space, equipment, supplies, and personnel at Atlanta Medical Center (the "Practice Site") as Employer determines to be necessary, after consultation with Physician, to enable Physician to provide medical services to patients consistent with recognized medical standards.

5.   PHYSICIAN'S COMPENSATION.

a.   **Base Salary.** Physician shall receive an initial annual salary Twenty-five Thousand Eight Hundred Ninety-two Dollars ($25,892) (the "Base Salary").

b.   **Payment.** The Base Salary shall be payable monthly or bi-weekly in accordance with Employer's policy.

6.   PHYSICIAN'S BENEFITS.  Physician will receive employee benefits only as provided in this Agreement. Benefits are subject to amendment from time to time by Employer.

a.   **General Benefits.** Physician shall receive those general benefits described in Schedule 6.a. attached hereto and incorporated herein by reference. Benefits are subject to the terms of the plan documents or insurance contracts, as applicable, and may be changed at the discretion of Employer.

b.   **Paid Time Off.** Physician shall be entitled to take a specified number of days in each Employment Year for vacation paid time off, sick time, continuing medical education ("CME") and holidays as described in Employer's physician benefit plan as modified from time to time. Vacation and CME days are to be scheduled with Employer's approval in advance and subject to the needs of the Practice Site. If Physician does not use all of the days of paid time off to which Physician is entitled hereunder during an Employment Year, Physician shall not be entitled to receive any compensation for such unused days nor may any such unused days be used in any other Employment Year.

c.   **Medical Malpractice Insurance.** During the Term, Physician shall be provided with claims made medical malpractice insurance coverage under primary and excess policies in minimum amounts of One Million Dollars ($1,000,000) per occurrence and Three Million Dollars ($3,000,000) annual aggregate. Employer shall have no responsibility for providing coverage for Physician's acts prior to the Commencement Date of this Agreement. Upon expiration of this Agreement, or if Employer is found to be in material breach of this Agreement pursuant to Paragraph 10 below, and Physician terminates this

Agreement as a result of such breach, or if Physician dies during the Term of this Agreement, Employer will purchase at its cost tail professional liability coverage which will insure Physician against claims asserted after the termination of this Agreement relating to occurrences that took place during the Term of this Agreement. Employer shall not be required to purchase said tail insurance policy if this Agreement is terminated for any reason other than described in this Subparagraph 6.c. Physician shall purchase said tail insurance policy, at Physician's cost, if Physician materially breaches this Agreement and this Agreement is terminated as a result thereof.

7.     ASSIGNMENT. Physician acknowledges that the services required of Physician hereunder are personal and that Physician may not assign this Agreement or any rights or duties under this Agreement. This Agreement or any rights or duties hereunder are assignable by Employer without consent.

8.     PHYSICIAN'S COVENANTS.

a.     **Covenants.** Physician covenants that from the date of this Agreement and continuing throughout the Term, and for a period of one (1) year after the effective date of expiration or termination of this Agreement (except that such covenant shall terminate on the effective date of termination by Physician with cause pursuant to Paragraph 10 below), Physician, unless otherwise permitted by the written consent of Employer shall not, on Physician's own account or as an employee, landlord, lender, trustee, associate, consultant, partner, agent, principal, contractor, owner, officer, director, investor, member or stockholder of any other person, or in any other capacity, directly or indirectly, in whole or in part:

(1)     Engage in any activities that are in competition with Employer, including the operation of any medical practice or offering of any medical services that are similar to services offered at the Practice Site, within ten (10) miles of the Hospital;

(2)     Solicit or encourage the resignation of any employee of Employer with whom Physician had a working relationship during Physician's employment with Employer;

(3)     Solicit or divert patients with whom Physician had personal contact during such employment; or

(4)     Influence or attempt to influence any payor, provider or other person or entity to cease, reduce or alter any business relationship with Employer relating to the Practice Site.

b.     **Construction and Enforcement.** The covenants on the part of Physician in Subparagraph 8.a. above shall be construed as an agreement independent of any other provision in this Agreement, and the existence of any other claims or causes of action by Physician against Employer, whether predicated on this Agreement or otherwise, shall not constitute a defense to the enforcement by Employer of said covenants. Physician acknowledges and agrees that the restrictions set forth in Subparagraph 8.a. are necessary for the protection of Employer's legitimate business and professional interests and are reasonable in scope and content. The parties recognize that if the provisions in Subparagraph 8.a. are breached or threatened to be breached by Physician, the extent of actual damages sustained by Employer will be difficult to ascertain, although great and irreparable, and that compensation at law will be inadequate, and that money damages alone may not be an appropriate measure of the harm to Employer from such continuing breach, especially because Physician's employment is part of a long range business plan. Therefore, the parties expressly agree that Employer shall have the right to injunctive relief for breach or threatened breach of such provisions, in addition to any other legal or equitable remedies that may be available. Physician shall indemnify and hold Employer harmless with respect to all of Employer's costs and expenses (including attorneys' fees and costs) in successfully enforcing such provisions. If any portion of any covenant or its

application is construed to be invalid, illegal or unenforceable then the other portions or their application shall not be affected thereby and shall be enforceable without regard thereto. If any covenant is determined to be unenforceable because of its scope, duration, geographic area or similar factor, then the court or arbitrator making such determination shall have the power to reduce or limit such scope, duration, geographic area or other factor and such covenant shall then be enforceable in its reduced or limited form.

9.     TERMINATION BY EMPLOYER.

a.     **Termination Without Right of Cure.** Employer may terminate this Agreement effective immediately upon written notice to Physician under the following circumstances:

(1)     Physician's death.

(2)     Physician's failure or inability to perform Physician's duties under this Agreement for ninety (90) consecutive days.

(3)     Physician's acts or conduct materially detrimental to patient care or to the reputation or operations of Employer and/or the Hospital.

(4)     Physician's failure to follow Employer's policies and procedures and other rules of conduct applicable to all employees of Employer, including, without limitation, policies prohibiting sexual harassment.

(5)     Physician's conviction of an offense related to health care or Physician's listing by a federal agency as being disbarred, excluded, or otherwise ineligible for Federal program participation.

(6)     The termination, revocation, restriction or relinquishment of Physician's Drug Enforcement Agency number.

(7)     The failure of Physician to make timely disclosure pursuant to Paragraph 15 hereof.

(8)     Breach by Physician of the representations and warranties set forth in Paragraph 14 hereof.

(9)     Breach by Physician of the confidentiality provisions of this Agreement.

(10)     Breach by Physician of any covenant set forth in Paragraph 8 above.

The causes for termination described in this Subparagraph do not require thirty (30) days' notice nor give the right of a thirty (30) day cure.

b.     **Termination With Right of Cure.** Employer may terminate this Agreement with cause by written notice to Physician upon the failure by Physician to observe or perform any of the material covenants, conditions or provisions of this Agreement including the duties and responsibilities described in Schedule 3.b. (other than the circumstances set forth in Subparagraph 9.a. above) where such failure shall continue for a period of thirty (30) days after written notice thereof has been given by Employer; provided, however, that if the nature of the non-compliance is such that more than thirty (30) days is reasonably

required for its cure, then Physician shall not be deemed to be in default if Physician has commenced such cure within the said thirty (30) days and thereafter is diligently pursuing such cure to completion.

c.    **Termination Without Cause.** After the expiration of the first twelve (12) months of the Term of this Agreement, either party may terminate this Agreement without cause by giving the other party hereto at least one hundred eighty (180) days' prior written notice. If such notice is given by Employer, Employer may, in its sole discretion, at any time prior to the effective date of such termination, remove Physician from Physician's position hereunder, as long as Employer continues to pay Physician all compensation due under this Agreement until the effective date of such termination.

10.    **TERMINATION BY PHYSICIAN.** Physician may terminate this Agreement with cause by written notice to Employer upon the failure by Employer to observe or perform any of the material covenants, conditions or provisions of this Agreement when such failure shall continue for a period of thirty (30) days after written notice thereof has been given by Physician; provided, however, that if the nature of the non-compliance is such that more than thirty (30) days is reasonably required for its cure, then Employer shall not be deemed to be in default if Employer has commenced such cure within the said thirty (30) days and thereafter is diligently pursuing such cure to completion.

11.    **MISCELLANEOUS.**

a.    **Notices.** All notices which either party is required or may desire to give to the other under or in conjunction with this Agreement shall be in writing and shall be given by addressing the same to such other party at the address set forth below, and by depositing the same so addressed, certified mail, postage prepaid, return receipt requested, or by overnight mail or by reputable courier service, or by delivering the same personally to such other party.

> If to Employer:        Atlanta Medical Center
> 303 Parkway Drive, NE
> Atlanta, Georgia  30312
> Attention: Chief Executive Officer
>
> Copy to:        Tenet HealthSystem
> Centre Square – 34 West
> 1500 Market Street
> Philadelphia, PA  19102
> Attn: Southern Regional Counsel – Law Department
>
> If to Physician:        Platon Esartia, M.D.
> 829 Heritage Square
> Decatur, Georgia 30033

Any notice mailed shall be deemed to have been given three (3) United States Post Office delivery days following the date of mailing. Overnight mail or courier service shall be deemed to have been given on the next business day following the date of mailing. Any notice delivered in person shall be deemed effective upon delivery. Either party may change the address for the service of notice upon it by written notice given to the other in the manner herein provided for the giving of notice.

b.    **Governing Law.** This Agreement shall be construed and governed by the laws of the State.

      c.     **Non-Waiver.** No waiver by either of the parties hereto of any failure by the other party to keep or perform any provision, covenant or condition of this Agreement shall be deemed to be a waiver of any preceding or succeeding breach of the same or of any other provision, covenant or condition. All rights and remedies herein granted or referred to are cumulative; resort to one shall not preclude resort to another or any other right or remedy provided by law or equity in the State.

      d.     **Schedules.** The Schedules attached hereto constitute a part of this Agreement and are incorporated herein by reference in their entirety as if fully set forth in the Agreement at the point where first mentioned herein.

      e.     **Headings.** The headings of this Agreement are inserted for convenience only and are not to be considered in the construction of the provisions hereof and shall not in any way limit the scope or modify the substance or context of any section or paragraph hereof.

      f.     **Inclusive Words.** Unless the context otherwise requires, any terms of the Agreement which indicate the neuter of any gender shall be held to include the neuter and the other gender, as the case may be; and the words in singular shall be held and construed to include the plural and vice versa.

      g.     **Entire Agreement.** This Agreement, along with the Schedules hereto, constitutes the entire Agreement of the parties hereto pertaining to this subject matter and supersedes all prior or contemporaneous agreements, undertakings and understandings of the parties in connection with the subject matter hereof, and it may be modified or amended only in writing duly signed by Employer and Physician.

      h.     **Confidentiality.** This Agreement is confidential and may not be disclosed to anyone other than the parties' legal and financial representatives, or as may be required at law, without the prior written consent of all parties to this Agreement; provided, however, nothing shall prohibit Employer from employing other physicians under the same general concept as contained in this Agreement.

      i.     **Severability.** The provisions of this Agreement shall be severable. The unenforceability of any provision of this Agreement shall not affect the validity of the remaining provisions hereof, unless either party should determine in its sole and complete discretion that such term or provision materially or adversely affects the benefit of its bargain under this Agreement in which case said party may terminate this Agreement without further liability to the other party hereto.

      j.     **Marketing and Advertising.** Employer may engage in marketing or advertising activities respecting the Practice Site.

      k.     **Proprietary Information.**

      (1)     Physician acknowledges that during Physician's employment hereunder Physician will have contacts with and develop and service the patients of Employer and referring sources of business of Employer. In all of Physician's activities, Physician, through the nature of Physician's work, will have access to and will acquire confidential information related to the business and operations of Employer, including, without limiting the generality of the foregoing, patient lists and confidential information relating to processes, plans, methods of doing business and special needs of referring doctors and patients. Physician acknowledges that all such information is solely the property of Employer and constitutes proprietary and confidential information of Employer; and the disclosure thereof would cause substantial loss to the goodwill of Employer; and that disclosure to Physician is being made only because of the position of trust and confidence that Physician will occupy.

(2)         Physician covenants that, except as required by law, Physician will not, at any time during the Term or any time thereafter, disclose to any person, hospital, firm, partnership, entity or organization (except when authorized in writing by Employer) any information whatsoever pertaining to the business or operations of Employer, any affiliate thereof or of any other physician employed by Employer, including, without limitation, any of the kinds of information described in this Subparagraph 11.k. Physician agrees throughout the Term and at all times thereafter not to make any disparaging remarks to any third party concerning Employer or any of its officers or directors or any other comments to any third party which might damage or adversely affect the reputation, goodwill or business of Employer or any of its officers or directors.

12.     **ARBITRATION.** Any dispute or controversy arising under, out of or in connection with, or in relation to this Agreement, or any amendment hereof, or the breach hereof shall be determined and settled by arbitration in Fulton County, Georgia, in accordance with the American Health Lawyers Association Alternative Dispute Resolution Service Rules of Procedures for Arbitration and applying the laws of the State. Any award rendered by the arbitrator shall be final and binding upon each of the parties, and judgment thereof may be entered in any court having jurisdiction thereof. The costs of arbitration shall be borne equally by both parties, provided that each party shall bear the fees and costs of attorneys or other persons representing the interests of such party. During the pendency of any such arbitration and until final judgment hereon has been entered, this Agreement shall remain in full force and effect unless otherwise terminated as provided hereunder.

13.     **CHANGES IN LAW.**

a.      **Legal Event; Consequences.** Notwithstanding any other provision of this Agreement, if the governmental agencies that administer the Medicare, Medicaid, or other federally funded programs (or their representatives or agents), or any other federal, state or local governmental or nongovernmental agency, or any court or administrative tribunal passes, issues or promulgates any law, rule, regulation, standard, interpretation, order, decision or judgment, including but not limited to those relating to any regulations pursuant to state or federal anti-kickback or self-referral statutes (collectively or individually, "Legal Event"), which, in the good faith judgment of one party (the "Noticing Party"), materially and adversely affects either party's licensure, accreditation, certification, or ability to refer, to accept any referral, to bill, to claim, to present a bill or claim, or to receive payment or reimbursement from any federal, state or local governmental or non-governmental payor, or which subjects the Noticing Party to a risk of prosecution or civil monetary penalty, or which, in the good faith judgment of the Noticing Party, indicates a rule or regulation with which the Noticing Party desires further compliance, or if in the good faith opinion of counsel to either party any term or provision of this Agreement could trigger a Legal Event, then the Noticing Party may give the other party notice of intent to amend or terminate this Agreement in accordance with the next subparagraph.

b.      **Notice Requirements.** The Noticing Party shall give notice to the other party together with an opinion of counsel setting forth the following information:

(1)     The Legal Event(s) giving rise to the notice;

(2)     The consequences of the Legal Event(s) as to the Noticing Party;

(3)     The Noticing Party's intention to either:

(a)     Terminate this Agreement due to unacceptable risk of prosecution or civil monetary penalty; or

(b)     Amend this Agreement, together with a statement that the purpose thereof is one or more of the following:

(i)     to further comply with any anti-kickback or self- referral statutory provisions or rules or regulations created or affected by the Legal Event(s); and/or

(ii)    to satisfy any licensure, accreditation or certification requirements created or affected by the Legal Event(s); and/or

(iii)   to eliminate or minimize the risk of prosecution or civil monetary penalty;

(4)     The Noticing Party's proposed amendment(s); and

(5)     The Noticing Party's request for commencement of the Renegotiation Period (as defined below).

c.      **Renegotiation Period; Termination.**   In the event of notice under either Subparagraph b.(3)(a) or b.(3)(b) of this Paragraph, the parties shall have ten (10) days from the giving of such notice ("Renegotiation Period") within which to attempt to amend this Agreement in accordance with the Noticing Party's proposal (if any) or otherwise as the parties may agree.  If this Agreement is not so amended within the Renegotiation Period, this Agreement shall terminate as of midnight on the 10th day after said notice was given.  Except as otherwise required by applicable law, any amounts owing to either party hereunder shall be paid, on a pro rata basis, up to the date of such termination, and any obligation hereunder that is to continue beyond expiration or termination shall so continue pursuant to its terms.  All opinions of counsel presented by the Noticing Party hereunder, and any corresponding opinions given by the other party in response, shall be deemed confidential and given solely for purposes of renegotiation and settlement of a potential dispute, and shall not be deemed disclosed so as to waive any privileges otherwise applicable to said opinions.

14.     **REPRESENTATIONS AND WARRANTIES.**  Physician represents and warrants to Employer, upon execution and throughout the term of this Agreement, as follows:

a.      Physician is not bound by any Agreement or arrangement which would preclude Physician from entering into, or from fully performing the services required under this Agreement; and

b.      Physician shall perform the services required hereunder in accordance with:

(1)     all applicable federal, state, and local laws, rules and regulations;

(2)     all applicable standards of the Joint Commission on Accreditation of Health Care Organizations or other relevant accrediting organizations; and

(3)     all applicable Bylaws, Rules, and Regulations of Hospital and its medical staff.

15.     REQUIRED DISCLOSURES. Physician shall notify Employer in writing within three (3) days after any of the following events occur:

a.     Physician is required to pay damages in any malpractice action by way of judgement or settlement;

b.     Physician becomes the subject of a disciplinary or other proceeding or action before any governmental, professional, medical staff, or peer review body;

c.     Physician's Drug Enforcement Agency number is revoked, terminated, restricted or relinquished for cause;

d.     An event occurs that substantially interrupts all or a portion of Physician's professional practice or that materially adversely affects Physician's ability to perform Physician's obligations hereunder; or

e.     Physician's conviction of an offense related to health care or Physician's listing by a federal agency as being debarred, excluded or otherwise ineligible for federal program participation.

THE PARTIES HERETO have duly executed this Agreement on *November 2*, 2000.

PHYSICIAN:                                    EMPLOYER:

_____          By:  _____
Platon Esarte, M.D.                               Bruce F. Buchanan
                                                         President and Chief Executive Officer

Schedule 1

DESCRIPTION OF DUTIES AND RESPONSIBILITIES

PLATON ESARTIA, M.D.

Section 1.  Duties and Responsibilities of Physician.  Physician shall work full-time in Physician's Specialty exclusively on behalf of Employer in accordance with the terms of this Agreement.  Physician's specific duties and responsibilities are as follows:

A.  Facilitate and arrange the routine conducting of Surgery Morbidity and Mortality conferences via Telemedicine;

B.  Facilitate and arrange the routine conducting of Surgery Morbidity and Mortality and Endosurgery Teleconferences:  Present two to three cases to permit adequate focus upon teaching students and residents;

C.  AMC Tumor Board:  Present a short review of the statistics; therapy and probable outcome of each oncology patient presented;

D.  Present a short review of the literature of at least one (1) oncology paper in the Journal being considered by the Surgical Residents each week;

E.  Design and complete a cancer research project, approved by the Letton Cancer Foundation, and produce a paper worthy of publication;

F.  Present written activity/progress report to Dr. Letton, President of the Letton Cancer foundation, at the end of each two (2)-month period.

1

Schedule 3.b.

AUTHORIZATION TO RELEASE INFORMATION

PLATON ESARTIA, M.D.

I, the undersigned physician, hereby authorize TENET HEALTHSYSTEM GB, INC., doing business as Atlanta Medical Center ("Employer") and its duly authorized representatives to obtain information from time to time about my professional education, training, licensure, competence, ethics and character from any source having such information. This information may include, without limitation, peer review information, DRG analysis, ancillary usage information and other utilization and quality related data.

I hereby release Employer, its authorized representatives and any third parties from any liability for actions, recommendations, statements, reports, records or disclosures, including privileged and confidential information, involving me that are made, requested, taken or received by Employer or its authorized representatives to, from or by any third parties in good faith and relating to or arising from my professional conduct, character and capabilities.

I agree that this authorization to release information shall remain effective until termination of my employment by Employer. A duplicate of this authorization may be relied upon to the same degree as the original by any third party providing information pursuant to Employer's request.

_____
Platon Esartia, M.D.

Date        _Nov / 2000_

Schedule 6.a.

GENERAL BENEFITS

PLATON ESARTIA, M.D.

Physician is eligible to participate in Employer's group health insurance program upon employment, but only after the ninety (90) day orientation period. Upon the ninety-first (91st) day of employment, Physician is eligible to participate in Employer's complete flexible benefits program, and, subject to plan eligibility requirements, Physician may participate in Employer's 401(k) plan, if any.

# EXHIBIT C

## RESIDENT PHYSICIAN EMPLOYMENT AGREEMENT

This Resident Physician Employment Agreement ("Agreement") is made and entered into this day of _Octobu | 2001_ by and between **Platon Esartia, M.D.** ("Resident") and **TENET HEALTHSYSTEM GB, INC.**, a Georgia corporation, doing business as **Atlanta Medical Center** ("Hospital"), located in Atlanta, Georgia (Resident and Hospital are hereinafter referred to each as a "party" and collectively as the "parties").

This Agreement is entered into for the purpose of defining the formal and continuing relationship between the Hospital and the Resident during Resident's participation in the graduate medical education and clinical training program (the "Program") at the Hospital and supersedes any prior agreements for the same purpose and covering the same period of time.

1.    <u>EMPLOYMENT.</u>

Hospital hereby employs Resident during the period Resident to participate in the Program and provide the duties and responsibilities set forth in Exhibit A attached hereto and incorporated herein by reference.  During the Term of this Agreement (as defined below), Resident shall be subject to and shall abide by all of Hospital's employment and other policies, directives, rules and regulations as they presently exist and are promulgated by Hospital from time to time hereafter (the "Hospital Policies") provided, however, that in the event of any inconsistency between the Hospital Policies and this Agreement, this Agreement shall prevail.

2.    <u>TERM.</u>

The term of this Agreement (the "Term") shall be one (1) year commencing on October 1, 2001 ("Commencement Date") and ending on September 30, 2002, in the Department of Surgery at the Post-Graduate Year Two ("PGY-2").

3.    <u>RESIDENT'S COMPENSATION.</u>

3.1    <u>Base Salary.</u>  For, and in consideration of, the services provided and duties performed under this Agreement by Resident, Resident shall be paid by Hospital an annual salary of Thirty-five Thousand Five Hundred Sixty-eight Dollars and Ninety-nine Cents ($35,568.99) (hereafter Resident's "Base Salary").

3.2    <u>Payment.</u>  The Base Salary shall be payable bi-weekly in accordance with Hospital's policy.

4.    <u>BENEFITS.</u>

During the Term of this Agreement, Hospital agrees to provide to the Resident those benefits set forth below, subject to amendment from time to time by Hospital:

4.1    <u>Insurance.</u>

Platon Esartia, M.D.
Surgery Resident, PGY 2

1

4.1.1   <u>Medical Liability Insurance</u>. Medical liability insurance coverage under primary and excess policies in minimum amounts of One Million Dollars ($1,000,000) per occurrence and Three Million Dollars ($3,000,000) annual aggregate. Hospital shall have no responsibility for providing coverage for Resident's acts prior to the Commencement Date of this Agreement. Resident acknowledges and agrees that such professional liability insurance covers only (a) those activities and services within the scope of the Resident's duties under the Program as defined by the Program Director at or for Hospital pursuant to the terms of this Agreement and (b) those Outside Activities and services specifically pre-approved in writing by the Program Director.

4.1.2   <u>Tail Medical Liability Coverage Following Expiration or Termination of this Agreement</u>. Hospital shall provide tail medical liability coverage which will insure Resident against claims asserted after the termination of Resident's employment with Hospital relating to occurrences that took place during the Term of this Agreement and any renewal or extension thereof. Such tail medical liability coverage shall provide coverage in the amount of One Million Dollars ($1,000,000) per occurrence and Three Million Dollars ($3,000,000) aggregate and shall provide defense and indemnification for covered claims assessed after the date of expiration or termination of this Agreement and any renewal or extension thereof which relate to an occurrence that took place during the Term of this Agreement or any renewal or extension thereof provided Resident complies fully with all of the terms and conditions of this Agreement.

4.2   Meals. On-call meals are provided to Resident at a reimbursement rate determined by Program Director.

4.3   <u>Laundry.</u> Laundry services of linens for on-call quarters are provided by Hospital.

4.4   <u>On-Call Quarters</u>. Living quarters are not provided by Hospital.  On-call quarters are provided by Hospital.

4.5   <u>Uniforms.</u> Resident shall be provided with two (2) white coats during the first year of education and one (1) additional white coat each year of education thereafter.

4.6   <u>General Benefits</u>. Resident shall receive those general benefits described in Exhibit B, which is attached hereto and incorporated herein by reference. Resident is participating in the Program and as such is not a permanent employee. Therefore, the policies and benefits applicable to permanent employees may not be applicable to the Resident.

4.7   <u>Vacation</u>. Resident shall receive three (3) weeks paid vacation yearly. Because each Resident's assigned schedule is interrelated with those of other Residents', vacations shall be scheduled by the Program Director and Chief Resident. Changes to scheduled vacations shall be permitted only with the prior approval of the Chief Resident and/or Chief of Service/Program Director. Unused vacation time is forfeited each year. No compensation will be given or paid in lieu of vacation.

4.8   <u>Paid Leave</u>. Resident shall accumulate sick time at the rate of one (1) sick day per month. If Resident is ill and unable to report to work, it is his responsibility to notify the Residency Program Office and/or the Chief Resident in accordance with established Hospital policies. Duties and responsibilities missed by the Resident due to illness may have to be fulfilled upon return to work. Leaves of absence will be granted according to policy established in the Graduate Medical Education

Platon Esartia, M.D.
Surgery Resident, PGY 2

Institutional Policy Manual. Professional leaves of absence will be granted by the Program Director based on guidelines established in the specialty program handbook. In cases of serious illness or injury, where the absence will likely be of long duration, the Program Director will determine the additional training that must be completed for the Resident to receive credit for satisfactory completion of the year. Details explaining the Hospital's policy governing leaves of absence for illness, maternity or other covered personal situations are detailed in the Hospital Human Resources policies and procedures 702 and 703 which are available for review in the Department of Human Resources and/or the Program Director's office.

      4.9    <u>Physician Impairment</u>. Hospital's policies governing impairment are detailed in Tenet's Human Resources Policy and Procedure Manual, Policy No. 404 Drug-Free Workplace and Drug Testing, available for review in the Human Resources Department, and in the Hospital's Department of Graduate Medical Education Resident Handbook available for review in the Department of Graduate Medical Education.

      4.10    <u>Residency Closure/Reduction Policy</u>. Hospital's policies governing program closures and/or reductions are detailed in the Graduate Medical Education Institutional Policies available for review in the Department of Graduate Medical Education.

5.                      <u>RESIDENT PHYSICIAN'S RESPONSIBILITIES</u>.

      Resident agrees to fulfill the following obligations:

      5.1    Use his best efforts, judgement, and diligence in a professional manner in performing all duties, tasks, and responsibilities of whatever nature assigned to Resident for the duration of the Program.

      5.2    Accept the general responsibilities of residents set forth in Essentials of Accredited Residencies of the Accreditation Council for Graduate Medical Education and to use his best efforts to fulfill all of those obligations set forth therein. Additionally, Resident shall:

          a.    Develop a personal program of self study and professional growth with guidance from the Program teaching staff.

          b.    Participate in safe, effective and compassionate patient care under supervision commensurate with Resident's level of advancement and responsibility.

          c.    Participate fully in the educational activities of the Program and, as required, assume responsibility for teaching and supervising other residents and students.

          d.    Participate in Hospital programs and activities involving the Medical Staff and adhere to all established practices, procedures and policies of the Hospital.

          e.    Participate in Hospital committees and councils, especially those that relate to patient care review activities.

Platon Esartia, M.D.
Surgery Resident, PGY 2

f.    Constantly strive to increase the quality of care provided to Hospital patients. Quality care requires that the Resident at all times be cognizant of the risks, discomforts, expenses and benefits to which a particular test, medication or procedure subjects a patient. Resident should perform or order only those tests, procedures, or medications which Resident in his best judgement believes will benefit the patient, based upon the patient's medical history and current condition. Resident shall review and consider all appropriate alternative treatments to select the best plan of action for each individual patient's circumstances.

5.3    Fulfill the educational and clinical requirements of the graduate medical education and graduate clinical training program. Resident's failure to fulfill such requirements may result in an extension of Resident's graduate training program.

5.4    Always provide safe, effective, and compassionate patient care.

5.5    Comply with the published principles of medical/dental ethics and the Rules of the Judicial Council of the American Medical Association and the American Dental Association.

5.6    Comply with all Hospital Bylaws and Rules and Regulations of the Medical Staff.

5.7    Cooperate fully with Hospital's Office of Graduate Medical Education ("OGME") by providing, in a timely manner, all information necessary for the OGME to process, on the Resident's behalf, a request to the State of Georgia for a graduate training license as appropriate. Resident acknowledges and agrees that the Term of this Agreement shall not commence until such time as the Hospital possesses written proof of such graduate training license.

5.8    Notify the OGME immediately in writing if Resident's medical license is denied, revoked or otherwise restricted or if an application for a temporary license is denied. Resident acknowledges and agrees that any revocation, restriction or denial of Resident's graduate training license or temporary license shall cause this Agreement to terminate automatically.

5.9    Obtain the physical examination set forth in Section 4.7 of this Agreement and obtain, if requested by Hospital during the Term, a requisite medical evaluation at no cost to the Resident.

5.10    Properly and fully complete a discharge summary and other required reports and medical records for each patient assigned to Resident consistent with Hospital Policies, but in no event later than fifteen (15) days after discharge of such patient, and to return such summaries, reports and records to the Department of Medical Records or to an individual designated by the Department Chairperson according to Hospital's Medical Records Completion Policy and Procedure as stated in the Resident Manual, as may be amended from time to time. Failure to complete discharge summaries, operative reports and all other medical record related activities as required by Hospital Policies may result in Hospital assessing penalties against the Resident including suspension without pay or termination. Resident also shall comply with all Hospital Policies and procedures regarding the safeguarding of patient record confidentiality and ownership. Under no circumstances may Resident remove medical records from Hospital. Failure to comply with Hospital Policies will be deemed to be a material breach of this

Platon Esartia, M.D.
Surgery Resident, PGY 2

4

contract.

5.11    Fulfill all of Resident's obligations under this Agreement and complete all outstanding medical records, return all Hospital property and settle all outstanding financial obligations with Hospital prior to the expiration of the Term of this Agreement and/or Program.

5.12    Not engage in employment or other activity outside of this Agreement that will interfere with the Resident's obligations to Hospital under this Agreement or otherwise, or the effectiveness of the Program to which the Resident has been appointed.  Hospital discourages Resident from engaging in professional activities beyond the scope of this Agreement and the Program ("Outside Activities").  Outside Activities impose additional responsibilities, demands, and stress that may be detrimental to Resident's successful completion of the Program.  Resident acknowledges and agrees that (1) the professional liability insurance provided by Hospital does not cover Resident acting in the course of Outside Activities and that Resident is responsible for obtaining and paying for the professional liability insurance for his participation in such activities, and (2) Resident may have to qualify for and obtain an unrestricted medical license to legally engage in Outside Activities (which are not governed by [2] Resident's graduate training license) and that Resident, and not the Hospital, is fully liable and responsible for any and all obligations and claims which arise from Resident's conduct in engaging in Outside Activities.

5.13    To the extent that Resident is not a citizen of the United States of America, Resident acknowledges that his ability to engage in employment, whether as a Resident or in Outside Activities, is governed by and restricted by Resident's issued visa.  Resident is responsible for determining whether he/she may legally engage in Outside Activities under Resident's issued visa, if any, but shall engage in Outside Activities only after obtaining prior written approval to do so from the Program Director.

5.14    If Resident takes a leave of absence which results in Resident missing Program time, involvement or experience that the Program Director determines is necessary to achieve academic and educational goals, the Resident shall be required to make up such deficiency, as determined by the Program Director.  If Resident is required to make up such deficiencies, the applicable salary during this time period will be that salary to which the Resident was entitled at the time the leave of absence was initiated.  (For example, if the Resident commences a leave of absence while serving as a PGY-1, and makes up that time spent on leave during the next academic year, the Resident would receive a PGY-1 salary while making up the leave of absence.)  The Resident may be required to serve additional nights or weekends when making up a leave of absence.

5.15    Promote and uphold the communicated mission, vision, and values of the Program and the Hospital.

5.16    As requested, submit confidential written evaluations of Hospital and Program faculty and education experiences and make recommendations, where appropriate, for improvement of processes to continuously increase the quality of service delivery.

5.17    Continually develop expertise within Resident's field of training through attendance at conferences and seminars, academic course work and other appropriate methods.

5.18    Comply with Hospital's new employee requirements to meet external regulatory agency standards.

Platon Esartia, M.D.
Surgery Resident, PGY 2

5

Resident acknowledges and agrees that Resident's adherence to, and successful discharge of, his obligations and responsibilities under this Agreement are a condition to Resident's reappointment and the renewal of this Agreement and any failure to do so will constitute a material breach of this Agreement.

5.19    Chief Residents only shall record promptly and maintain all information pertaining to Chief Resident's performance of administrative duties, if any, under this Agreement. Said documentation shall be submitted to Hospital monthly and shall be substantially in the form attached as Exhibit C and made a part hereof, and shall contain the information requested by Hospital.

6.    HOSPITAL'S RESPONSIBILITIES.

6.1    Hospital agrees to administer, implement and carry out the Program consistent with the standards of the Essentials of Accredited Residencies as adopted by the Accreditation Council for Graduate Medical Education.

6.2    The standards, policies and obligations affecting residents in general shall, to the extent reasonably possible, be applied to Resident uniformly and equitably by Hospital.

6.3    Hospital shall provide guidelines in the Hospital's Policies regarding sexual harassment. The documents, which are part of the Resident Manual, will be distributed to the Resident. Hospital does not and shall not condone or tolerate sexual harassment of any kind. If Resident believes that he/she has been subjected to sexual harassment of any kind, Resident should report the incident immediately to the Hospital's Human Resources Department or such other individual as Hospital may designate.

6.4    Hospital's policies governing impairment are detailed in the Hospital's Human Resources policy manual available for review in the Human Resources Department and the Graduate Medical Education Policies available for review in the Department of Graduate Medical Education.

7.    ASSIGNMENT.

Resident acknowledges that the services required of Resident hereunder are personal and that Resident may not assign to a third party this Agreement or any of Resident's rights or duties under this Agreement. This Agreement or any rights or duties hereunder are assignable by Hospital without consent of Resident.

8.    TERMINATION.

8.1    Termination With Cause. The Program Director, after consultation with the Department Chair, may terminate the Resident from the Program and this Agreement for cause upon written notice to Resident. The notice of termination shall specify the grounds for termination. Resident must follow the procedures set forth in this Agreement if he/she has any objections to the termination.

8.2    Summary Termination. Hospital may terminate this Agreement effective immediately upon written notice to Resident without the opportunity for Resident to seek an appeal or pursue a grievance in accordance with the Resident Manual or Sections 11 and 12 of this Agreement

Platon Esartia, M.D.
Surgery Resident, PGY 2

6

under the following circumstances:

8.2-1   Resident's license to practice medicine in the State of Georgia is suspended or revoked, or said license is not otherwise in good standing.

8.2-2   Resident's death or permanent disability.

8.2-3   Resident's acts or conduct are materially detrimental to the reputation or operations of the Hospital.

8.2-4   Resident engages in willful and intentional sexual harassment.

8.2-5   Resident's conviction of an offense related to the delivery of or payment for health care or Resident's listing by a federal agency as being disbarred, excluded, or otherwise ineligible for Federal program participation.

8.2-6   Resident's commission of misrepresentation or fraud in any application submitted in connection with the Program or medical license application, including any misrepresentation that he/she is in good health and capable of fulfilling the obligations of this Agreement.

8.2-7   Hospital determines, after review of the facts and circumstances of the case and a report from the Program Director or a designee, that the activities of Resident jeopardize the well-being of patients.

8.2-8   Resident's failure to comply with any of the terms of this Agreement.

8.2-9   As otherwise provided in the Resident Manual.

The causes for termination described in these Subsections 8.1 and 8.2 do not require thirty (30) days' notice nor give the right of thirty (30) days to cure. In the event of termination by Hospital, the Resident has no right to further compensation by the Hospital.

8.3   Termination by Resident. This Agreement may be terminated by the Resident upon thirty (30) days prior written notice to Hospital upon the failure of Hospital to provide the benefits or programs under Sections 3, 4 or 6.1 of this Agreement or upon the Resident's inability to fulfill his obligations under this Agreement due to incapacity or extreme hardship.

8.4   Mutual Termination. Notwithstanding the foregoing provisions, this Agreement may be terminated at any time during the Term by mutual agreement of the parties. To be binding and effective, such agreement to terminate shall be set out in writing and signed by all parties to this Agreement. In the event this Agreement is terminated under this Subsection 8.4, the Resident shall have no right to any further compensation by Hospital.

9.   SUSPENSION.

9.1   The Program Director, after consultation with the Department Chair, may, at any

Platon Esartia, M.D.
Surgery Resident, PGY 2

7

time, summarily suspend Resident from the Program by providing written notice to Resident for any action or conduct of the Resident which the Program Director believes to be detrimental to the interests of any patient.

9.2    Any notice of suspension shall specify the grounds for such suspension. The Resident must follow the procedures set forth in this Agreement if he/she has any objection to the suspension.

9.3    Should Resident fail to complete medical records for which he/she is responsible within the time period stated in Section 5.10, Resident may be suspended from participation in the Program until such time as the incomplete records are completed. In the event of such suspension, Resident shall not be entitled to the procedural rights provided under Section 11.

9.4    The reduction of Resident's clinical duties or the imposition of a requirement that some or all of Resident's clinical duties be performed under supervision shall not constitute a suspension for purposes of this Section and Resident shall not be entitled to a hearing or to the procedural rights provided under Section 11.

### 10.    NON-RENEWAL OF AGREEMENT.

Except in the event this Agreement is terminated pursuant to Section 8 hereof, each party shall provide the other party at least three (3) months prior written notice of its intent not to renew this Agreement upon expiration of its Term. Resident must follow the procedures set forth in Section 11 of this Agreement if he/she has any objection to the Hospital's decision not to renew this Agreement.

### 11.    PROCEDURAL RIGHTS RELATIVE TO TERMINATION/SUSPENSION/NON-RENEWAL.

The procedural rights relative to termination /suspension/non-renewal of Resident as set forth in Sections 9 and 10 of this Agreement and for non-renewal of this Agreement for unsatisfactory performance are as stated in Exhibit D to this Agreement. This Exhibit is attached, hereby incorporated by reference and made a part of this Agreement.

Hospital reserves the right to periodically review and revise the foregoing procedures set forth in Exhibit D as it, in its sole judgement, deems appropriate.

### 12.    GRIEVANCES RELATED TO THE GRADUATE MEDICAL EDUCATION OR HOSPITAL.

Except for any grievance that relates to suspension, termination or non-renewal of this Agreement, should Resident possess a grievance against the Program or Hospital, Resident shall first submit such grievance to the Program Director. If the grievance is not resolved to the satisfaction of the Resident within ten (10 ) days by the Program Director, then Resident may appeal the matter to the Department Chair. If the grievance is not resolved by the Department Chair to the Resident's satisfaction within ten (10 ) days, then Resident may appeal the matter to the Chair of Hospital's Graduate Medical Education Committee. Grievances which shall be dealt with under this Section 12 shall include, but are not limited to, those concerning working conditions, benefits, and any failure of Hospital to meet its obligations under this Agreement.

Platon Esartia, M.D.
Surgery Resident, PGY 2

8

13.   INVENTIONS.

All inventions, discoveries, and improvements invented, developed, or discovered by Resident during the term of this Agreement shall be and remain the sole and exclusive property of Hospital. Resident shall promptly disclose in writing to his Program Director and Department Chair all inventions, discoveries, and improvements invented, discovered or developed by Resident, and at the request of Hospital shall execute from time to time, during or after termination of this Agreement, any documents, including without limitation, applications for letters of patent and assignment thereof, as may be deemed necessary or desirable by Hospital to effectuate the provisions of this Agreement. This provision shall survive the expiration of any termination of this Agreement.

14.   MISCELLANEOUS.

14.1   Notices. All notices provided under or in conjunction with this Agreement shall be in writing and shall be given by addressing the same to the appropriate party at the address set forth below, and by sending same so addressed, certified mail, postage prepaid, return receipt requested, by overnight mail or by delivering the same by hand to such other party.

| | |
|---|---|
| Hospital: | Atlanta Medical Center<br>303 Parkway Drive, NE<br>Atlanta, Georgia 30312<br>Attn: Chief Executive Officer |
| Copy to: | Tenet HealthSystem<br>Centre Square West<br>1500 Market Street, 34th Floor<br>Philadelphia, PA 19102<br>Attn: Southern States Region -Law Department |
| Resident: | Platon Esartia, M.D.<br>829 Heritage Square<br>Decatur, Georgia 30033 |

Any notice shall be deemed to have been duly given three (3) United States Postal Office delivery days following the date of mailing. Overnight mail shall be deemed to have been given on the next business day following the date of mailing. Any notice delivered in by hand shall be deemed given upon delivery. Either party may change the address for the service of notice upon it by providing written notice to the other in the manner herein provided for the giving of notice.

14.2   Governing Law. This Agreement shall be construed and governed by the laws of the State of Georgia.

14.3   Non-Waiver. No waiver by any of the parties hereto or any failure by a party to keep or perform any provision, covenant or condition of this Agreement shall be deemed to be a waiver of any preceding or succeeding breach of the same or of any other provision, covenant or condition. All rights and remedies herein granted or referred to are cumulative and resort to one shall not preclude resort to another or any other right or remedy provided by law or equity in the State of Georgia.

Platon Esartia, M.D.
Surgery Resident, PGY 2

9

14.4    Exhibits. The exhibits attached hereto constitute a part of this Agreement and are incorporated herein by reference in their entirety as if fully set forth in the Agreement at the point(s) where mentioned herein.

14.5    Headings. The headings of this Agreement are inserted for convenience only, shall not be considered in the construction of the provisions hereof, and shall not in any way limit the scope or modify the substance or context of any section or paragraph hereof.

14.6    Inclusive Words. Unless the context otherwise requires, any terms of the Agreement which indicate the neuter of any gender shall be held to include the neuter and the other gender, as the case may be, and the words in singular shall be held and constructed to include the plural and vice versa.

14.7    Entire Agreement. This Agreement, along with the exhibits hereto, constitutes the entire agreement of the parties hereto pertaining to this subject matter and supersedes all prior or contemporaneous agreements, undertakings and understandings of the parties in connection with the subject matter hereof, and this Agreement may be modified or amended only by a writing duly signed by Hospital and Resident.

14.8    Confidentiality. This Agreement is confidential and may not be disclosed to anyone other than the parties' legal and financial representatives, or as may be required at law, without the prior written consent of all parties to the Agreement. However, nothing shall prohibit Hospital from employing other physicians under the same general concept as contained in this Agreement.

14.9    Severability. The provisions of this Agreement shall be severable. The unenforceability of any provision in this Agreement shall not affect the validity of the remaining provisions.

15.    ARBITRATION.

Subject to the foregoing, any dispute or controversy arising under, out of, or in connection with, or in relation to this Agreement, or any amendment hereof, or the breach hereof shall be determined and settled by arbitration in Fulton County, Georgia, in accordance with the American Health Lawyers Association Alternative Dispute Resolution Service Rules of Procedure for Arbitration and applying the laws of the State of Georgia. Any award rendered by the arbitrator shall be final and binding upon each of the parties, and judgment thereof may be entered in any court having jurisdiction thereof. The costs of the arbitrator shall in all instances be borne equally by both parties. Prior to initiating and pursuing arbitration under this Section 15, Resident must have exhausted all other procedural remedies set forth in this Agreement applicable to the dispute or controversy.

16.    CHANGES IN LAW.

16.1    Legal Event; Consequences. Notwithstanding any other provision of this Agreement, if the governmental agencies that administer the Medicare, Medicaid, or other federal programs (or their representatives or agents), or any other federal, state or local governmental or

Platon Esartia, M.D.
Surgery Resident, PGY 2

10

nongovernmental agency, or any court or administrative tribunal passes, issues or promulgates any law, rule, regulation, standard, interpretation, order, decision or judgment, including but not limited to those relating to any regulations pursuant to state or federal anti-kickback or self-referral statutes (collectively or individually, "Legal Event"), which, in the good faith judgment of one party (the "Noticing Party"), materially and adversely affects either party's licensure, accreditation, certification, or ability to refer, to accept any referral, to bill, to claim, to present a bill or claim, or to receive payment or reimbursement from any federal, state or local governmental or non-governmental payor, or which subjects the Noticing Party to a risk of prosecution or civil monetary penalty, or which, in the good faith judgment of the Noticing Party, indicates a rule or regulation with which the Noticing Party desires further compliance, then the Noticing Party may give the other party notice of intent to amend or terminate this Agreement in accordance with the next Subparagraph.

     16.2    <u>Notice Requirements</u>. The Noticing Party shall give notice to the other party together with an opinion of counsel setting forth the following information:

     16.2-1  The Legal Event(s) giving rise to the notice;

     16.2-2  The consequences of the Legal Event(s) as to the Noticing Party;

     16.2-3  The Noticing Party's intention to either:

     a.    Terminate this Agreement due to unacceptable risk of prosecution or civil monetary penalty; or

     b.    Amend this Agreement, together with a statement that the purpose thereof is one or more of the following:

     (1)    to further comply with any anti-kickback or Stark II statutory provisions or rules or regulations created or affected by the Legal Event(s); and/or

     (2)    to satisfy any licensure, accreditation or certification requirements created or affected by the Legal Event(s); and/or

     (3)    to eliminate or minimize the risk of prosecution or civil monetary penalty;

     16.2-4  The Noticing Party's proposed amendment(s); and

     16.2-5  The Noticing Party's request for commencement of the Renegotiation Period (as defined below).

16.3    Renegotiation Period; Termination.  In the event of notice under either Sections 17.2-3(a) or (b) above, the parties shall have ten (10) days from the giving of such notice ("Renegotiation Period") within which to attempt to amend this Agreement in accordance with the Noticing Party's proposal (if any) or otherwise as the parties may agree.  If this Agreement is not so amended within the Renegotiation Period, this Agreement shall terminate as of midnight on the tenth (10th) day after said notice was given.  Except as otherwise required by applicable law, any amounts owing to either party hereunder shall be paid, on a pro rata basis, up to the date of such termination, and any obligation hereunder that is to continue beyond expiration or termination shall so continue pursuant to its terms.  All opinions of counsel presented by the Noticing Party hereunder, and any corresponding opinions given by the other party in response, shall be deemed confidential and given solely for purposes of renegotiation and settlement of a potential dispute, and shall not be deemed disclosed so as to waive any privileges otherwise applicable to said opinions.

THE PARTIES HERETO have duly executed this Agreement on the day and year indicated below.

RESIDENT:                                               HOSPITAL:

_____                    _____
Platon Esartia, M.D.                                William T. Moore,
SS# 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                                   President and Chief Executive Officer
                                                            Atlanta Medical Center

Platon Esartia, M.D.
Surgery Resident, PGY 2

12

## EXHIBIT A

## DESCRIPTION OF DUTIES AND RESPONSIBILITIES

### PLATON ESARTIA, M.D.

1.      Time Commitment.  The Program Director shall determine the hours of duty for the Resident. When on duty during nights and weekends, the Resident will reside within the Hospital, where on-call quarters will be provided.  On-call shift meals will be provided by Hospital, at a reimbursement rate as determined by Program Director.

2.      Duties and Responsibilities in addition to those set forth above:  Resident shall perform those duties and responsibilities that are assigned by Program Director and outlined in the Departmental Residency Handbook.

Platon Esartia, M.D.
Surgery Resident, PGY 2

## EXHIBIT B

## GENERAL BENEFITS

### PLATON ESARTIA, M.D.

1.     Medical and Dental insurance plans with individual or family coverage at group premium rates established annually by Hospital.  Resident is eligible to participate in Hospital's group health benefits program upon employment.  Coverage begins on the thirty-first (31st) day of continuous employment.

2.     Group term life insurance coverage for Residents equivalent to one and a half times the annual salary.

3.     Long term disability insurance coverage equivalent to sixty percent (60%) of the then current salary after a ninety  (90) day waiting period.

4.     Counseling and psychological support services will be provided through the Employee Assistance Program of Hospital as described in the Residency Manual.

Platon Esartia, M.D.
Surgery Resident, PGY 2

14

# EXHIBIT 3

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR 0 6 1998

THOMAS K. KAHN
CLERK

---

No. 96-7131
Non-Argument Calendar

---

D. C. Docket No. CV-96-C-2508-S

LURLENE DRIVER,

Plaintiff-Appellee,

versus

AMI BROOKWOOD MEDICAL CENTER,
TENET HEALTHCARE CORP.,

Defendants-Appellants.

---

Appeal from the United States District Court
for the Northern District of Alabama

---

(April 6, 1998)

Before ANDERSON, EDMONDSON and COX, Circuit Judges.

PER CURIAM:

AMI Brookwood Medical Center and its owner, Tenet Healthcare Corporation (collectively "Brookwood"), appeal the district court's denial of their motion for a stay pending arbitration of an employment dispute with the appellee, Lurlene Driver. We reverse and remand.

## Background

Driver, formerly a nurse and clinical coordinator at the Brookwood Medical Center, sued Brookwood for violations of Title VII and the Family and Medical Leave Act, among other statutes. As a condition of her employment at Brookwood, Driver entered into an arbitration agreement that includes "all claims and disputes that are related in any way to [Driver's] employment or the termination of [Driver's] employment." (R.1-7.) Driver has asserted, among other grounds for opposing arbitration, that she did not knowingly waive her rights to judicial resolution of her claims. The district court denied the motion, citing a "genuine issue of material fact as to whether Plaintiff knowingly and voluntarily agreed to arbitrate her employment claims." (R.1-4.)

Brookwood appeals. The sole issue is the propriety of the district court's ruling. This court has jurisdiction pursuant to 9 U.S.C. § 16(a)(1)(A),[1] and our review of the

---

[1]    Driver contends this court lacks jurisdiction because the district court's order has not resolved the motion; according to Driver, Brookwood need only prove that the arbitration agreement was knowing and voluntary. The order, however, set no hearing date to permit

2

sufficiency of Brookwood's showing of the existence of an agreement (an issue of law) is de novo. *See Kotam Elecs., Inc. v. JBL Consumer Prods., Inc.*, 93 F.3d 724, 725 (11th Cir. 1996) (en banc).

### Discussion

As a threshold matter, we must address Driver's contention that Brookwood may not avail itself of the provisions of FAA § 3 because FAA § 1 excepts employment contracts such as Driver's from the FAA's terms. Section 1 carves out some arbitration agreements from the statute's operation: "[N]othing herein contained shall apply to contracts of employment of seamen, railroad employees, or any other class of workers engaged in foreign or interstate commerce." 9 U.S.C. § 1. Driver argues that Brookwood engages in interstate commerce — broadly defined — and that she is therefore a "worker engaged in foreign or interstate commerce." This circuit has recently resolved this issue against Driver; the § 1 exclusion applies only to those actually transporting goods in interstate commerce. *Paladino v. Avnet, Inc.*, No. 96-2341 (11th Cir. Feb. 4, 1998) (Opinion of Cox and Tjoflat, JJ.) Driver is undisputedly a nurse, and she therefore falls outside § 1's exception.

---

Brookwood to prove voluntariness, and the order plainly denies the motion. That ruling is final as to Brookwood's motion

3

Turning to the merits of Brookwood's § 3 motion, we conclude that the district court erred because there is no *material* issue of fact here that would preclude staying the action.[2]   Statutory employment discrimination claims are, like other claims, arbitrable under the FAA. *See Gilmer v. Interstate/Johnson Lane Corp.*, 500 U.S. 20, 28, 111 S. Ct. 1647, 1653 (1991); *Miller v. Public Storage Mgmt., Inc.*, 121 F.3d 215, 218 (5th Cir. 1997); *Bender v. A.G. Edwards & Sons, Inc.*, 971 F.2d 698, 700 (11th Cir. 1992); *see also* 42 U.S.C. § 12212 (encouraging arbitration of ADA claims); Civil Rights Act of 1991 § 118, 105 Stat. 1071, 1081 (1991) (encouraging arbitration of Title VII discrimination claims). Under the FAA, arbitration agreements are on equal footing with other contracts. *First Options of Chicago, Inc. v. Kaplan*, 115 S. Ct. 1920, 1924 (1995).  It is hornbook contract law — state and federal — that (absent fraud) a party cannot avoid obligations by denying that she read what she admittedly signed; this is true for arbitration clauses, too. *See Doctor's Assocs., Inc. v. Stuart*, 85 F.3d 975, 980 (2d Cir. 1996); *Cohen v. Wedbush, Noble, Cooke, Inc.*, 841 F.2d 282, 287-88 (9th Cir. 1988); *Coleman v. Prudential Bache Secs., Inc.*, 802 F.2d 1350, 1352 (11th Cir. 1986);

---

[2]      It is questionable whether a motion under § 3 is triable by jury, and therefore subject to such a summary judgment-like standard, at all.  Section 3 of the FAA, unlike § 4, contains no jury trial provision.  But because it would make no difference in this case, we do not address the issue.

4

*Kelly v. UHC Mgmt. Co., Inc.*, 967 F. Supp. 1240, 1256 (N.D. Ala. 1997); *Ex Parte Stripling*, 694 So. 2d 1281, 1283 (Ala. 1997).

There is no assertion of fraud here to support the fraud "exception" to this rule. Driver's lone averment of some sort of misrepresentation is that Brookwood told her only that she was signing an acknowledgment of the receipt of an employee handbook. This was not a misrepresentation; she *was* signing an acknowledgment. Even assuming that Brookwood's statement was a misleading half-truth, she could not have reasonably relied on it when she had nearly a full page of writing above her signature, almost all of which dealt with arbitration. That writing, which Driver does not claim was hidden from her as she signed her name, plainly told her she was agreeing to arbitrate. So we are back to the general rule: Not reading an arbitration clause, when the text is in front of you before you sign an agreement, is not a defense to enforcement of an arbitration clause.

Nor do Driver's other arguments support the district court's ruling. First, she asserts that there is no consideration to support the arbitration clause. But the clause is mutual; Brookwood binds itself "to submit all claims and disputes it may have with [Driver] to a request for final and binding arbitration." (R.1-7 Ex.) A mutual promise to arbitrate supplies adequate consideration. *See Gibson v. Neighborhood Health Clinics, Inc.*, 121 F.3d 1126, 1131 (7th Cir. 1997); *Hull v. Norcom, Inc.*, 750 F.2d

5

1547, 1550 (11th Cir. 1985). Second, she contends that she may not waive her right to a judicial forum for her discrimination claims. As noted above, the Supreme Court has resolved that question against her: statutory discrimination claims are arbitrable.

### Conclusion

We accordingly vacate the denial of the motion to stay proceedings pending arbitration and remand with instructions to grant the requested stay.

**REVERSED AND REMANDED WITH INSTRUCTION.**

6

ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

2 0 2003

UTHER D. THOMAS, Clerk
v. *CP Moore*
Deputy Clerk

| | | |
|---|---|---|
| Platon Esartia, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:02-CV-3305-JOF |
| | ) | |
| Atlanta Medical Center, Tenet | ) | |
| Healthcare Corporation, Inc., and | ) | |
| Tenet HealthSystem GB, Inc. | ) | |
| Defendants. | ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.D, NDGA

Counsel for Defendants named as Atlanta Medical Center, Tenet Healthcare

Corportion, Inc., and Tenet HealthSystem GB, Inc. hereby certifies that this Motion

to Dismiss and supporting Brief have been prepared with one of the font and point

selections approved in LR 5.1B, namely Times New Roman font size 14.

F. Daniel Wood, Jr.